IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KESHA T. WILLIAMS, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 1:20-cv-01397-CMH-TCB |
| | : | |
| STACEY A. KINCAID, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant, Stacey A. Kincaid, hereby submits this Memorandum of Law in Support of her Motion for Entry of Protective Order pursuant to Fed. R. Civ. P. 26(c) to permit discovery and trial preparation to proceed with a minimum of discovery motions over matters of confidentiality. This Order will assist the parties in timely and productively conducting discovery as well as safeguard information and identities. A proposed Stipulated Protective Order which the parties have agreed to is attached hereto as "Exhibit A."

For these reasons, Defendant respectfully requests this Court to enter the attached Stipulated Protective Order.

Respectfully submitted,

\_\_\_\_/s/_____
Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB #87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com
*Counsel for Defendant Kincaid*

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have served a copy of the foregoing Memorandum in Support of Motion for Entry of a Protective Order via ECF this 7th day of January 2021 to:

Joshua Erlich, VA Bar No. 81298
Katherine L. Herrmann, VA Bar No. 83203
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd., Ste. 700
Arlington, VA 22201
T: (703) 791-9087
F: (703) 722-8114
jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com
*Counsel for Plaintiff*


                                        _____/s/_____
                                        Alexander Francuzenko, VSB #36510
                                        Philip C. Krone, VSB #87723
                                        Cook Craig & Francuzenko, PLLC
                                        3050 Chain Bridge Road, Suite 200
                                        Fairfax, VA 22030
                                        T: (703) 865-7480
                                        F: (703) 434-3510
                                        alex@cookcraig.com
                                        pkrone@cookcraig.com
                                        *Counsel for Defendant Kincaid*