

Joshua Erlich <jerlich@erlichlawoffice.com>

# Follow Up - K. Williams v. Kincaid, et al.

**Philip Krone** <PKrone@cookcraig.com>  Thu, Mar 11, 2021 at 2:54 PM
To: Joshua Erlich <jerlich@erlichlawoffice.com>

Josh,

Anytime should work tomorrow, at suite 217 in the courthouse for Garcia and Wang.

Philip Corliss Krone, Esq.



3050 Chain Bridge Road, Suite 200 │ Fairfax, VA 22030

Telephone: 703-865-7480 │ Facsimile: 703-434-3510

Email: pkrone@cookcraig.com │ Website: www.cookcraig.com

[Quoted text hidden]