

Joshua Erlich <jerlich@erlichlawoffice.com>

# Follow Up - K. Williams v. Kincaid, et al.

**Joshua Erlich** <jerlich@erlichlawoffice.com>  
To: Alexander Francuzenko <AFrancuzenko@cookcraig.com>  
Cc: Philip Krone <PKrone@cookcraig.com>

Wed, Mar 10, 2021 at 9:06 AM

Alex,

Would tomorrow or Friday at noon or 3pm work for service?

[Quoted text hidden]