

# Gender Dysphoria

In the upcoming fifth edition of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM-5), people whose gender at birth is contrary to the one they identify with will be diagnosed with gender dysphoria. This diagnosis is a revision of DSM-IV's criteria for gender identity disorder and is intended to better characterize the experiences of affected children, adolescents, and adults.

## Respecting the Patient, Ensuring Access to Care

DSM not only determines how mental disorders are defined and diagnosed, it also impacts how people see themselves and how we see each other. While diagnostic terms facilitate clinical care and access to insurance coverage that supports mental health, these terms can also have a stigmatizing effect.

DSM-5 aims to avoid stigma and ensure clinical care for individuals who see and feel themselves to be a different gender than their assigned gender. It replaces the diagnostic name "gender identity disorder" with "gender dysphoria," as well as makes other important clarifications in the criteria. It is important to note that gender nonconformity is not in itself a mental disorder. The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition.

## Characteristics of the Condition

For a person to be diagnosed with gender dysphoria, there must be a marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least six months. In children, the desire to be of the other gender must be present and verbalized. This condition causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Gender dysphoria is manifested in a variety of ways, including strong desires to be treated as the other gender or to be rid of one's sex characteristics, or a strong conviction that one has feelings and reactions typical of the other gender.

The DSM-5 diagnosis adds a post-transition specifier for people who are living full-time as the desired gender (with or without legal sanction of the gender change). This ensures treatment access for individuals who continue to undergo hormone therapy, related surgery, or psychotherapy or counseling to support their gender transition.

Gender dysphoria will have its own chapter in DSM-5 and will be separated from Sexual Dysfunctions and Paraphilic Disorders.

## Need for Change

Persons experiencing gender dysphoria need a diagnostic term that protects their access to care and won't be used against them in social, occupational, or legal areas.

When it comes to access to care, many of the treatment options for this condition include counseling, cross-sex hormones, gender reassignment surgery, and social and legal transition to the desired

gender. To get insurance coverage for the medical treatments, individuals need a diagnosis. The Sexual and Gender Identity Disorders Work Group was concerned that removing the condition as a psychiatric diagnosis—as some had suggested—would jeopardize access to care.

Part of removing stigma is about choosing the right words. Replacing "disorder" with "dysphoria" in the diagnostic label is not only more appropriate and consistent with familiar clinical sexology terminology, it also removes the connotation that the patient is "disordered."

Ultimately, the changes regarding gender dysphoria in DSM-5 respect the individuals identified by offering a diagnostic name that is more appropriate to the symptoms and behaviors they experience without jeopardizing their access to effective treatment options.

DSM is the manual used by clinicians and researchers to diagnose and classify mental disorders. The American Psychiatric Association (APA) will publish DSM-5 in 2013, culminating a 14-year revision process.

APA is a national medical specialty society whose more than 37,000 physician members specialize in the diagnosis, treatment, prevention and research of mental illnesses, including substance use disorders. Visit the APA at www.psychiatry.org . For more information, please contact APA Communications at 703-907-8640 or press@psych.org.

© 2013 American Psychiatric Association

No. 21-2030, viewed 07/06/2022

**DSM-5**
COLLECTION

Order DSM-5 and DSM-5 Collection
at www.appi.org

# UCIrvine | CENTER FOR EVIDENCE-BASED CORRECTIONS

The UC Irvine Center for Evidence-Based Corrections is funded by the California Department of Corrections and Rehabilitation (CDCR) for the purpose of providing information to assist corrections officials in making policy decisions based on scientific evidence.

JOAN PETERSILIA, PH.D., DIRECTOR ■ SUSAN TURNER, PH.D., ASSOCIATE DIRECTOR

*the* **BULLETIN**

JUNE 2007

VOLUME 2

ISSUE 2

## Violence in California Correctional Facilities: An Empirical Examination of Sexual Assault

Valerie Jenness, Cheryl L. Maxson, Kristy N. Matsuda, and Jennifer Macy Sumner

### POLICY ISSUES AND KEY QUESTIONS

Inmate sexual assault is a public health and human rights issue as well as an administrative management problem in correctional facilities throughout the country. This research was designed to contribute to a main goal of the Prison Rape Elimination Act of 2003 and the Sexual Abuse in Detention Elimination Act of 2005—to reduce sexual assault, including rape, in detention facilities in the U.S. This report draws on original self-report and institutional data to offer a systematic empirical assessment of inmate-on-inmate sexual assault in California correctional facilities. For comparative purposes, we also examine the parameters of non-sexual assault in order to discern what is—and is not—distinct about the correlates of sexual assault. Specifically, this report addresses the following general questions: 1) What proportion of inmates in California prisons housing adult males has been sexually assaulted in a California correctional facility? 2) What are the demographic characteristics of victims? and 3) What are the contextual and relational characteristics of the sexual assault/misconduct incidents[1] reported by inmates in California prisons housing adult males? By addressing these questions, this study sheds insight into the contours of sexual assault in order to contribute to ongoing efforts to create viable interventions designed to prevent and respond to sexual assault in ways that are humane, effective, and constitutional.

### STUDY METHODS

This research gathered data from two specific populations of inmates: 1) a random sample of the population of adult male inmates residing in six California state prisons who are not housed in reception centers or fire camps and who are not classified by the CDCR as "EOP" (the highest level of mental incapacity); and 2) a purposive sample of adult

transgender inmates housed in a single California prison. The selection of six prisons to randomly sample inmates was informed by an examination of eight characteristics of the inmate population in each of California's 30 prisons that house adult males: age, race/ethnicity, offense category, custody level, life sentence, sex offender registration, gang affiliation, and mental health status. A seventh prison was selected to provide a supplemental, purposive sample of transgender inmates because it houses a concentrated population of transgender inmates.

In compliance with a protocol approved by the University of California's Institutional Review Board (IRB), a team of nine interviewers used a structured interview instrument developed specifically for this study to conduct face-to-face interviews with currently incarcerated inmates in prison settings that ensured confidentiality. The sampling and informed consent procedure yielded an 85.3% active participation rate for the randomly selected sample and a 93.5% active participation rate for the transgender sample. The median duration for interviews was 40 minutes and ranged from 10 minutes to over three hours. Interviews with 322 randomly sampled inmates and 39 purposively sampled transgender inmates were included in analyses reported here.

Analyses of eight demographic variables reveal that the randomly selected sample is statistically similar to the population of inmates in the six

This Bulletin is the Executive Summary of the April 2007 report *Violence in California Correctional Facilities: An Empirical Examination of Sexual Assault,* by Valerie Jenness, Ph.D., Cheryl L. Maxson, Ph.D., Kristy N. Matsuda, M.A., and Jennifer Macy Sumner, M.A.. The full report can be found on the Center for Evidence-Based Corrections website at http://ucicorrections.seweb.uci.edu.

---

[1]  Incident-based analyses included inmate-reported events that were against their will as well as those that, while not against their will, they would rather not have done.

Total Pages:(4 of 87)

> Sexual assault is 13 times more prevalent among transgender inmates, with 59% reporting being sexually assaulted while in a California correctional facility.

prisons. Statistically significant differences between the sampled inmates and the total male prison population emerged in every variable except sex offender registration and lifer status. The magnitude of the differences in four variables is small, but the study sample has fewer Hispanic inmates and more inmates with officially recognized mental health issues. Therefore, the study sample should not be strictly regarded as statistically representative of the CDCR population. The differences between the study sample and the total CDCR population primarily reflect differences between the population characteristics of the six facilities from which data were collected and the total CDCR population rather than the sampling and access procedures used to select study participants. The transgender sample differs from the randomly selected sample in several ways, most notably, in a higher proportion of inmates with a classification of mental health problems (CCCMS) in the transgender sample.

Data collection relied on an interview instrument developed specifically for this study and official data provided by the CDCR. The interview instrument included 111 questions on the primary instrument and 33 questions on each supplemental incident form. The primary interview instrument asked inmates to provide information about their daily prison life, emotional health, fear of victimization in prison, perceptions of sexual and non-sexual victimization in prison, personal victimization from sexual and non-sexual assaults in California correctional facilities, opinions on safety and reporting, demographics, gang affiliation, and past and current incarcerations.

Inmates participating in this study were provided multiple opportunities to report sexual assault or misconduct by another inmate; they were asked: *"Have you ever had to do sexual things against your will with other inmates while incarcerated," "Just to be sure, have any of the following things ever happened to you with other inmates while incarcerated: groping or fondling, kissing, genital contact, oral sex, or penetration against your will,"* and *"Well, what about sexual things [with other inmates while incarcerated] that were perhaps not against your will, but you would have rather not done?"* When an inmate reported sexual assault or misconduct, the interviewer followed-up by asking the inmate to reveal the number of times it has happened, recount the details of up to the five most recent incidents, and identify "the worst" incident of sexual assault. Interviewers

gathered information on each incident, including a description of the event, the number of individuals involved, the location of the event (i.e., the facility and location within the facility), the year and time of day the event occurred, the racial and gang composition of the parties involved in the incident, the inmate's perception of the cause of the incident, whether a weapon was involved and actually used in the incident, whether medical attention was received if it was needed, and the inmate's understanding of whether there was an official response to the incident.

Official data on the following variables were collected from the CDCR (without revealing to the CDCR which inmates were included in this study): date of birth, height, weight, race/ethnicity, prison term start date, mental health status, verified gang membership, classification score, custody level, current sentence length, time remaining on sentence, commitment offense, sex offender registration, age of first arrest in California, lifer status, and strike status.

The findings from these multiple sources of data speak to prevalence, victim characteristics, incident characteristics, and the nature of the lived experience of sexual assault in California correctional facilities.

## PREVALENCE

Slightly more than 4% of 322 randomly selected inmates in California state prisons reported being sexually assaulted while in a California correctional facility. Sexual assault is 13 times more prevalent among transgender inmates, with 59% reporting being sexually assaulted while in a California correctional facility. Two different measures of rape—one that relies on the inmates' own assessment of incidents and one that relies on an operationalization of rape as "oral or anal penetration by force or threat of force"—reveal that 2% or 3% of randomly sampled inmates described at least one occurrence of rape, as did 41% or 50% of transgender sample inmates. Inmates often described multiple events of sexual assault and many of these incidents occurred fairly recently (i.e., since 2000).

## CHARACTERISTICS OF VICTIMS

With the exception of Asian inmates and inmates between the ages of 18-25, every type of inmate in the random sample reported sexual assault. Inferential statistical models reveal non-heterosexual inmates (i.e., gay, bisexual and other) and Black inmates are considerably more vulnerable to sexual assault in California correctional facilities. Moreover, over two-thirds of the randomly sampled inmates and the purposively sampled transgender inmates who reported being sexually assaulted while in a California correctional facility have had mental health problems. Random sample inmates with an official classification of mental health problems or non-heterosexual status

2

are statistically significantly more likely to have been sexually assaulted and inmates who do not have these characteristics are significantly more likely to experience non-sexual assault exclusively.

## CHARACTERISTICS OF INCIDENTS

Sexual assault/misconduct occurs in every type of correctional facility, in various locations within correctional facilities, and at any time of the day. However, most incidents described by random sample and transgender inmates occur in state prison; incidents occur most often in dorms and cells for the randomly selected inmates and cells and showers for the transgender inmates; and they occur most often at night, according to inmates in both samples, but incidents reported by the inmates in the random sample occur almost as often in the afternoon. From the point-of-view of inmates who experienced sexual assault/misconduct, the vast majority of the incidents were not about racial or gang dynamics; by far, the most common understanding of incidents is "sex-related" (i.e., physical attraction, perversion, and sexual gratification). The majority of incidents of sexual assault/misconduct described by both samples do not involve weapons or require medical attention. Inmates in the randomly selected sample stated that officers were aware of sexual assault/misconduct incidents the majority of the time and medical attention was provided when it was needed the majority of the time. Conversely, inmates in the transgender sample reported that officers were not aware of sexual assault/misconduct incidents the majority of the time and medical attention was not provided when it was needed the majority of the time. The contextual features of incident characteristics of sexual assault/misconduct are generally similar to the characteristics of non-sexual violence, with one notable exception: in the random sample, sexual assault/misconduct is statistically significantly more likely to take place in dorms.

There are also patterns in regard to the relational features of sexual assault/misconduct. The vast majority of sexual assault/misconduct incidents involve one victim and one perpetrator. Inmates in the random sample are significantly more likely to describe intraracial sexual assault/misconduct while transgender inmates are more likely to report interracial incidents. The participation of gang members in sexual assault/misconduct is evident in both samples. For example, two-thirds of the sexual assault/misconduct incidents reported by inmates in the random sample involve gang members (in either party) and over 45% of the incidents involve a gang member assaulting a non-gang member. This general pattern holds for inmates in the transgender sample, too. In the random sample of inmates, sexual assault/misconduct occurs between parties with varying degrees

of familiarity (from "stranger" to "well-known"). In contrast, the relational distance between inmates involved in sexual assault/misconduct incidents reported by transgender inmates is skewed toward familiarity. As with the contextual features, sexual assault/misconduct incidents reported by inmates in the random sample share many relational characteristics with non-sexual violence, except that sexual assault/misconduct incidents are less likely to involve gang members among both victims and perpetrators than are non-sexual incidents.

## THE LIVED EXPERIENCE OF SEXUAL ASSAULT/MISCONDUCT

The inmates' accounts of sexual assault/misconduct reveal considerable gray area in the terrain between forced, coercive, and non-coercive sexual interactions, with a range of undesirable sexually charged situations often seen as "a fact of prison life." However, there is little ambiguity in the expression of fear of victimization and concern for personal safety that weave through many of these narratives. A distressing number of inmates appear to blame themselves for their victimization, often by referencing ignorance, a failure to navigate the "rules" of prison culture, a failure to interrupt a chain of interactions leading to assault, or a failure to secure protection by other inmates or correctional officials. While some inmates noted their approval of correctional policy and response to sexual assault (including the PREA specifically), few inmates view correctional personnel as allies in the pursuit of personal safety. Finally, the gendered dynamics of social interaction in correctional facilities, including those that house same-sex inmates, underlie inmates' accounts of sexual assault/misconduct and provide a platform from which recommendations related to the findings from this study can be offered.

## RESEARCH AND POLICY RECOMMENDATTIONS

Future research should take three directions. First, other populations of inmates need to be the target of research, most notably inmates housed in correctional facilities for women and juveniles. Second, moving beyond a focus on inmate-on-inmate violence, future studies on an array of incarcerated populations need to collect empirical data on a broader range of

... the vast majority of the incidents were not about racial or gang dynamics; by far, the most common understanding of incidents is "sex-related" (i.e., physical attraction, perversion, and sexual gratification).

3

sexual assault, for example, staff-on-inmate and inmate-on-staff sexual assault/misconduct. Third, it would be beneficial to initiate and fund future studies designed to assess current efforts to respond to sexual assault in California correctional facilities. As the CDCR moves forward with current efforts to implement interventions into the dynamics that lead to sexual assault, the propensity of inmates to forego reporting sexual assault, and the failure of CDCR officials to respond appropriately when sexual assault is reported, research will be needed to determine "what works" in general and how different interventions fare on different inmate populations.

The policy changes developed by the CDCR PREA Commission that are being implemented constitute a significant advance in the CDCR's efforts to respond to sexual assault, which complies with the Prison Rape Elimination Act of 2003 and the Sexual Abuse in Detention Elimination Act of 2005. The findings of this study point to additional policy considerations that warrant special focus. First, the implementation of policies designed to address overcrowding likely would serve to reduce violence in California correctional facilities; the findings presented here suggest that—because sexual assault and non-sexual assault share common correlates—anything that can be done to reduce violence writ large is likely to reduce sexual assault, too.

Second, and related, revisiting the policy-specified considerations that inform initial and permanent housing assignments in correctional facilities is advisable. In particular, further consideration of the role sexual orientation, race/ethnicity, mental health status, and physical stature play in sexual violence could inform housing assignments. The Sexual Abuse in Detention Elimination Act of 2005 identifies the following as risk factors for sexual victimization to be considered in determining housing assignment: age, violent or nonviolent offender, prior commitments, and a history of mental illness. This research suggests sexual orientation, race/ethnicity, and physical stature should be added to that list. We know that transgender inmates are at high risk (as reported in this study), but we know very little about how that risk is statistically associated with specific housing assignments as opposed to other factors that might also be amenable to intervention, such as surveillance, programming, and physical features of the carceral environment in which they reside.

Third, it is also reasonable to invoke the structure of the Gender Responsive Strategies Commission and the expertise of its members to develop policies designed to enhance the safety of transgender inmates because transgender inmates fit squarely within a larger concern for "gender non-conforming inmates." As the quantitative and qualitative data presented in this report reveal, sexual assault in California correctional facilities is more pronounced among non-heterosexual inmates and often shrouded in essentialist beliefs about gender. The issue of sexual assault in correctional facilities falls squarely into a larger discussion about the intersection between gender and violence. Quite apart from whether the Gender Responsive Strategies Commission takes the lead on revisiting policies related to the safety of transgender inmates, the CDCR would be well-advised to consider Stop Prisoner Rape's warning to avoid excessive reliance on isolation in response to sexual assault (2005, p. 4-5).

Inmates generally indicated an unwillingness to report sexual assault to corrections officials. The fourth study policy recommendation urges an assessment of the degree to which the provisions established by the Sexual Abuse in Detention Elimination Act of 2005 have been/are being implemented and with what consequence. Also, if the Office of the Sexual Abuse in Detention Elimination Ombudsperson is not securing reports of sexual assault, then alternative ways of enabling inmates to report sexual assault to non-CDCR officials should be considered. The solution is to provide venues for reporting that do not rely on CDCR officials as first responders (to reports), communicators, or adjudicators.

A fifth recommendation emanating from this study is the development and implementation of a peer education program designed to educate inmates about sexuality, bodily integrity, consent, and the ways to avoid coercion in correctional facilities. The focal point of peer education is trained peer educators who engage with inmates in order to raise awareness, provide education, and serve as a resource. Prison peer educators can facilitate workshops, provide one-on-one outreach, and support and coordinate educational events sponsored by prison officials.

Finally, it is important to recommend the obvious: CDCR officials should spend more time thinking about how to create carceral environments in which "fighting or fucking" (to quote inmates) are not the only options in some situations. Moreover, carceral environments need to have those charged with running the institutions publicly demonstrate a commitment to zero tolerance for sexual assault. This would go a long way toward changing the environment in which sexual assault is inspired, takes form, and largely goes undetected by those in a position to respond to it.

For more information, or to contact the Center, visit http://ucicorrections.seweb.uci.edu

4

# The Harry Benjamin International Gender Dysphoria Association's Standards Of Care For Gender Identity Disorders, Sixth Version

**February, 2001**

Committee Members: Walter Meyer III M.D. (Chairperson), Walter O. Bockting Ph.D., Peggy Cohen-Kettenis Ph.D., Eli Coleman Ph.D., Domenico DiCeglie M.D., Holly Devor Ph.D., Louis Gooren M.D., Ph.D., J. Joris Hage M.D., Sheila Kirk M.D., Bram Kuiper Ph.D., Donald Laub M.D., Anne Lawrence M.D., Yvon Menard M.D., Stan Monstrey M.D., Jude Patton PA-C, Leah Schaefer Ed.D., Alice Webb D.H.S., Connie Christine Wheeler Ph.D.

This is the sixth version of the Standards of Care since the original 1979 document.
Previous revisions were in 1980, 1981, 1990, and 1998.

## Table of Contents:

    I.   **Introductory Concepts  (p. 1)**
    II.   **Epidemiological Considerations  (p. 2)**
    III.   **Diagnostic Nomenclature  (p. 3)**
    IV.   **The Mental Health Professional  (p. 6)**
    V.   **Assessment and Treatment of Children and Adolescents (p. 8)**
    VI.   **Psychotherapy with Adults  (p. 11)**
    VII.   **Requirements for Hormone Therapy for Adults  (p. 13)**
    VIII.   **Effects of Hormone Therapy in Adults  (p. 14)**
    IX.   **The Real-life Experience  (p. 17)**
    X.   **Surgery  (p. 18)**
    XI.   **Breast Surgery  (p. 19)**
    XII.   **Genital Surgery  (p. 20)**
    XIII.   **Post-Transition Follow-up  (p. 22)**

# I. Introductory Concepts

**The Purpose of the Standards of Care**. The major purpose of the Standards of Care (SOC) is to articulate this international organization's professional consensus about the psychiatric, psychological, medical, and surgical management of gender identity disorders. Professionals may use this document to understand the parameters within which they may offer assistance to those with these conditions. Persons with gender identity disorders, their families, and social institutions may use the SOC to understand the current thinking of professionals. All readers should be aware of the limitations of knowledge in this area and of the hope that some of the clinical uncertainties will be resolved in the future through scientific investigation.

**The Overarching Treatment Goal.** The general goal of psychotherapeutic, endocrine, or surgical therapy for persons with gender identity disorders is lasting personal comfort with the gendered self in order to maximize overall psychological well-being and self-fulfillment.

**The Standards of Care Are Clinical Guidelines.** The SOC are intended to provide flexible directions for the treatment of persons with gender identity disorders. When eligibility

1

requirements are stated they are meant to be minimum requirements. Individual professionals and organized programs may modify them. Clinical departures from these guidelines may come about because of a patient's unique anatomic, social, or psychological situation, an experienced professional's evolving method of handling a common situation, or a research protocol. These departures should be recognized as such, explained to the patient, and documented both for legal protection and so that the short and long term results can be retrieved to help the field to evolve.

**The Clinical Threshold.** A clinical threshold is passed when concerns, uncertainties, and questions about gender identity persist during a person's development, become so intense as to seem to be the most important aspect of a person's life, or prevent the establishment of a relatively unconflicted gender identity. The person's struggles are then variously informally referred to as a gender identity problem, gender dysphoria, a gender problem, a gender concern, gender distress, gender conflict, or transsexualism. Such struggles are known to occur from the preschool years to old age and have many alternate forms. These reflect various degrees of personal dissatisfaction with sexual identity, sex and gender demarcating body characteristics, gender roles, gender identity, and the perceptions of others. When dissatisfied individuals meet specified criteria in one of two official nomenclatures--the International Classification of Diseases-10 (ICD-10) or the Diagnostic and Statistical Manual of Mental Disorders--Fourth Edition (DSM-IV)--they are formally designated as suffering from a gender identity disorder (GID). Some persons with GID exceed another threshold--they persistently possess a wish for surgical transformation of their bodies.

**Two Primary Populations with GID Exist -- Biological Males and Biological Females.** The sex of a patient always is a significant factor in the management of GID. Clinicians need to separately consider the biologic, social, psychological, and economic dilemmas of each sex. All patients, however, should follow the SOC.

## II. Epidemiological Considerations

**Prevalence.** When the gender identity disorders first came to professional attention, clinical perspectives were largely focused on how to identify candidates for sex reassignment surgery. As the field matured, professionals recognized that some persons with bona fide gender identity disorders neither desired nor were candidates for sex reassignment surgery. The earliest estimates of prevalence for transsexualism in adults were 1 in 37,000 males and 1 in 107,000 females. The most recent prevalence information from the Netherlands for the transsexual end of the gender identity disorder spectrum is 1 in 11,900 males and 1 in 30,400 females. Four observations, not yet firmly supported by systematic study, increase the likelihood of an even higher prevalence: 1) unrecognized gender problems are occasionally diagnosed when patients are seen with anxiety, depression, bipolar disorder, conduct disorder, substance abuse, dissociative identity disorders, borderline personality disorder, other sexual disorders and intersexed conditions; 2) some nonpatient male transvestites, female impersonators, transgender people, and male and female homosexuals may have a form of gender identity disorder; 3) the intensity of some persons' gender identity disorders fluctuates below and above a clinical threshold; 4) gender variance among female-bodied individuals tends to be relatively invisible to the culture, particularly to mental health professionals and scientists.

2

**Natural History of Gender Identity Disorders.** Ideally, prospective data about the natural history of gender identity struggles would inform all treatment decisions. These are lacking, except for the demonstration that, without therapy, most boys and girls with gender identity disorders outgrow their wish to change sex and gender. After the diagnosis of GID is made the therapeutic approach usually includes three elements or phases (sometimes labeled triadic therapy): a real-life experience in the desired role, hormones of the desired gender, and surgery to change the genitalia and other sex characteristics. Five less firmly scientifically established observations prevent clinicians from prescribing the triadic therapy based on diagnosis alone: 1) some carefully diagnosed persons spontaneously change their aspirations; 2) others make more comfortable accommodations to their gender identities without medical interventions; 3) others give up their wish to follow the triadic sequence during psychotherapy; 4) some gender identity clinics have an unexplained high drop out rate; and 5) the percentage of persons who are not benefited from the triadic therapy varies significantly from study to study. Many persons with GID will desire all three elements of triadic therapy. Typically, triadic therapy takes place in the order of hormones = = > real-life experience = = > surgery, or sometimes: real-life experience = = > hormones = = > surgery. For some biologic females, the preferred sequence may be hormones = = > breast surgery = = > real-life experience. However, the diagnosis of GID invites the consideration of a variety of therapeutic options, only one of which is the complete therapeutic triad. Clinicians have increasingly become aware that not all persons with gender identity disorders need or want all three elements of triadic therapy.

**Cultural Differences in Gender Identity Variance throughout the World.** Even if epidemiological studies established that a similar base rate of gender identity disorders existed all over the world, it is likely that cultural differences from one country to another would alter the behavioral expressions of these conditions. Moreover, access to treatment, cost of treatment, the therapies offered and the social attitudes towards gender variant people and the professionals who deliver care differ broadly from place to place. While in most countries, crossing gender boundaries usually generates moral censure rather than compassion, there are striking examples in certain cultures of cross-gendered behaviors (e.g., in spiritual leaders) that are not stigmatized.

## III. Diagnostic Nomenclature

**The Five Elements of Clinical Work.** Professional involvement with patients with gender identity disorders involves any of the following: diagnostic assessment, psychotherapy, real-life experience, hormone therapy, and surgical therapy. This section provides a background on diagnostic assessment.

**The Development of a Nomenclature**. The term *transexual* emerged into professional and public usage in the 1950s as a means of designating a person who aspired to or actually lived in the anatomically contrary gender role, whether or not hormones had been administered or surgery had been performed. During the 1960s and 1970s, clinicians used the term *true transsexual*. The true transsexual was thought to be a person with a characteristic path of atypical gender identity development that predicted an improved life from a treatment sequence that culminated in genital surgery. True transsexuals were thought to have: 1) cross-gender identifications that were consistently expressed behaviorally in childhood, adolescence, and

3

adulthood; 2) minimal or no sexual arousal to cross-dressing; and 3) no heterosexual interest, relative to their anatomic sex. True transsexuals could be of either sex. True transsexual males were distinguished from males who arrived at the desire to change sex and gender via a reasonably masculine behavioral developmental pathway. Belief in the true transsexual concept for males dissipated when it was realized that such patients were rarely encountered, and thatsome of the original true transsexuals had falsified their histories to make their stories match the earliest theories about the disorder. The concept of true transsexual females never created diagnostic uncertainties, largely because patient histories were relatively consistent and gender variant behaviors such as female cross-dressing remained unseen by clinicians. The term "gender dysphoria syndrome" was later adopted to designate the presence of a gender problem in either sex until psychiatry developed an official nomenclature.

The diagnosis of Transsexualism was introduced in the DSM-III in 1980 for gender dysphoric individuals who demonstrated at least two years of continuous interest in transforming the sex of their bodies and their social gender status. Others with gender dysphoria could be diagnosed as Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type; or Gender Identity Disorder Not Otherwise Specified (GIDNOS). These diagnostic terms were usually ignored by the media, which used the term transsexual for any person who wanted to change his/her sex and gender.

**The DSM-IV.** In 1994, the DSM-IV committee replaced the diagnosis of Transsexualism with Gender Identity Disorder. Depending on their age, those with a strong and persistent cross-gender identification and a persistent discomfort with their sex or a sense of inappropriateness in the gender role of that sex were to be diagnosed as Gender Identity Disorder of Childhood (302.6), Adolescence, or Adulthood (302.85). For persons who did not meet these criteria, Gender Identity Disorder Not Otherwise Specified (GIDNOS)(302.6) was to be used. This category included a variety of individuals, including those who desired only castration or penectomy without a desire to develop breasts, those who wished hormone therapy and mastectomy without genital reconstruction, those with a congenital intersex condition, those with transient stress-related cross-dressing, and those with considerable ambivalence about giving up their gender status. Patients diagnosed with GID and GIDNOS were to be subclassified according to the sexual orientation: attracted to males; attracted to females; attracted to both; or attracted to neither. This subclassification was intended to assist in determining, over time, whether individuals of one sexual orientation or another experienced better outcomes using particular therapeutic approaches; it was **not** intended to guide treatment decisions.

Between the publication of DSM-III and DSM-IV, the term "transgender" began to be used in various ways. Some employed it to refer to those with unusual gender identities in a value-free manner -- that is, without a connotation of psychopathology. Some people informally used the term to refer to any person with any type of gender identity issues. Transgender is not a formal diagnosis, but many professionals and members of the public found it easier to use informally than GIDNOS, which is a formal diagnosis.

**The ICD-10.** The ICD-10 now provides five diagnoses for the gender identity disorders (F64):

    **Transsexualism** (F64.0) has three criteria:

1. The desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make his or her body as congruent as possible with the preferred sex through surgery and hormone treatment;
2. The transsexual identity has been present persistently for at least two years;
3. The disorder is not a symptom of another mental disorder or a chromosomal abnormality.

**Dual-role Transvestism** (F64.1) has three criteria:
1. The individual wears clothes of the opposite sex in order to experience temporary membership in the opposite sex;
2. There is no sexual motivation for the cross-dressing;
3. The individual has no desire for a permanent change to the opposite sex.

**Gender Identity Disorder of Childhood** (64.2) has separate criteria for girls and for boys. For girls:
   1. The individual shows persistent and intense distress about being a girl, and has a stated desire to be a boy (not merely a desire for any perceived cultural advantages to being a boy) or insists that she is a boy;
   2. Either of the following must be present:
      a. Persistent marked aversion to normative feminine clothing and insistence on wearing stereotypical masculine clothing;
      b. Persistent repudiation of female anatomical structures, as evidenced by at least one of the following:
         1. An assertion that she has, or will grow, a penis;
         2. Rejection of urination in a sitting position;
         3. Assertion that she does not want to grow breasts or menstruate.
   3. The girl has not yet reached puberty;
   4. The disorder must have been present for at least 6 months.
For boys:
   1. The individual shows persistent and intense distress about being a boy, and has a desire to be a girl, or, more rarely, insists that he is a girl.
   2. Either of the following must be present:
      a. Preoccupation with stereotypic female activities, as shown by a preference for either cross-dressing or simulating female attire, or by an intense desire to participate in the games and pastimes of girls and rejection of stereotypical male toys, games, and activities;
      b. Persistent repudiation of male anatomical structures, as evidenced by at least one of the following repeated assertions:
         1. That he will grow up to become a woman (not merely in the role);
         2. That his penis or testes are disgusting or will disappear;
         3. That it would be better not to have a penis or testes.
   3. The boy has not yet reached puberty;
   4. The disorder must have been present for at least 6 months.

**Other Gender Identity Disorders** (F64.8) has no specific criteria.

**Gender Identity Disorder, Unspecified** has no specific criteria.

5

Either of the previous two diagnoses could be used for those with an intersexed condition.

The purpose of the DSM-IV and ICD-10 is to guide treatment and research. Different professional groups created these nomenclatures through consensus processes at different times. There is an expectation that the differences between the systems will be eliminated in the future. At this point, the specific diagnoses are based more on clinical reasoning than on scientific investigation.

**Are Gender Identity Disorders Mental Disorders?** To qualify as a mental disorder, a behavioral pattern must result in a significant adaptive disadvantage to the person or cause personal mental suffering. The DSM-IV and ICD-10 have defined hundreds of mental disorders which vary in onset, duration, pathogenesis, functional disability, and treatability. The designation of gender identity disorders as mental disorders is not a license for stigmatization, or for the deprivation of gender patients' civil rights. The use of a formal diagnosis is often important in offering relief, providing health insurance coverage, and guiding research to provide more effective future treatments.

# IV. The Mental Health Professional

**The Ten Tasks of the Mental Health Professional.** Mental health professionals (MHPs) who work with individuals with gender identity disorders may be regularly called upon to carry out many of these responsibilities:
1. To accurately diagnose the individual's gender disorder;
2. To accurately diagnose any co-morbid psychiatric conditions and see to their appropriate treatment;
3. To counsel the individual about the range of treatment options and their implications;
4. To engage in psychotherapy;
5. To ascertain eligibility and readiness for hormone and surgical therapy;
6. To make formal recommendations to medical and surgical colleagues;
7. To document their patient's relevant history in a letter of recommendation;
8. To be a colleague on a team of professionals with an interest in the gender identity disorders;
9. To educate family members, employers, and institutions about gender identity disorders;
10. To be available for follow-up of previously seen gender patients.

**The Adult-Specialist.** The education of the mental health professional who specializes in adult gender identity disorders rests upon basic general clinical competence in diagnosis and treatment of mental or emotional disorders. Clinical training may occur within any formally credentialing discipline -- for example, psychology, psychiatry, social work, counseling, or nursing. The following are the recommended minimal credentials for special competence with the gender identity disorders:
1. A master's degree or its equivalent in a clinical behavioral science field. This or a more advanced degree should be granted by an institution accredited by a recognized national

6

or regional accrediting board. The mental health professional should have documented credentials from a proper training facility and a licensing board.
2. Specialized training and competence in the assessment of the DSM-IV/ICD-10 Sexual Disorders (not simply gender identity disorders).
3. Documented supervised training and competence in psychotherapy.
4. Continuing education in the treatment of gender identity disorders, which may include attendance at professional meetings, workshops, or seminars or participating in research related to gender identity issues.

**The Child-Specialist.** The professional who evaluates and offers therapy for a child or early adolescent with GID should have been trained in childhood and adolescent developmental psychopathology. The professional should be competent in diagnosing and treating the ordinary problems of children and adolescents. These requirements are in addition to the adult-specialist requirement.

**The Differences between Eligibility and Readiness.** The SOC provide recommendations for eligibility requirements for hormones and surgery. Without first meeting these recommended eligibility requirements, the patient and the therapist should not request hormones or surgery. An example of an eligibility requirement is: a person must live full time in the preferred gender for twelve months prior to genital surgery. To meet this criterion, the professional needs to document that the real-life experience has occurred for this duration. Meeting readiness criteria -- further consolidation of the evolving gender identity or improving mental health in the new or confirmed gender role -- is more complicated, because it rests upon the clinician's and the patient's judgment.

**The Mental Health Professional's Relationship to the Prescribing Physician and Surgeon.** Mental health professionals who recommend hormonal and surgical therapy share the legal and ethical responsibility for that decision with the physician who undertakes the treatment. Hormonal treatment can often alleviate anxiety and depression in people without the use of additional psychotropic medications. Some individuals, however, need psychotropic medication prior to, or concurrent with, taking hormones or having surgery. The mental health professional is expected to make this assessment, and see that the appropriate psychotropic medications are offered to the patient. The presence of psychiatric co-morbidities does not necessarily preclude hormonal or surgical treatment, but some diagnoses pose difficult treatment dilemmas and may delay or preclude the use of either treatment.

**The Mental Health Professional's Documentation Letter for Hormone Therapy or Surgery Should Succinctly Specify:**
1. The patient's general identifying characteristics;
2. The initial and evolving gender, sexual, and other psychiatric diagnoses;
3. The duration of their professional relationship including the type of psychotherapy or evaluation that the patient underwent;
4. The eligibility criteria that have been met and the mental health professional's rationale for hormone therapy or surgery;
5. The degree to which the patient has followed the Standards of Care to date and the likelihood of future compliance;
6. Whether the author of the report is part of a gender team;

7

7.  That the sender welcomes a phone call to verify the fact that the mental health
    professional actually wrote the letter as described in this document.

The organization and completeness of these letters provide the hormone-prescribing physician
and the surgeon an important degree of assurance that mental health professional is
knowledgeable and competent concerning gender identity disorders.


**One Letter is Required for Instituting Hormone Therapy, or for Breast Surgery.** One letter
from a mental health professional, including the above seven points, written to the physician who
will be responsible for the patient's medical treatment, is sufficient for instituting hormone
therapy or for a referral for breast surgery (e.g., mastectomy, chest reconstruction, or
augmentation mammoplasty).


**Two Letters are Generally Required for Genital Surgery.** Genital surgery for biologic males
may include orchiectomy, penectomy, clitoroplasty, labiaplasty or creation of a neovagina; for
biologic females it may include hysterectomy, salpingo-oophorectomy, vaginectomy,
metoidioplasty, scrotoplasty, urethroplasty, placement of testicular prostheses, or creation of a
neophallus.


It is ideal if mental health professionals conduct their tasks and periodically report on these
processes as part of a team of other mental health professionals and nonpsychiatric physicians.
One letter to the physician performing genital surgery will generally suffice as long as two
mental health professionals sign it.


More commonly, however, letters of recommendation are from mental health professionals who
work alone without colleagues experienced with gender identity disorders. Because professionals
working independently may not have the benefit of ongoing professional consultation on gender
cases, two letters of recommendation are required prior to initiating genital surgery. If the first
letter is from a person with a master's degree, the second letter should be from a psychiatrist or a
Ph.D. clinical psychologist, who can be expected to adequately evaluate co-morbid psychiatric
conditions. If the first letter is from the patient's psychotherapist, the second letter should be from
a person who has only played an evaluative role for the patient. Each letter, however, is expected
to cover the same topics. At least one of the letters should be an extensive report. The second
letter writer, having read the first letter, may choose to offer a briefer summary and an agreement
with the recommendation.


# V. Assessment and Treatment of Children and Adolescents


**Phenomenology.** Gender identity disorders in children and adolescents are different from those
seen in adults, in that a rapid and dramatic developmental process (physical, psychological and
sexual) is involved. Gender identity disorders in children and adolescents are complex
conditions. The young person may experience his or her phenotype sex as inconsistent with his
or her own sense of gender identity. Intense distress is often experienced, particularly in
adolescence, and there are frequently associated emotional and behavioral difficulties. There is
greater fluidity and variability in outcomes, especially in pre-pubertal children. Only a few

8

gender variant youths become transsexual, although many eventually develop a homosexual orientation.

Commonly seen features of gender identity conflicts in children and adolescents include a stated desire to be the other sex; cross dressing; play with games and toys usually associated with the gender with which the child identifies; avoidance of the clothing, demeanor and play normally associated with the child's sex and gender of assignment; preference for playmates or friends of the sex and gender with which the child identifies; and dislike of bodily sex characteristics and functions. Gender identity disorders are more often diagnosed in boys.

Phenomenologically, there is a qualitative difference between the way children and adolescents present their sex and gender predicaments, and the presentation of delusions or other psychotic symptoms. Delusional beliefs about their body or gender can occur in psychotic conditions but they can be distinguished from the phenomenon of a gender identity disorder. Gender identity disorders in childhood are not equivalent to those in adulthood and the former do not inevitably lead to the latter. The younger the child the less certain and perhaps more malleable the outcome.

**Psychological and Social Interventions.** The task of the child-specialist mental health professional is to provide assessment and treatment that broadly conforms to the following guidelines:

1. The professional should recognize and accept the gender identity problem. Acceptance and removal of secrecy can bring considerable relief.
2. The assessment should explore the nature and characteristics of the child's or adolescent's gender identity. A complete psychodiagnostic and psychiatric assessment should be performed. A complete assessment should include a family evaluation, because other emotional and behavioral problems are very common, and unresolved issues in the child's environment are often present.
3. Therapy should focus on ameliorating any comorbid problems in the child's life, and on reducing distress the child experiences from his or her gender identity problem and other difficulties. The child and family should be supported in making difficult decisions regarding the extent to which to allow the child to assume a gender role consistent with his or her gender identity. This includes issues of whether to inform others of the child's situation, and how others in the child's life should respond; for example, whether the child should attend school using a name and clothing opposite to his or her sex of assignment. They should also be supported in tolerating uncertainty and anxiety in relation to the child's gender expression and how best to manage it. Professional network meetings can be very useful in finding appropriate solutions to these problems.

**Physical Interventions**. Before any physical intervention is considered, extensive exploration of psychological, family and social issues should be undertaken. Physical interventions should be addressed in the context of adolescent development. Adolescents' gender identity development can rapidly and unexpectedly evolve. An adolescent shift toward gender conformity can occur primarily to please the family, and may not persist or reflect a permanent change in gender identity. Identity beliefs in adolescents may become firmly held and strongly expressed, giving a false impression of irreversibility; more fluidity may return at a later stage. For these reasons, irreversible physical interventions should be delayed as long as is clinically appropriate. Pressure for physical interventions because of an adolescent's level of distress can be great and in such

9

circumstances a referral to a child and adolescent multi-disciplinary specialty service should be considered, in locations where these exist.

Physical interventions fall into three categories or stages:
1. Fully reversible interventions. These involve the use of LHRH agonists or medroxyprogesterone to suppress estrogen or testosterone production, and consequently to delay the physical changes of puberty.
2. Partially reversible interventions. These include hormonal interventions that masculinize or feminize the body, such as administration of testosterone to biologic females and estrogen to biologic males. Reversal may involve surgical intervention.
3. Irreversible interventions. These are surgical procedures.

A staged process is recommended to keep options open through the first two stages. Moving from one state to another should not occur until there has been adequate time for the young person and his/her family to assimilate fully the effects of earlier interventions.

**Fully Reversible Interventions.** Adolescents may be eligible for puberty-delaying hormones as soon as pubertal changes have begun. In order for the adolescent and his or her parents to make an informed decision about pubertal delay, it is recommended that the adolescent experience the onset of puberty in his or her biologic sex, at least to Tanner Stage Two. If for clinical reasons it is thought to be in the patient's interest to intervene earlier, this must be managed with pediatric endocrinological advice and more than one psychiatric opinion.

Two goals justify this intervention: a) to gain time to further explore the gender identity and other developmental issues in psychotherapy; and b) to make passing easier if the adolescent continues to pursue sex and gender change. In order to provide puberty delaying hormones to an adolescent, the following criteria must be met:
1. throughout childhood the adolescent has demonstrated an intense pattern of cross-sex and cross-gender identity and aversion to expected gender role behaviors;
2. sex and gender discomfort has significantly increased with the onset of puberty;
3. the family consents and participates in the therapy.

Biologic males should be treated with LHRH agonists (which stop LH secretion and therefore testosterone secretion), or with progestins or antiandrogens (which block testosterone secretion or neutralize testosterone action). Biologic females should be treated with LHRH agonists or with sufficient progestins (which stop the production of estrogens and progesterone) to stop menstruation.

**Partially Reversible Interventions**. Adolescents may be eligible to begin masculinizing or feminizing hormone therapy as early as age 16, preferably with parental consent. In many countries 16-year olds are legal adults for medical decision making, and do not require parental consent.

Mental health professional involvement is an eligibility requirement for triadic therapy during adolescence. For the implementation of the real-life experience or hormone therapy, the mental health professional should be involved with the patient and family for a minimum of six months. While the number of sessions during this six-month period rests upon the clinician's judgment,

10

the intent is that hormones and the real-life experience be thoughtfully and recurrently considered over time. In those patients who have already begun the real-life experience prior to being seen, the professional should work closely with them and their families with the thoughtful recurrent consideration of what is happening over time.

**Irreversible Interventions**. Any surgical intervention should not be carried out prior to adulthood, or prior to a real-life experience of at least two years in the gender role of the sex with which the adolescent identifies. The threshold of 18 should be seen as an eligibility criterion and not an indication in itself for active intervention.


# VI. Psychotherapy with Adults

**A Basic Observation.** Many adults with gender identity disorder find comfortable, effective ways of living that do not involve all the components of the triadic treatment sequence. While some individuals manage to do this on their own, psychotherapy can be very helpful in bringing about the discovery and maturational processes that enable self-comfort.

**Psychotherapy is Not an Absolute Requirement for Triadic Therapy.** Not every adult gender patient requires psychotherapy in order to proceed with hormone therapy, the real-life experience, hormones, or surgery. Individual programs vary to the extent that they perceive a need for psychotherapy. When the mental health professional's initial assessment leads to a recommendation for psychotherapy, the clinician should specify the goals of treatment, and estimate its frequency and duration. There is no required minimum number of psychotherapy sessions prior to hormone therapy, the real-life experience, or surgery, for three reasons: 1) patients differ widely in their abilities to attain similar goals in a specified time; 2) a minimum number of sessions tends to be construed as a hurdle, which discourages the genuine opportunity for personal growth; 3) the mental health professional can be an important support to the patient throughout all phases of gender transition. Individual programs may set eligibility criteria to some minimum number of sessions or months of psychotherapy.

The mental health professional who conducts the initial evaluation need not be the psychotherapist. If members of a gender team do not do psychotherapy, the psychotherapist should be informed that a letter describing the patient's therapy might be requested so the patient can proceed with the next phase of treatment.

**Goals of Psychotherapy.** Psychotherapy often provides education about a range of options not previously seriously considered by the patient. It emphasizes the need to set realistic life goals for work and relationships, and it seeks to define and alleviate the patient's conflicts that may have undermined a stable lifestyle.

**The Therapeutic Relationship.** The establishment of a reliable trusting relationship with the patient is the first step toward successful work as a mental health professional. This is usually accomplished by competent nonjudgmental exploration of the gender issues with the patient during the initial diagnostic evaluation. Other issues may be better dealt with later, after the person feels that the clinician is interested in and understands their gender identity concerns.

Ideally, the clinician's work is with the whole of the person's complexity. The goals of therapy are to help the person to live more comfortably within a gender identity and to deal effectively with non-gender issues. The clinician often attempts to facilitate the capacity to work and to establish or maintain supportive relationships. Even when these initial goals are attained, mental health professionals should discuss the likelihood that no educational, psychotherapeutic, medical, or surgical therapy can permanently eradicate all vestiges of the person's original sex assignment and previous gendered experience.

**Processes of Psychotherapy.** Psychotherapy is a series of interactive communications between a therapist who is knowledgeable about how people suffer emotionally and how this may be alleviated, and a patient who is experiencing distress. Typically, psychotherapy consists of regularly held 50-minutes sessions. The psychotherapy sessions initiate a developmental process. They enable the patient's history to be appreciated**,** current dilemmas to be understood, and unrealistic ideas and maladaptive behaviors to be identified. Psychotherapy is not intended to cure the gender identity disorder. Its usual goal is a long-term stable life style with realistic chances for success in relationships, education, work, and gender identity expression. Gender distress often intensifies relationship, work, and educational dilemmas.

The therapist should make clear that it is the patient's right to choose among many options. The patient can experiment over time with alternative approaches. Ideally, psychotherapy is a collaborative effort. The therapist must be certain that the patient understands the concepts of eligibility and readiness, because the therapist and patient must cooperate in defining the patient's problems, and in assessing progress in dealing with them. Collaboration can prevent a stalemate between a therapist who seems needlessly withholding of a recommendation, and a patient who seems too profoundly distrusting to freely share thoughts, feelings, events, and relationships.

Patients may benefit from psychotherapy at every stage of gender evolution. This includes the post-surgical period, when the anatomic obstacles to gender comfort have been removed, but the person may continue to feel a lack of genuine comfort and skill in living in the new gender role.

**Options for Gender Adaptation.** The activities and processes that are listed below have, in various combinations, helped people to find more personal comfort. These adaptations may evolve spontaneously and during psychotherapy. Finding new gender adaptations does not mean that the person may not in the future elect to pursue hormone therapy, the real-life experience, or genital surgery.

Activities:
  Biological Males:
  1. Cross-dressing: unobtrusively with undergarments; unisexually; or in a feminine fashion;
  2. Changing the body through: hair removal through electrolysis or body waxing; minor plastic cosmetic surgical procedures;
  3. Increasing grooming, wardrobe, and vocal expression skills.
  Biological Females:
  1. Cross-dressing: unobtrusively with undergarments, unisexually, or in a masculine fashion;
  2. Changing the body through breast binding, weight lifting, applying theatrical facial hair;

3. Padding underpants or wearing a penile prosthesis.

Both Genders:

1. Learning about transgender phenomena from: support groups and gender networks, communication with peers via the Internet, studying these Standards of Care, relevant lay and professional literatures about legal rights pertaining to work, relationships, and public cross-dressing;
2. Involvement in recreational activities of the desired gender;
3. Episodic cross-gender living.

Processes:

1. Acceptance of personal homosexual or bisexual fantasies and behaviors (orientation) as distinct from gender identity and gender role aspirations;
2. Acceptance of the need to maintain a job, provide for the emotional needs of children, honor a spousal commitment, or not to distress a family member as currently having a higher priority than the personal wish for constant cross-gender expression;
3. Integration of male and female gender awareness into daily living;
4. Identification of the triggers for increased cross-gender yearnings and effectively attending to them; for instance, developing better self-protective, self-assertive, and vocational skills to advance at work and resolve interpersonal struggles to strengthen key relationships.

# VII. Requirements for Hormone Therapy for Adults

**Reasons for Hormone Therapy.** Cross-sex hormonal treatments play an important role in the anatomical and psychological gender transition process for properly selected adults with gender identity disorders. Hormones are often medically necessary for successful living in the new gender. They improve the quality of life and limit psychiatric co-morbidity, which often accompanies lack of treatment. When physicians administer androgens to biologic females and estrogens, progesterone, and testosterone-blocking agents to biologic males, patients feel and appear more like members of their preferred gender.

**Eligibility Criteria.** The administration of hormones is not to be lightly undertaken because of their medical and social risks. Three criteria exist.

1. Age 18 years;
2. Demonstrable knowledge of what hormones medically can and cannot do and their social benefits and risks;
3. Either:
   a. A documented real-life experience of at least three months prior to the administration of hormones; or
   b. A period of psychotherapy of a duration specified by the mental health professional after the initial evaluation (usually a minimum of three months).

In selected circumstances, it can be acceptable to provide hormones to patients who have not fulfilled criterion 3 – for example, to facilitate the provision of monitored therapy using hormones of known quality, as an alternative to black-market or unsupervised hormone use.

13

**Readiness Criteria.** Three criteria exist:

1. The patient has had further consolidation of gender identity during the real-life experience or psychotherapy;
2. The patient has made some progress in mastering other identified problems leading to improving or continuing stable mental health (this implies satisfactory control of problems such as sociopathy, substance abuse, psychosis and suicidality;
3. The patient is likely to take hormones in a responsible manner.

**Can Hormones Be Given To Those Who Do Not Want Surgery or a Real-life Experience?**
Yes, but after diagnosis and psychotherapy with a qualified mental health professional following minimal standards listed above. Hormone therapy can provide significant comfort to gender patients who do not wish to cross live or undergo surgery, or who are unable to do so. In some patients, hormone therapy alone may provide sufficient symptomatic relief to obviate the need for cross living or surgery.

**Hormone Therapy and Medical Care for Incarcerated Persons.** Persons who are receiving treatment for gender identity disorders should continue to receive appropriate treatment following these Standards of Care after incarceration. For example, those who are receiving psychotherapy and/or cross-sex hormonal treatments should be allowed to continue this medically necessary treatment to prevent or limit emotional lability, undesired regression of hormonally-induced physical effects and the sense of desperation that may lead to depression, anxiety and suicidality. Prisoners who are subject to rapid withdrawal of cross-sex hormones are particularly at risk for psychiatric symptoms and self-injurious behaviors. Medical monitoring of hormonal treatment as described in these Standards should also be provided. Housing for transgendered prisoners should take into account their transition status and their personal safety.

# VIII. Effects of Hormone Therapy in Adults

The maximum physical effects of hormones may not be evident until two years of continuous treatment. Heredity limits the tissue response to hormones and this cannot be overcome by increasing dosage. The degree of effects actually attained varies from patient to patient.

**Desired Effects of Hormones.** Biologic males treated with estrogens can realistically expect treatment to result in: breast growth, some redistribution of body fat to approximate a female body habitus, decreased upper body strength, softening of skin, decrease in body hair, slowing or stopping the loss of scalp hair, decreased fertility and testicular size, and less frequent, less firm erections. Most of these changes are reversible, although breast enlargement will not completely reverse after discontinuation of treatment.

Biologic females treated with testosterone can expect the following permanent changes: a deepening of the voice, clitoral enlargement, mild breast atrophy, increased facial and body hair and male pattern baldness. Reversible changes include increased upper body strength, weight gain, increased social and sexual interest and arousability, and decreased hip fat.

14

**Potential Negative Medical Side Effects.** Patients with medical problems or otherwise at risk for cardiovascular disease may be more likely to experience serious or fatal consequences of cross-sex hormonal treatments. For example, cigarette smoking, obesity, advanced age, heart disease, hypertension, clotting abnormalities, malignancy, and some endocrine abnormalities may increase side effects and risks for hormonal treatment. Therefore, some patients may not be able to tolerate cross-sex hormones. However, hormones can provide health benefits as well as risks. Risk-benefit ratios should be considered collaboratively by the patient and prescribing physician.

Side effects in biologic males treated with estrogens and progestins may include increased propensity to blood clotting (venous thrombosis with a risk of fatal pulmonary embolism), development of benign pituitary prolactinomas, infertility, weight gain, emotional lability, liver disease, gallstone formation, somnolence, hypertension, and diabetes mellitus.

Side effects in biologic females treated with testosterone may include infertility, acne, emotional lability, increases in sexual desire, shift of lipid profiles to male patterns which increase the risk of cardiovascular disease, and the potential to develop benign and malignant liver tumors and hepatic dysfunction.

**The Prescribing Physician's Responsibilities.** Hormones are to be prescribed by a physician, and should not be administered without adequate psychological and medical assessment before and during treatment. Patients who do not understand the eligibility and readiness requirements and who are unaware of the SOC should be informed of them. This may be a good indication for a referral to a mental health professional experienced with gender identity disorders.
The physician providing hormonal treatment and medical monitoring need not be a specialist in endocrinology, but should become well-versed in the relevant medical and psychological aspects of treating persons with gender identity disorders.

After a thorough medical history, physical examination, and laboratory examination, the physician should again review the likely effects and side effects of hormone treatment, including the potential for serious, life-threatening consequences. The patient must have the capacity to appreciate the risks and benefits of treatment, have his/her questions answered, and agree to medical monitoring of treatment. The medical record must contain a written informed consent document reflecting a discussion of the risks and benefits of hormone therapy.

Physicians have a wide latitude in what hormone preparations they may prescribe and what routes of administration they may select for individual patients. Viable options include oral, injectable, and transdermal delivery systems. The use of transdermal estrogen patches should be considered for males over 40 years of age or those with clotting abnormalities or a history of venous thrombosis. Transdermal testosterone is useful in females who do not want to take injections. In the absence of any other medical, surgical, or psychiatric conditions, basic medical monitoring should include: serial physical examinations relevant to treatment effects and side effects, vital sign measurements before and during treatment, weight measurements, and laboratory assessment. Gender patients, whether on hormones or not, should be screened for pelvic malignancies as are other persons.

For those receiving estrogens, the minimum laboratory assessment should consist of a pretreatment free testosterone level, fasting glucose, liver function tests, and complete blood count with reassessment at 6 and 12 months and annually thereafter. A pretreatment prolactin level should be obtained and repeated at 1, 2, and 3 years. If hyperprolactemia does not occur during this time, no further measurements are necessary. Biologic males undergoing estrogen treatment should be monitored for breast cancer and encouraged to engage in routine self-examination. As they age, they should be monitored for prostatic cancer.

For those receiving androgens, the minimum laboratory assessment should consist of pretreatment liver function tests and complete blood count with reassessment at 6 months, 12 months, and yearly thereafter. Yearly palpation of the liver should be considered. Females who have undergone mastectomies and who have a family history of breast cancer should be monitored for this disease.

Physicians may provide their patients with a brief written statement indicating that the person is under medical supervision, which includes cross-sex hormone therapy. During the early phases of hormone treatment, the patient may be encouraged to carry this statement at all times to help prevent difficulties with the police and other authorities.

**Reductions in Hormone Doses After Gonadectomy.** Estrogen doses in post-orchiectomy patients can often be reduced by 1/3 to ½ and still maintain feminization. Reductions in testosterone doses post-oophorectomy should be considered, taking into account the risks of osteoporosis. Lifelong maintenance treatment is usually required in all gender patients.

**The Misuse of Hormones.** Some individuals obtain hormones without prescription from friends, family members, and pharmacies in other countries. Medically unmonitored hormone use can expose the person to greater medical risk. Persons taking medically monitored hormones have been known to take additional doses of illicitly obtained hormones without their physician's knowledge. Mental health professionals and prescribing physicians should make an effort to encourage compliance with recommended dosages, in order to limit morbidity. It is ethical for physicians to discontinue treatment of patients who do not comply with prescribed treatment regimens.

**Other Potential Benefits of Hormones.** Hormonal treatment, when medically tolerated, should precede any genital surgical interventions. Satisfaction with the hormone's effects consolidates the person's identity as a member of the preferred sex and gender and further adds to the conviction to proceed. Dissatisfaction with hormonal effects may signal ambivalence about proceeding to surgical interventions. In biologic males, hormones alone often generate adequate breast development, precluding the need for augmentation mammaplasty. Some patients who receive hormonal treatment will not desire genital or other surgical interventions.

**The Use of Antiandrogens and Sequential Therapy.** Antiandrogens can be used as adjunctive treatments in biologic males receiving estrogens, though they are not always necessary to achieve feminization. In some patients, antiandrogens may more profoundly suppress the production of testosterone, enabling a lower dose of estrogen to be used when adverse estrogen side effects are anticipated.

16

Feminization does not require sequential therapy. Attempts to mimic the menstrual cycle by prescribing interrupted estrogen therapy or substituting progesterone for estrogen during part of the month are not necessary to achieve feminization.

**Informed Consent.** Hormonal treatment should be provided only to those who are legally able to provide informed consent. This includes persons who have been declared by a court to be emancipated minors and incarcerated persons who are considered competent to participate in their medical decisions. For adolescents, informed consent needs to include the minor patient's assent and the written informed consent of a parent or legal guardian.

**Reproductive Options.** Informed consent implies that the patient understands that hormone administration limits fertility and that the removal of sexual organs prevents the capacity to reproduce. Cases are known of persons who have received hormone therapy and sex reassignment surgery who later regretted their inability to parent genetically related children. The mental health professional recommending hormone therapy, and the physician prescribing such therapy, should discuss reproductive options with the patient prior to starting hormone therapy. Biologic males, especially those who have not already reproduced, should be informed about sperm preservation options, and encouraged to consider banking sperm prior to hormone therapy. Biologic females do not presently have readily available options for gamete preservation, other than cryopreservation of fertilized embryos. However, they should be informed about reproductive issues, including this option. As other options become available, these should be presented.

# IX. The Real-Life Experience

The act of fully adopting a new or evolving gender role or gender presentation in everyday life is known as the real-life experience. The real-life experience is essential to the transition to the gender role that is congruent with the patient's gender identity. Since changing one's gender presentation has immediate profound personal and social consequences, the decision to do so should be preceded by an awareness of what the familial, vocational, interpersonal, educational, economic, and legal consequences are likely to be. Professionals have a responsibility to discuss these predictable consequences with their patients. Change of gender role and presentation can be an important factor in employment discrimination, divorce, marital problems, and the restriction or loss of visitation rights with children. These represent external reality issues that must be confronted for success in the new gender presentation. These consequences may be quite different from what the patient imagined prior to undertaking the real-life experiences. However, not all changes are negative.

**Parameters of the Real-Life Experience.** When clinicians assess the quality of a person's real-life experience in the desired gender, the following abilities are reviewed:
1. To maintain full or part-time employment;
2. To function as a student;
3. To function in community-based volunteer activity;
4. To undertake some combination of items 1-3;
5. To acquire a (legal) gender-identity-appropriate first name;

17

6. To provide documentation that persons other than the therapist know that the patient functions in the desired gender role.

**Real-Life Experience versus Real-Life Test.** Although professionals may recommend living in the desired gender, the decision as to when and how to begin the real-life experience remains the person's responsibility. Some begin the real-life experience and decide that this often imagined life direction is not in their best interest. Professionals sometimes construe the real-life experience as the real-life test of the ultimate diagnosis. If patients prosper in the preferred gender, they are confirmed as "transsexual," but if they decided against continuing, they "must not have been." This reasoning is a confusion of the forces that enable successful adaptation with the presence of a gender identity disorder. The real-life experience tests the person's resolve, the capacity to function in the preferred gender, and the adequacy of social, economic, and psychological supports. It assists both the patient and the mental health professional in their judgments about how to proceed. Diagnosis, although always open for reconsideration, precedes a recommendation for patients to embark on the real-life experience. When the patient is successful in the real-life experience, both the mental health professional and the patient gain confidence about undertaking further steps.

**Removal of Beard and other Unwanted Hair for the Male to Female Patient.** Beard density is not significantly slowed by cross-sex hormone administration. Facial hair removal via electrolysis is a generally safe, time-consuming process that often facilitates the real-life experience for biologic males. Side effects include discomfort during and immediately after the procedure and less frequently hypo-or hyper pigmentation, scarring, and folliculitis. Formal medical approval for hair removal is not necessary; electrolysis may be begun whenever the patient deems it prudent. It is usually recommended prior to commencing the real-life experience, because the beard must grow out to visible lengths to be removed. Many patients will require two years of regular treatments to effectively eradicate their facial hair. Hair removal by laser is a new alternative approach, but experience with it is limited.

# X. Surgery

**Sex Reassignment is Effective and Medically Indicated in Severe GID.** In persons diagnosed with transsexualism or profound GID, sex reassignment surgery, along with hormone therapy and real-life experience, is a treatment that has proven to be effective. Such a therapeutic regimen, when prescribed or recommended by qualified practitioners, is medically indicated and medically necessary. Sex reassignment is not "experimental," "investigational," "elective," "cosmetic," or optional in any meaningful sense. It constitutes very effective and appropriate treatment for transsexualism or profound GID.

**How to Deal with Ethical Questions Concerning Sex Reassignment Surgery.** Many persons, including some medical professionals, object on ethical grounds to surgery for GID. In ordinary surgical practice, pathological tissues are removed in order to restore disturbed functions, or alterations are made to body features to improve the patient's self image. Among those who object to sex reassignment surgery, these conditions are not thought to present when surgery is performed for persons with gender identity disorders. It is important that professionals dealing

18

with patients with gender identity disorders feel comfortable about altering anatomically normal structures. In order to understand how surgery can alleviate the psychological discomfort of patients diagnosed with gender identity disorders, professionals need to listen to these patients discuss their life histories and dilemmas. The resistance against performing surgery on the ethical basis of "above all do no harm" should be respected, discussed, and met with the opportunity to learn from patients themselves about the psychological distress of having profound gender identity disorder.

It is unethical to deny availability or eligibility for sex reassignment surgeries or hormone therapy solely on the basis of blood seropositivity for blood-borne infections such as HIV, or hepatitis B or C, etc.

**The Surgeon's Relationship with the Physician Prescribing Hormones and the Mental Health Professional.** The surgeon is not merely a technician hired to perform a procedure. The surgeon is part of the team of clinicians participating in a long-term treatment process. The patient often feels an immense positive regard for the surgeon, which ideally will enable long-term follow-up care. Because of his or her responsibility to the patient, the surgeon must understand the diagnosis that has led to the recommendation for genital surgery. Surgeons should have a chance to speak at length with their patients to satisfy themselves that the patient is likely to benefit from the procedures. Ideally, the surgeon should have a close working relationship with the other professionals who have been actively involved in the patient's psychological and medical care. This is best accomplished by belonging to an interdisciplinary team of professionals who specialize in gender identity disorders. Such gender teams do not exist everywhere, however. At the very least, the surgeon needs to be assured that the mental health professional and physician prescribing hormones are reputable professionals with specialized experience with gender identity disorders. This is often reflected in the quality of the documentation letters. Since fictitious and falsified letters have occasionally been presented, surgeons should personally communicate with at least one of the mental health professionals to verify the authenticity of their letters.

Prior to performing any surgical procedures, the surgeon should have all medical conditions appropriately monitored and the effects of the hormonal treatment upon the liver and other organ systems investigated. This can be done alone or in conjunction with medical colleagues. Since pre-existing conditions may complicate genital reconstructive surgeries, surgeons must also be competent in urological diagnosis. The medical record should contain written informed consent for the particular surgery to be performed.

# XI. Breast Surgery

Breast augmentation and removal are common operations, easily obtainable by the general public for a variety of indications. Reasons for these operations range from cosmetic indications to cancer. Although breast appearance is definitely important as a secondary sex characteristic, breast size or presence are not involved in the legal definitions of sex and gender and are not important for reproduction. The performance of breast operations should be considered with the

19

same reservations as beginning hormonal therapy. Both produce relatively irreversible changes to the body.

The approach for male-to-female patients is different than for female-to-male patients. For female-to-male patients, a mastectomy procedure is usually the first surgery performed for success in gender presentation as a man; and for some patients it is the only surgery undertaken. When the amount of breast tissue removed requires skin removal, a scar will result and the patient should be so informed. Female-to-male patients may have surgery at the same time they begin hormones. For male-to-female patients, augmentation mammoplasty may be performed if the physician prescribing hormones and the surgeon have documented that breast enlargement after undergoing hormone treatment for 18 months is not sufficient for comfort in the social gender role.

# XII. Genital Surgery

**Eligibility Criteria.** These minimum eligibility criteria for various genital surgeries equally apply to biologic males and females seeking genital surgery. They are:

1. Legal age of majority in the patient's nation;
2. Usually 12 months of continuous hormonal therapy for those without a medical contraindication (see below, "Can Surgery Be Performed Without Hormones and the Real-life Experience");
3. 12 months of successful continuous full time real-life experience. Periods of returning to the original gender may indicate ambivalence about proceeding and generally should not be used to fulfill this criterion;
4. If required by the mental health professional, regular responsible participation in psychotherapy throughout the real-life experience at a frequency determined jointly by the patient and the mental health professional. Psychotherapy per se is not an absolute eligibility criterion for surgery;
5. Demonstrable knowledge of the cost, required lengths of hospitalizations, likely complications, and post surgical rehabilitation requirements of various surgical approaches;
6. Awareness of different competent surgeons.

**Readiness Criteria.** The readiness criteria include:

1. Demonstrable progress in consolidating one's gender identity;
2. Demonstrable progress in dealing with work, family, and interpersonal issues resulting in a significantly better state of mental health; this implies satisfactory control of problems such as sociopathy, substance abuse, psychosis, suicidality, for instance).

**Can Surgery Be Provided Without Hormones and the Real-life Experience?** Individuals cannot receive genital surgery without meeting the eligibility criteria. Genital surgery is a treatment for a diagnosed gender identity disorder, and should undertaken only after careful evaluation. Genital surgery is not a right that must be granted upon request. The SOC provide for an individual approach for every patient; but this does not mean that the general guidelines, which specify treatment consisting of diagnostic evaluation, possible psychotherapy, hormones,

20

and real-life experience, can be ignored. However, if a person has lived convincingly as a member of the preferred gender for a long period of time and is assessed to be a psychologically healthy after a requisite period of psychotherapy, there is no inherent reason that he or she must take hormones prior to genital surgery.

**Conditions under which Surgery May Occur.** Genital surgical treatments for persons with a diagnosis of gender identity disorder are not merely another set of elective procedures. Typical elective procedures only involve a private mutually consenting contract between a patient and a surgeon. Genital surgeries for individuals diagnosed as having GID are to be undertaken only after a comprehensive evaluation by a qualified mental health professional. Genital surgery may be performed once written documentation that a comprehensive evaluation has occurred and that the person has met the eligibility and readiness criteria. By following this procedure, the mental health professional, the surgeon and the patient share responsibility of the decision to make irreversible changes to the body.

**Requirements for the Surgeon Performing Genital Reconstruction.** The surgeon should be a urologist, gynecologist, plastic surgeon or general surgeon, and Board-Certified as such by a nationally known and reputable association. The surgeon should have specialized competence in genital reconstructive techniques as indicated by documented supervised training with a more experienced surgeon. Even experienced surgeons in this field must be willing to have their therapeutic skills reviewed by their peers. Surgeons should attend professional meetings where new techniques are presented.

Ideally, the surgeon should be knowledgeable about more than one of the surgical techniques for genital reconstruction so that he or she, in consultation with the patient, will be able to choose the ideal technique for the individual patient. When surgeons are skilled in a single technique, they should so inform their patients and refer those who do not want or are unsuitable for this procedure to another surgeon.

**Genital Surgery for the Male-to-Female Patient.** Genital surgical procedures may include orchiectomy, penectomy, vaginoplasty, clitoroplasty, and labiaplasty. These procedures require skilled surgery and postoperative care. Techniques include penile skin inversion, pedicled rectosigmoid transplant, or free skin graft to line the neovagina. Sexual sensation is an important objective in vaginoplasty, along with creation of a functional vagina and acceptable cosmesis.

**Other Surgery for the Male-to-Female Patient.** Other surgeries that may be performed to assist feminization include reduction thyroid chondroplasty, suction-assisted lipoplasty of the waist, rhinoplasty, facial bone reduction, face-lift, and blepharoplasty. These do not require letters of recommendation from mental health professionals.
There are concerns about the safety and effectiveness of voice modification surgery and more follow-up research should be done prior to widespread use of this procedure. In order to protect their vocal cords, patients who elect this procedure should do so after all other surgeries requiring general anesthesia with intubation are completed.

**Genital Surgery for the Female-to-Male Patient.** Genital surgical procedures may include hysterectomy, salpingo-oophorectomy, vaginectomy, metoidioplasty, scrotoplasty, urethroplasty, placement of testicular prostheses, and phalloplasty. Current operative techniques for

21

phalloplasty are varied. The choice of techniques may be restricted by anatomical or surgical considerations. If the objectives of phalloplasty are a neophallus of good appearance, standing micturition, sexual sensation, and/or coital ability, the patient should be clearly informed that there are several separate stages of surgery and frequent technical difficulties which may require additional operations. Even metoidioplasty, which in theory is a one-stage procedure for construction of a microphallus, often requires more than one surgery. The plethora of techniques for penis construction indicates that further technical development is necessary.

**Other Surgery for the Female-to-Male Patient.** Other surgeries that may be performed to assist masculinization include liposuction to reduce fat in hips, thighs and buttocks.

# XIII. Post-Transition Follow-up

Long-term postoperative follow-up is encouraged in that it is one of the factors associated with a good psychosocial outcome. Follow-up is important to the patient's subsequent anatomic and medical health and to the surgeon's knowledge about the benefits and limitations of surgery. Long-term follow-up with the surgeon is recommended in all patients to ensure an optimal surgical outcome. Surgeons who operate on patients who are coming from long distances should include personal follow-up in their care plan and attempt to ensure affordable, local, long-term aftercare in the patient's geographic region. Postoperative patients may also sometimes exclude themselves from follow-up with the physician prescribing hormones, not recognizing that these physicians are best able to prevent, diagnose and treat possible long term medical conditions that are unique to hormonally and surgically treated patients. Postoperative patients should undergo regular medical screening according to recommended guidelines for their age. The need for follow-up extends to the mental health professional, who having spent a longer period of time with the patient than any other professional, is in an excellent position to assist in any post-operative adjustment difficulties.

22



Browse      Search

[Dictionary](#) [Quizzes](#) [One Good Fact](#)

Login

[gender dysphoria](#)

Table of Contents

[gender dysphoria](#)

- [Introduction](#)
- [History](#)
- [Controversy](#)

Fast Facts

- [Facts & Related Content](#)
- [Quizzes](#)

Media

- [Videos](#)

More

- [More Articles On This Topic](#)
- [Additional Reading](#)
- [Contributors](#)
- [Article History](#)

[Home](#) [Lifestyles & Social Issues](#) [LGBTQ Issues](#)

# gender dysphoria

psychology

Actions

Print    Cite    Share    Feedback

Alternate titles: GD, GID, gender identity disorder

By [Karl Bryant](#) • [Edit History](#)

External Websites

Give Feedback

External Websites

Related Topics:
[transgender](#) [genderqueer](#) [gender identity](#) [hormone replacement therapy](#) [transsexuality](#)
...(Show more)

[See all related content →](#)

**gender dysphoria (GD)**, also known as **gender identity disorder (GID)**, formal [diagnosis](#) given by [mental health](#) professionals to people who experience distress because of a significant incongruence between the [gender](#) with which

they personally identify and the gender with which they were born. The GD diagnosis appears in the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5; 2013), the American Psychiatric Association's (APA's) official listing of psychiatric disorders. A clinical description of GID also appears in the World Health Organization's (WHO's) *International Statistical Classification of Diseases and Related Health Problems* (ICD-10; 1992). (The ICD-10 does not use the term *gender dysphoria*.) Although the diagnosis of GD is usually made by mental health care providers, much of the treatment for adults is endocrinological and surgical in nature and often follows World Professional Association for Transgender Health's *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* (2012).

Although gender nonconformity is not a mental disorder, GD is characterized by clinically significant mental anguish. Persons with GD often have impaired social and occupational functioning because of the marked difference between their expressed gender and their gender at birth. As transgender individuals, those with GD have a strong conviction that their feelings and actions are typical of the opposite gender, and they desire to live and be perceived as that gender. GD in children is marked by repeated verbalization of their desire to be the other gender as well as behaviours that indicate a strong preference to be/identify with the other gender, such as persistent cross-gender roles in make-believe play or a profound dislike for their sexual anatomy. In both children and adults, feelings of dysphoria must continue for at least six months for a diagnosis to be given.



Britannica Quiz
44 Questions from Britannica's Most Popular Health and Medicine Quizzes
How much do you know about human anatomy? How about medical conditions? The brain? You'll need to know a lot to answer 44 of the hardest questions from Britannica's most popular quizzes about health and medicine.

With the development of successful surgical techniques and hormone replacement therapy, several thousand transsexual adults with persistent GD have undergone a permanent gender reassignment. Although both male and female transsexuals exist, the male-to-female operation is more common, because the genital reconstruction is more satisfactory. The male-to-female transsexual's penis and testes are removed, and an artificial vagina is created; breasts may be implanted, although some breast development usually is promoted with the use of feminizing hormones. Female-to-male transsexuals may undergo mastectomy, hysterectomy, and hormone treatments to produce the male secondary sexual characteristics but may decide against a phalloplasty, as attempts to create an artificial penis have not been particularly satisfactory.

# History

GD represents the evolution of a set of diagnoses that first appeared in American psychiatry in DSM-III in 1980. DSM-III included a diagnostic group called "Gender Identity Disorders," which comprised "Transsexuality," "Gender Identity Disorder of Childhood," and "Transvestic Fetishism." These diagnoses formalized medical and psychiatric thinking about gender-variant people that dated back to the 19th century, such as that as expressed by early sexologists Havelock Ellis, Karl Heinrich Ulrichs, and Magnus Hirschfeld. The DSM-III GD diagnostics were also shaped by a heightened mid-20th-century interest among a subset of psychiatrists and other medical and mental health professionals in gender variance. Their increased interest was primarily directed at the newly emerging medical and social category of transsexuality.

Get a Britannica Premium subscription and gain access to exclusive content. Subscribe Now

Since appearing in DSM-III, the GID entries have changed with each subsequent DSM revision. The most-significant revision was the DSM-IV (1994), which combined "Transsexualism" with "Gender Identity Disorder of Childhood" into one overarching diagnosis, "Gender Identity Disorder." ("Transvestic Fetishism," once listed among the gender disorders, has been reclassified as a sexual paraphilia.) DSM-5 further revised the diagnosis, which was renamed "gender dysphoria" and given its own chapter distinct from "Sexual Dysfunctions and Paraphilic Disorders." This diagnostic label is more consistent with clinical sexology terminology and removes the connotation that people with gender nonconformity are "disordered" by only pathologizing the discontent experienced by these patients.

As outlined in DSM-5, a GD diagnosis is given when there is a strong and persistent alternate-gender identification and a sustained discomfort with one's assigned sex or a sense of inappropriateness in the gender role of that sex. The

diagnostic text lists specific examples of those criteria as they may manifest in children, adolescents, and adults. The criteria also disallow a diagnosis if an intersex condition is present. The alternate-gender identification or behaviours must also be accompanied by significant distress and impairment.

# Controversy

Clinical GD diagnoses have been controversial since they first appeared. Beginning in the mid-1990s, the level of controversy and debate increased, partly because of the work of transgender, intersex, and gay and lesbian social movements but also because of critiques made within the medical and mental health professions both by individuals and by lesbian, gay, bisexual, transgender, and queer (LGBTQ) professional organizations.

Critics have argued that GD diagnoses continue a long-standing history of pathologizing oppressed peoples. Some argue that the diagnosis stigmatizes groups that are simply expressing variation, not pathology. Critics suggest that the diagnosis individualizes a broad cultural and social phenomenon and reinforces a binary mode of gender.

Although the revisions to DSM-5 have assuaged some criticism, it has been argued that the diagnosis of GD mistakenly categorizes a medical condition as a mental health disorder. These critics often point to recent research that may indicate a biological basis for transsexuality. Whereas some have lobbied for the elimination of the diagnosis, others have suggested that GD could be redesignated as a benign medical condition instead of a psychiatric disorder. However, because many transsexuals seek the services of medical and mental health professionals, some members of transsexual and transgender communities worry that removing or reforming the GD diagnosis could jeopardize the availability of sex reassignment surgeries and other procedures. There is also concern that, without the diagnosis, insurance reimbursements for such procedures could be threatened.

 New from Britannica

China technically owns every panda in the world. The pandas are rented to zoos throughout the world for sometimes as much as one million dollars per year.
See All Good Facts

For gender-variant children, critics often argue that the diagnosis is too broad. Research on children diagnosed with GD suggests that they will most likely grow up to be gay or bisexual. Critics suggest that GD treatments for children focus too much on boys, that treatment may damage self-esteem, and that the distress that GD children exhibit is not inherent to their gender nonconformity but rather as a reaction to being stigmatized. Mental health professionals who support the diagnosis and treat GD children counter that their treatments help GD children to have better peer relations and thus bolstered self-esteem and that research indicates that GD children do exhibit forms of distress associated directly with their gender variance.

Karl Bryant
psychosomatic disorder

Table of Contents

psychosomatic disorder

- Introduction

Fast Facts

- Facts & Related Content
- Quizzes

More

- More Articles On This Topic
- Contributors
- Article History

Home  Health & Medicine  Conditions & Diseases  Mental Disorders

# psychosomatic disorder

pathology

Actions

Print   Cite   Share   Feedback

Alternate titles: psychophysiologic disorder

By The Editors of Encyclopaedia Britannica • Edit History

External Websites

Britannica Websites

Give Feedback

Table of Contents

External Websites

Key People:
   Franz Alexander
   ...*(Show more)*

Related Topics:
   mental disorder
   ...*(Show more)*

See all related content →

**psychosomatic disorder**, also called **Psychophysiologic Disorder**, condition in which psychological stresses adversely affect physiological (somatic) functioning to the point of distress. It is a condition of dysfunction or structural damage in bodily organs through inappropriate activation of the involuntary nervous system and the glands of internal secretion. Thus, the psychosomatic symptom emerges as a physiological concomitant of an emotional state. In a state of rage, for example, the angry person's blood pressure is likely to be elevated and his pulse and respiratory rate to be increased. When the anger passes, the heightened physiologic processes usually subside. If the person has a persistent inhibited aggression (chronic rage), however, which he is unable to express overtly, the emotional state remains unchanged, though unexpressed in the overt behaviour, and the physiological symptoms associated with the angry state persist. With time, such a person becomes aware of the physiological dysfunction. Very often he develops concern over the resulting physical signs and symptoms, but he denies or is unaware of the emotions that have evoked the symptoms.

Psychosomatic disorders may affect almost any part of the body, though they are usually found in systems not under voluntary control. Research by psychiatrist Franz Alexander and his colleagues at the Chicago Institute of Psychoanalysis in the 1950s and 1960s suggested that specific personality traits and specific conflicts may create particular psychosomatic illnesses, but it is generally believed that the form a disorder takes is due to individual vulnerabilities. Emotional stress is assumed to aggravate existing illnesses, and there is some evidence that it may precipitate illnesses not usually considered to be psychosomatic (*e.g.,* cancer, diabetes) in individuals predisposed to them.



Britannica Quiz
Diseases, Disorders, and More: A Medical Quiz
What condition is caused by the deposition of salts of uric acid? What's another name for breakbone fever? Find out what you know about diseases, disorders, and more.

Psychosomatic disorders resulting from stress may include hypertension, respiratory ailments, gastrointestinal disturbances, migraine and tension headaches, pelvic pain, impotence, frigidity, dermatitis, and ulcers.

 New from Britannica

China technically owns every panda in the world. The pandas are rented to zoos throughout the world for sometimes as much as one million dollars per year.

See All Good Facts

Many patients suffering from psychosomatic diseases respond to a combination of drug therapy, psychoanalysis, and behaviour therapy. In less severe cases, patients can learn to manage stress without drugs. *See also* stress.

Get a Britannica Premium subscription and gain access to exclusive content. Subscribe Now
transsexuality

Table of Contents

transsexuality

- Introduction

Fast Facts

- Facts & Related Content

Media

- Videos

More

- More Articles On This Topic
- Contributors
- Article History

Home Health & Medicine Psychology & Mental Health

# transsexuality

Actions

Cite

verified Cite

While every effort has been made to follow citation style rules, there may be some discrepancies. Please refer to the appropriate style manual or other sources if you have any questions.

Select Citation Style

MLA

Copy Citation

Share

Share

Share to social media

Facebook Twitter

URL

https://www.britannica.com/topic/transsexualism

   Give Feedback

   External Websites

Feedback

Corrections? Updates? Omissions? Let us know if you have suggestions to improve this article (requires login).

Feedback Type   Select a type (Required)

Your Feedback                              Submit Feedback

Thank you for your feedback

Our editors will review what you've submitted and determine whether to revise the article.

**Join Britannica's Publishing Partner Program** and our community of experts to gain a global audience for your work!

External Websites

- h2g2 - Transsexualism

Britannica Websites

Articles from Britannica Encyclopedias for elementary and high school students.

- transsexualism - Student Encyclopedia (Ages 11 and up)

 Print   Cite

verifiedCite

While every effort has been made to follow citation style rules, there may be some discrepancies. Please refer to the appropriate style manual or other sources if you have any questions.

Select Citation Style

  MLA

   Copy Citation

   Share

 Share

Share to social media

Facebook Twitter

URL

https://www.britannica.com/topic/transsexualism

   Feedback

   External Websites

Feedback

Corrections? Updates? Omissions? Let us know if you have suggestions to improve this article (requires login).

Feedback Type   Select a type (Required)

Your Feedback                    Submit Feedback
Thank you for your feedback

Our editors will review what you've submitted and determine whether to revise the article.

**Join Britannica's Publishing Partner Program** and our community of experts to gain a global audience for your work!
External Websites

- h2g2 - Transsexualism

Britannica Websites
Articles from Britannica Encyclopedias for elementary and high school students.

- transsexualism - Student Encyclopedia (Ages 11 and up)

Alternate titles: transexualism
By The Editors of Encyclopaedia Britannica • Edit History

---

Table of Contents

Key People:
 Christine Jorgensen Harry Benjamin
 ...*(Show more)*

Related Topics:
 human sexual activity gender dysphoria transgender transvestism
 ...*(Show more)*

See all related content →



 Understand what happens when someone undergoes hormone therapy, used for physically transitioning genders
 Learn about the role hormone therapy plays for people physically transitioning genders.
 *© American Chemical Society (A Britannica Publishing Partner)*See all videos for this article

**transsexuality**, variant of gender identity in which the affected person believes that he or she should belong to the opposite sex. The transsexual male, for example, was born with normal female genitalia and other secondary characteristics of the feminine sex; very early in life, however, he identified with men and behaved in a manner appropriate to the male sex. His sexual orientation is generally one of attraction to other females.

With the development of successful surgical techniques and hormone therapy, several thousand transsexuals, male and female, have undergone a permanent gender reassignment. Although both male and female transsexuals exist, the male-to-female operation is more common because the genital reconstruction is more satisfactory. The male-to-female transsexual's penis and testes are removed, and an artificial vagina is created; breast implants may be inserted, although some breast development usually is promoted with the use of feminizing hormones. Female-to-male transsexuals may undergo mastectomy and hormone treatments to produce the male secondary sexual characteristics, but attempts to create an artificial penis have not been particularly satisfactory.

This article was most recently revised and updated by Michele Metych.

Load Next Page

Ask us a question

No. 21-2030, viewed 07/15/2022

We use cookies to enhance your experience on our website. By clicking 'continue' or by continuing to use our website, you are agreeing to our use of cookies. You can change your cookie settings at any time. **Continue** or **Find out more**  ✕

**DICTIONARY**   SYNONYMS   GRAMMAR ▫   EXPLORE ▫   PREMIUM



ACCESS BY ADMIN. OFFICE, US COURTS



**O Oxford** Dictionaries

| **ENG (US)** ▫ | | ▫ |

MORE LANGUAGES ◉

home    US English    gender identity disorder

Definition of *gender identity disorder* in English:

# gender identity disorder

**NOUN**

*Medicine*

Older term for gender dysphoria.

## Definition of gender identity disorder in:

- British & World English dictionary

**Most popular in
the US** ▫

1. billet 🟣
2. dream 🟣
3. hairspray
4. administrivia
5. bated

🟣 = trending

**Nearby words**

gender gap

cite

gender identity

**gender identity disorder**

gender presentation

gender reassignment

English (US)

OXFORD
UNIVERSITY PRESS

© 2022 Oxford University Press        Contact us        Privacy policy        Legal notice        Cookie policy        Help        About
Guide to the dictionary        Accessibility

No. 21-2030, viewed 07/15/2022



No. 21-2050 viewed 07/15/2022

watermark 07/15/2022

ABOUT    COMMUNITY    BLOG

Access: Admin. Office, US Courts ▼    Personal profile: Sign in

## OED Oxford English Dictionary
*The definitive record of the English language*

Quick search:    [            ]    GO

Lost for Words? | Advanced search | Help

Browse:
- **Dictionary**    ⊞ **Sources**
- **Categories**    ⊞ **Historical Thesaurus**
- **Timelines**

My entries (1)    ▼
My searches (0)

# G, n.

Text size: A A

View as: Outline | **Full entry**

Quotations: Show all | **Hide all**    Keywords: On | **Off**

**Pronunciation:** ☐ Brit. ▶ /dʒiː/, U.S. ▶ /dʒi/
**Forms:** G (capital), g (lower case).
**Etymology:** *Letter form.*

The seventh letter of the Roman alphabet, *g* ...   (Show More)

**I.** The letter *G* (*g*).

**1.** The letter, and the sound it represents.    Thesaurus »

OE  Æʟfʀɪᴄ *Gram.* (St. John's Oxf.) 6   Þa oðre nigon ᴄᴏɴsᴏɴᴀɴᴛᴇs synd gecwedene
ᴍvᴛᴀᴇ... Hi ne synd na mid ealle dumbe, ac hi habbað lytle clypunge... Þas
ongynnað of him sylfum and geendiað on ðam clypiendlicum stafum. *b*, *c*, *d*,
*g*, *p*, *t* geendiað on *e*.

c1175  *Names of Letters* in N. R. Ker *Catal. MSS containing Anglo-Saxon* (1957)
337  D de *uel* dei, E e, F f ef, G ge *uel* gei [etc.].

a1398  J. Tʀᴇᴠɪsᴀ tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL
Add. 27944) (1975) II. xɪx. cxxvɪɪɪ. 1377   *Gau[a]ta* is a gret heuy bolle, holow
bolle and [*read* holow and] depe, and hatte *gauata* as it were *cauata*
'holowȝ', þere *g* is ysette for *c*.

c1425  *MS Royal 17 B.i* f. 14ᵛ, in *Mod. Lang. Rev.* (1911) 6 442  Summe writen
.g.h. in summe wordis, whiche wordis ben writen of summe opere with a
yogh.

a1552  J. Lᴇʟᴀɴᴅ *Itinerary* (1711) V. 47  Rudelm..cummith of *Rethe..*and *Glan*..;
but..when *Glan* is set with a Worde præceding *G* is explodid.

1597  W. Sʜᴀᴋᴇsᴘᴇᴀʀᴇ *Richard III* i. i. 55   And from the crosse-rowe pluckes the
letter *G*.

1656  T. Bʟᴏᴜɴᴛ *Glossographia* (at cited word)   Palatine letters are such as are
pronounced by the help of the Palate, as *G*,*T*.*R*. etc.

1678  *London Gaz.* No. 1342/4  A light gray Gelding,..with an iron mark of a *G*. on
the near Buttock.

1714  J. Fᴏʀᴛᴇsᴄᴜᴇ-Aʟᴀɴᴅ *Note* in *Fortescue's Governance of Eng.* 27   This letter *g*
is also liquified in the middle, as in the word sail from the Saxon *saegl*.

1783  S. Jᴏʜɴsᴏɴ *Let.* 21 Oct. (1994) IV. 229   Physiognomy, as it is a Greek word,
ought to sound the *G*.

1854  G. H. Tᴀʟʙᴏᴛ *Philos. French Pronunc.* 48   The use of the u in such cases is
merely to harden the g and c.

1894  A. B. Gᴏᴍᴍᴇ *Trad. Games* I. 29   His name was Little Bingo. B with an I, I
with an N, N with a G, *G* with an O.

1929  *Boys' Life* Aug. 57/1   Mr. Flanders called it ganging, only the second g is
pronounced as if it was j.

1985  *Listener* 2 Feb. 14   'You call it [*sc.* gelignite] "gelly", don't you?' 'Yes.'
'Spelled with a g or a j?'

2015  S. Tʜᴏᴍᴘsᴏɴ *Encycl. Diversity & Social Justice* 53/2   For all three
Abrahamic faiths, God—note the capital *G*—is a personal being who is all-
knowing.., all-powerful.., all-good.

(Hide quotations)

This entry has been updated (OED Third Edition, June 2018; most recently modified version published online June 2022).

Entry history
Entry profile

Previous version:
OED2 (1989)

In this entry:
1G
2G
G0
G0 phase
G1
G10
G1 phase
G2
G20
G2B
G2C
G2 phase
G5
G7
G77
G8
GA
GA
GA
GAA
GAAP
GABA
GAD
G-agent
G and T
GAO
GAR
GAW
Gb
GB
G.B.
GB
GBE
GBH
GBL
GBP
GBP
GBU
GC
GCB
GCC
gcd

Jump to:
[            ]

Sort by: Entry | Date

| Entry | Date |
|---|---|
| F-word, v. | 1973 |
| FX, n. | 1954 |
| fy, v. | c1390 |
| -fy, suffix | 1602 |
| FYI, phr., a., and n. | 1941 |
| fying, n. | 1662 |
| fyke, n. | 1832 |
| fylfot, n. | a1500 |
| fyrd, n. | 1832 |
| **G, n.** | **OE** |
| Ga, n.1 | 1824 |
| Ga, n.2 and adj. | 1852 |
| Ga, n.3 | 1875 |
| gab, n.1 | c1225 |
| gab, n.2 | 1681 |
| gab, n.3 | 1761 |
| gab, n.4 | 1792 |
| gab, v.1 | a1200 |
| gab, v.2 | c1405 |
| gab, v.3 | 1601 |

**2.** As a distinguishing letter, usually part of an alphabetical sequence, denoting one of a series of things, a point in a diagram, a sheet in a book, a part of a figure, etc.

*a*1475   in H. J. R. Murray *Hist. Chess* (1913) 604   Draw thi roke in E (b8) þen he go into F (d4) þen mate wᵗ þi roke in G (b4).

1551   R. Record *Pathway to Knowl.* sig. Civᵛ   Then draw I a right line from G. to B. and so haue mine intent.

1646   S. Danforth *Almanack*   In the almanack I have omitted the letters a b c d e f g, whereby the week day is wont to be signified, and in the room therof have placed the figures 1 2 3 &c.

*a*1652   S. Foster *Elliptical Horologiography* (1654) 1   Make up the Rectangled Parallelogram B E F C, and continue it further to G and H.

1726   J. Swift *Gulliver* II. iii. 40   The Island may be carried to G, and from G to H, by turning the Stone, so as to make its repelling Extremity point directly downwards.

1764   *Philos. Trans. 1763* (Royal Soc.) **53** 45   Fresh laminæ or coverings are carried on from *d*, to *k*; and so on the rest, *e, f, g, h*.

1839   S. Lover *Hall Porter* II. ii. 21   We'll suppose there is a Lord A.; he has many sons—B., C., D., E., F., G.; there is a rich commoner, H.

1893   *Amer. Naturalist* **27** 604   Morphically equivalent to G, but showing more mature features.

1932   *Boys' Life* Jan. 36/4   The jaw or cleat at G..should be lashed to the boom because screws or bolts will weaken the stick.

1980   *Pop. Mech.* Jan. 105/2   Attach the binding to G with glue.

1998   J. L. Heilbron *Geom. Civilized* ii. 56   CG divides the segment DE into two equal parts at G.

**(Hide quotations)**

**3.** *Music.*

**a.** The fifth note of the diatonic scale of C major, or the seventh note of the relative minor scale of C. Also: a key based on a scale which has G as its keynote.

**Thesaurus »**
**Categories »**

See also G-sol-re-ut n.

1562   T. Sternhold et al. *Whole Bk. Psalmes* sig.   .iiiᵛ   When it chaunceth ii. kaies to be of one letter, as G sol, re, vt: and g, sol, re, vt,..ye may..call the one, capitall G, or G, sol, re, vt, the lower: and tother small g, or g, sol, re, vt: the higher.

1609   J. Dowland tr. A. Ornithoparchus *Micrologus* 7   Keyes..are 22 in number. The first is of Capitall Letters..viz. ?. A. B. C. D. E. F. G [L. *scilicet*. ?. *A. B. C. D. E. F. G.*].

1664   J. Birchensha tr. J. H. Alsted *Templum Musicum* 80   The Hypodorian Mood runneth between A. and a. is divided and endeth in D. being raised up between D. and d. is divided and endeth in g.

1724   W. Turner *Sound Anatomiz'd* 71   Of the natural Capacity of each of the seven Degrees of Sound, that there are but five of them, to wit, A, B, D, E and G, that will admit of a Flat.

1789   C. Burney *Gen. Hist. Music* III. i. 114   The second part is chiefly in D and G minor, but ends, *alla Capella*, in D major.

1856   *N.-Y. Musical Rev. & Gaz.* 28 June 195/1   Which seems to be most plaintive or mournful in its effect, G or G-sharp?

1880   *Scribner's Monthly* Nov. 75/2   [He] burst forth with a high *G* of astounding volume.

1930   *Strad* **41** 26/2   The third eight bar sentence ends in a female cadence in G major.

1974   *N.Y. Mag.* 8 July 67/3   Schubert..sets up our expectations of C major, with brass and drums hammering away, page after page, on a low G.

2011   *Wall St. Jrnl.* 11 June A3 (*advt.*)   If you don't believe me, I will listen to Haydn's Concerto in G minor, as played on a learner violin.

GCE
GCF
GCH
GCHQ
GCI
GCIE
G clef
GCM
GCM
GCMG
GCSE
GCVO
GDA
GDI
GDP
GDP
G.D.R.
GE
GED
GED
GERD
GeV
gf
g-force
GFP
GFS
GG
GH
GHG
GHQ
GHz
Gi
GI
GID
GIS
GLA
GLB
GLBT
GLC
G.L.C.
GLF
GLS
GLX
GM
G.M.
GM
G.M.
GM
GM
GM
GM
GMAT
g.m.b.
GMC
GML
GML
GMO
GMP
GMR
GMR
GMT
gmw
GNP
GNU
GNVQ
GOAT
GOC
GOK

*No. 21-2030, viewed 07/15/2022*

†**b.** A clef used to indicate the position on a stave of the note G which follows middle C; = *G clef* at sense 3c. *Obsolete*. *rare*.

Thesaurus »
Categories »

1597   T. Morley *Plaine & Easie Introd. Musicke* i. 3   There be in all seuen cliefes (as I told you before) as A. B. C. D. E. F. G.

1721   A. Malcolm *Treat. Musick* xi. 332   The highest Part is called the Treble, or Alt whose Clef is g, set on the 2d Line of the particular System, counting upward.

(Hide quotations)

**c.** *G clef*: a clef (CLEF *n.¹*) in the form of a stylized ligature of the letters G and S, used to indicate the position on a stave of the note G which follows middle C.

Thesaurus »
Categories »

More usually called a *treble clef* when G is represented by the second line of a stave.

1725   J. F. de la Fond *New Syst. Music* iii. 148   If when I reduce all to the Treble, I should still retain the G Clef, I should have no fewer than eleven Clefs.

1806   J. W. Callcott *Musical Gram.* iii. 6   The G Clef is a compound character of the letters G and S, for the Syllable, Sol.

1876   J. Stainer & W. A. Barrett *Dict. Musical Terms* 449/1   *Violin clef*, the G clef placed upon the first line of the stave.

1958   *Music & Lett.* **39** 217   The top part..makes use of the G clef on the bottom line of the stave.

2013   N. Nolen Holland *Music Fund. for Dance* i. 6   In general, the G clef is used in music written for higher-pitched instruments and voices.

(Hide quotations)

**II. Simple abbreviations.**

**4.** Usually in form **G.** (with point). A substitution in speech and text for forenames or surnames beginning with this letter.

1291–2   *Manorial Documents* in *Mod. Philol.* (1936) **34** 58 (*MED*)   W. de G. fecit Rape in domo Richardi Topat Mitild Coln.

c1325 (   c1300)    *Chron. Robert of Gloucester* (Calig.) l. 10232 (*MED*)   Þe king..to hom anon sende Is heye Iustice is lond, sir G. le fiz peris.

?a1350   *Guy of Warwick* (BL Add.) (1974) l. 1522 (*MED*)   G. handled hys lion's erne and straked hys har—He founed hym als grehund war.

c1450 (   c1390)    G. Chaucer *Truth* (Fairf. 16(1)) (1880) p. 154   Explicit Le bone counseill De G. Chaucer.

1531   *Abstr. Protocols Town Clerks of Glasgow* (1897) IV. 43   G. B...hes tane in prenteischip P.D...for the space of fyff yeiris, and to be fre at the yscha of the saydis fyff yeiris.

1592   W. West *Symbolæogr.* (rev. ed.) ii. §374. sig. R.vᵛ   Our Soueraigne Ladie..do commit and graunt vnto the said G. W. the custodie, wardship, and marryage of T. H. her highnesse ward.

1629   J. Maxwell tr. Herodian *Hist.* b j (*margin*)   See the Transumpt of it in M. G. Sandy's Iournall, p. 271.

1654   R. Williams *Let.* in *Coll. Mass. Hist. Soc.* (1849) 3rd Ser. X. 2   Major G. Harrison was the 2d in the nation.

1715   J. Reading *Jrnl.* 19 May in *Proc. New Jersey Hist. Soc.* (1915) 3rd Ser. **10** 41   S. G. and I went up..to a rock which shoots from the hill to the river.

1766   O. Goldsmith *Vicar of Wakefield* II. ix. 143   I danced last night with Lady G——, and could I forget you know whom, I might be perhaps successful.

G.O.M.
G.O.P.
GOTV
GP
G.P.
GPA
gph
GPI
G-plan
gpm
GPM
GPMG
GPO
GPO
G protein
GPRS
GPS
GPU
GQ
gr
gr
GRAS
G-rated
GRE
GRP
grt
GRU
GS
GSA
GSH
gsm
GSM
GSOH
GSR
GST
G-star
g stress
GSW
GT
GTA
GTA
GTFO
GTG
GTP
GTPase
G.T.T.
G-type star
GUI
GUM
GUT
G.V.
GVW
GW
GW
GWOT
GWR
Gy

**In other dictionaries:**

g, n. in Middle English Dictionary

g in Dictionary of Old English

No. 21-2030, viewed 07/15/2022

Case 1:20-cv-01397-CMH-TCB   Document 73-1   Filed 08/16/22   Page 42 of 87 PageID# 492

Total Pages:(42 of 87)

1809   W. Dunlap tr. A. von Kotzebue *Fraternal Discord* iv. 48   *Mrs. G.* Well, my
little miss, what is the captain's birth-day to me?

1886   *Jrnl. Nerv. & Mental Dis.* **13** 443   Dr. Burt G. Wilder: 'Exhibition of the
Medisected-Alinjected Head of a Murderer'.

1951   M. McLuhan *Mech. Bride* 151/2   The combined attacks of Dr. Frederic
Wertham, Mr. G. Legman, and others suggested the advisability of a partial
switch from Death to Love.

2013   J. Singh *Helium* 92   Lots of love, G.

(Hide quotations)

**5.** Gram(s). Also as a symbol.   Thesaurus »   Categories »

1819   *Edinb. Philos. Jrnl.* **1** 210   It is almost insoluble in water, 100 grammes of
water, of the temperature of 10°, dissolving only 0.015 g. of it.

1902   *Encycl. Brit.* XXXIII. 808/2   1 gramme (g.) = 15.4323564 grains or 0.7716
scruple.

1989   *Plant Physiol.* **89** 643/2   $F$ ( g s$^{-1}$ ) is the water flux in the stem and $C_w$ ( J
g$^{-1}$ K$^{-1}$ ) is the specific heat of water.

2017   *People (*N. Ireland*)* (Nexis) 9 Apr. (Features section) 26   Try to get five 28g
servings a week.

(Hide quotations)

**6.**

**a.** *slang* (originally *U.S.*). Usually in *plural*. A thousand   Thesaurus »
dollars. Later also: a thousand pounds, Euros, etc.; =   Categories »
grand *n.* 9.

1928   J. O'Connor *Broadway Racketeers* xvii. 182   They had me in the bag for
nearly ten G's before I pulled the string and let the joint go blooey.

1971   A. Curry *Shack-up* vi. 86   He'd probably drop me a few G's for the names of
the guys in London.

2011   *Globe & Mail (*Toronto*)* (Nexis) 20 May D16   Lexus has the 2011 IS250 with
a starter price of $32,900. That's a few Gs higher than the TDI and the
Bimmer.

(Hide quotations)

**b.** Originally and chiefly *U.S. slang* (esp. in African-   Categories »
American usage). Money generally, or a quantity of this;
esp. (usually in *plural*) large amounts of money.

1993   C. Eble *UNC-CH Campus Slang* (Univ. N. Carolina, Chapel Hill) (typescript)
Fall 3   *G,* money: 'Give me some G, mom.'

1996   'UGK' *Ridin' Dirty* (CD lyrics booklet)   You get the case and they get your
weight and your G's.

1997   'Q' *Deadmeat* 207   They're paying..shit money for the music to computer
games, a grand, while them others is getting fat Gs for games like Wipe Out!

1999   A. Wheatle *Brixton Rock* 31   Brenton and Floyd had exhausted all their
finances. Neither of them would receive any G's from social security for a
few days yet.

2013   'Krayzie Bone' *Good Look* (transcribed from song) in *Quick Fix*   If you
wanna win, put a million on me, spend it on me, get your banker. I'm
making my Gs.

(Hide quotations)

**7.** In form **G**. As prefix, forming symbols of units of
measurement: = giga- *comb. form*. See also Initialisms.

1954   *Physica* **20** 816 (*caption*)   G = giga = 10⁹.

2016  J. G. SMITH *Gen., Org. & Biol. Chem.* (ed. 3) i. 10  The metric symbols are all lower case except for the unit liter (L) and the prefixes mega- (M) and giga- (G).

**(Hide quotations)**

**8.** Prefixed to a numeral in the names of various associations of nation states having common economic interests or working towards a specific purpose. See also GROUP *n.* Phrases 1.

**a.  G10** *n.* (**G−10**) the ten or (in later use) eleven prosperous industrial nations (or their representatives) which agreed in 1962 to lend money to the International Monetary Fund in order to increase its ability to lend, instituting the 'General Arrangements to Borrow'; = *Group of 10 n.* at GROUP *n.* Phrases 1a.

Thesaurus »
Categories »

Originally consisting of Belgium, Canada, France, Germany, Italy, Japan, the Netherlands, Sweden, the United Kingdom, and the United States, the G10 expanded in 1964 to include Switzerland.

1964  *N.Y. Times* 13 July 37/1  The inquiry..has been conducted by an international committee of the high-ranking officials known as the Group of 10, or if you are a real insider, 'G-10'.

1979  *Washington Post* 7 Mar. D7/2  The G-10 is expected to renew the General Agreement to Borrow (GAB).

1995  *Guardian* 9 Oct. I. 15/8  Private saving has been falling in most G10 countries.

2017  *National Post's Financial Post & FP Investing* (Canada) (Nexis) 7 June B8  The Canadian dollar has also been affected by weaker oil prices... As a result, it has been the weakest performer in the G10.

**(Hide quotations)**

**b.  G20** *n.* (also **G-20**) (originally) an association of twenty industrialized nations (or their representatives), established to coordinate international monetary reform; (in later use) an association of the world's largest advanced and emerging economies (or their representatives), established in 1999 to discuss global economic issues; (also) any of the regular meetings held by this association; = *Group of 20 n.* at GROUP *n.* Phrases 1c.

Thesaurus »
Categories »

1972  *Wall St. Jrnl.* 22 June 4/2  The full-scale annual meeting of the IMF..is the earliest time that all the people who would form the 'G-20' are likely to be selected.

1999  *Financial Times* 13 Dec. 42/5  Finance ministers of the so-called Group of Twenty (G20) are scheduled to meet in Berlin for the first time today.

2009  *Irish Times* (Nexis) 7 Apr. 13  The key player will be China which demonstrated its international significance at the G20 last week.

2011  E. B. BARBIER *Scarcity & Frontiers* x. 695  The G20 should lead in rethinking international aid to provide social safety nets.

**(Hide quotations)**

**c.  G5** *n.* (also **G-5**) (originally) an association of five major industrialized nations (France, Germany (formerly West Germany), Japan, the United Kingdom, and the United States); = *Group of Five n.* at GROUP *n.* Phrases 1d; (in later use also) a loose association of the five largest emerging economies (Brazil, China, India, Mexico, and South Africa).

Thesaurus »
Categories »

1977   *N.Y. Times* 8 May III. 14/1   Without G–5 there would have been no
summit today in London.

1996   B. CONNOLLY *Rotten Heart of Europe* (ed. 2) ii. 38   There is some
confusion..about whether one should speak of the meeting as being one of
the G-5, the G-6 or the G-7.

2009   *Global Governance* **15** 270   Also important is that the G8 has indirectly
promoted enhanced cooperation between Western countries and the G5.

**(Hide quotations)**

  **d.  G77** *n.* an association of developing nations,
established by seventy seven nations in 1964 to promote
the economic interests of its members and provide a
means for collective negotiation within the United
Nations; = *Group of 77 n.* at GROUP *n.* Phrases 1b.

Thesaurus »
Categories »

The G77 has expanded greatly since its founding, consisting in later years of
one hundred and thirty four members.

1979   *Financial Times* 8 May 16/2   This generally acts together in international
negotiations as the Group of 77 (G77).

1996   *Rev. Internat. Stud.* **22** 74   The G77 is reluctant not to show solidarity with
one of its members who is taking a strong stand.

2016   S. BUZDUGAN & A. PAYNE *Long Battle for Global Governance* iii. 73   The G77
has been calling for reform of the Bretton Woods institutions since the
1960s.

**(Hide quotations)**

  **e.  G7** *n.* (also **G-7**) an association of seven major
industrialized nations (Canada, France, Germany
(formerly West Germany), Italy, Japan, the United
Kingdom, and the United States); = *Group of Seven n.*
at GROUP *n.* Phrases 1e.

Thesaurus »

1986   *Brandon* (Manitoba) *Sun* 7 May 25/2   The G-7 is actually the G-5 plus
Canada and Italy.

1993   *Foreign Affairs* Spring 134   The G-7 has failed to evolve into an ongoing
institution for dealing systematically with broader global economic and
political issues.

2010   *Independent* 26 Jan. 33/1   Britain sought to push its reform agenda with
other G7 economies ahead of rival American plans for regulatory overhaul.

**(Hide quotations)**

  **f.  G8** *n.* (also **G-8**) (originally) an association of eight
Central and South American nations (Argentina, Brazil,
Colombia, Mexico, Panama, Peru, Uruguay, and
Venezuela) formed to increase political and economic
cooperation between its members, esp. regarding the
issue of international debt in Latin America; (in later
use) an association formed in 1994 comprising the
Group of Seven nations and Russia; (also) any of the
annual meetings held by this association; = *Group of
Eight n.* at GROUP *n.* Phrases 1f.

Thesaurus »
Categories »

1988   *Inter Press Service Newswire* 20 Oct. (*heading*)   Latin America: New
members would make G-8 more representative.

1992   *Guardian* (Nexis) 9 July 1   The West's reserve over engaging with the
Russian reform programme was underpinned by its reluctance formally to
admit Russia to the G7 club—the so-called G7 plus 1 or even G8.

1998   *Independent* 18 May 18/1   The G8 supports 'the speedy and determined
extension of debt relief to more countries', but only within the terms of

existing policy.

2010   T. BLAIR *Journey* xiii. 392   In a little-noticed move at the 2002 G8, the key nations agreed billions of dollars to protect or eliminate sites of former Soviet states with WMD.

(Hide quotations)

**9.** Originally *U.S.* General or general audience, used as a film or video classification indicating content that is suitable for viewing by audiences of any age group. Cf. U *n.¹* Initialisms 1a.

Thesaurus »
Categories »

1966   *N.Y. Times* 8 Oct. 49/1   The rating system, which goes into effect on films released after Nov. 1, will classify movies in four categories: G—acceptable for general audiences.

1985   *Washington Post* 7 May A14/2   On-campus movies are censored to the equivalent of a G rating.

2017   *Canberra Times* (Nexis) 18 Feb. (Mag.) 5   In this 1931 Frank Capra film, top, a woman..decides to become a phoney preacher to relieve the faithful of their money. Rated G.

(Hide quotations)

**10.** *U.S. slang* (esp. in African-American usage). A gangster; = GANGSTA *n.* 1.

Thesaurus »
Categories »

Sometimes difficult to distinguish from sense 11.

1989   'KOOL G RAP' & 'DJ POLO' *Men at Work* (transcribed from song) in *Road to Riches*   In 3D is a G coming at you.

1995   Y. JAH & S. JAH *Uprising* (1997) 68   The guys out here now considering themselves Gs, they are Gs to a certain degree, because you don't have the bigger GGs the OGs to come out and check' em.

2003   *N.Y. Mag.* 1 Dec. 39/3   With real G's—street slang for gangstas—it's just the opposite. Once they go legit, they start dressing good, acting right. They don't ever want to go back to that life.

(Hide quotations)

**11.** *U.S. slang* (esp. in African-American usage). A guy, friend. Chiefly as a form of address. Cf. GEE *n.⁴*

Thesaurus »
Categories »

Sometimes difficult to distinguish from sense 10.

1990   *TV Guide* (U.S.) 20 Oct. (Chicago Metrop. ed.) 19/1   Next time you hear rap on TV, check out this 'def' glossary... Yo G! Peep this! (May we have your attention, please?)

1994   *Etc Montréal* No. 25. 43/2   Tarantino is a bit of a loose cannon. But..his aim is true and his heart is in the right place... Tarantino is one smart g.

2000   P. BEATTY *Tuff* v. 71   Armello wiped his mouth, beamed, and handed Fariq the weed. 'Hit this, G, my God.'

2016   E. HUANG *Double Cup Love* 48   'My g, are we really staying at a Times Square by-the-hour hooker hotel?' 'Yup. We're here.'

(Hide quotations)

**12.** *slang*. The drug GHB (GHB *n.*).

Categories »

1997   *PR Newswire* (Nexis) 8 Dec.   It is an odorless, tasteless clear liquid better known as 'G' or 'Liquid G'.

2006   *Sydney Morning Herald* 22 Apr. 19/1   He started taking G five years ago 'because ecstasy wasn't giving me the same high any more.'

(Hide quotations)

**13.** *Telecommunications* Used with a numerical prefix (as *1G*, *2G*, etc.) in the names of any of several generations of mobile telecommunication technology, each representing a different stage of development of such technology. Frequently *attributive*.

*Categories »*

Recorded earliest in 3G *n.*

1997  *Re: Users Opinions sought on CDMA* in *alt.cellular* (Usenet newsgroup) 6 May   3G systems are heading towards a non-IS-95 CDMA interface.

2000  *Network World* 23 Oct. 72/3   2.5G will not support two-way visual communication.

2009  C. Kappler *UMTS Networks & Beyond* ii. 17   The early 1G Networks were of course completely analogue.

2015  M. Maternia in J. T. J. Penttinen *Telecommunications Handbk.* xxv. 890   The 2G system could offer services with the theoretical peak data speeds of up to 171.2 kbps.

**(Hide quotations)**

**III.** Symbolic uses.
**14.** *Physics.*
**a.** With reference to gravity.

(a) Usually in form **g.** Denoting the force of gravity acting on a body, a vector representing this, or the magnitude of the force. Now *rare*.

*Categories »*

1726  *Philos. Trans. 1725* (Royal Soc.) **33** 295   Let the uniform Gravity be call'd *g*.

1785  T. Parkinson *Syst. Mech.* xiv. 244   If *G* be the force of gravity, the axis and all diameters of the parabola, are perpendicular to the horizon.

1806  G. Gregory *Dict. Arts & Sci.* I. 870/2   M. Krafft gives a formula for the proportion of gravity in different latitudes on the earth's surface, which is this: $y = (1 + 0.0052848 \sin^2 \lambda)\, g$; where *g* denotes the gravity at the equator, and *y* the gravity under any other latitude λ.

1825  *Philos. Mag.* **66** 110   *l* denotes the height of the homogeneous atmosphere in feet, and *g* the gravitating force.

1869  *London, Edinb. & Dublin Philos. Mag.* 4th Ser. **38** 83   M is the mass of a unit volume of a fluid, and *g* the accelerating force of gravity.

1986  J. V. Iribarne & W. L. Godson *Atmospheric Thermodynamics* (ed. 2) viii. 156   The vector sum **g** is the force of gravity per unit mass.

**(Hide quotations)**

(b) In form **g.** Denoting the value of acceleration due to gravity at sea level, equal to approximately 9.81 metres per second squared.

*Categories »*

1847  J. R. & L. D. B. Gordon tr. J. Weisbach *Princ. Mech. Machinery & Engin.* I. i. i. 7   The acceleration of this motion brought about by gravity is designated by the letter *g*, and has the mean value of: 9,81 metres.

1885  *Ann. Math.* **1** 140   The kinetic energy of the stream is $^{D}/_{2g} . L\Omega V^2$.

1959  G. W. C. Kaye & T. H. Laby *Tables Physical & Chem. Constants* (ed. 12) 9   A standard value for the gravitational acceleration *g* at the Earth's surface is necessary for fixing the values of certain derived units and standards in the C.G.S. and M.K.S. systems.

1976  *Notes & Rec. Royal Soc.* **30** 134   Another important quantity is (little) '*g*', the gravitational acceleration on at any particular position on the Earth.

2016  J. R. Reisel *Princ. Engin. Thermodynamics* i. 20   At sea level on earth, the acceleration due to gravity, *g*, is 9.81 m/s².

**(Hide quotations)**

*Categories »*

Re 21-2030, viewed 07/15/2022

(c) In form **G**. Denoting the universal gravitational constant; the constant of proportionality in Newton's law of gravitation, approximately equal to $6.674 \times 10^{-11}$ $\mathrm{m^3 \cdot kg^{-1} \cdot s^{-2}}$; = *Newton's constant n.* at NEWTON *n.* 2e.

1892   *Proc. Royal Soc. 1891–2* **50** 40   If two spheres, of masses M and M′, have their centres a distance *d* apart, the attraction is, according to the law of gravitation, $GMM'/d^2$, where G is the gravitation constant.

1939   *Nature* 23 Sept. 555/1   D. S. Kothari derives a set of equations connecting the mean life of the meson $\tau_0$, the cosmological constant $t_0$ and the gravitational constant *G*.

1979   *New Scientist* 15 Mar. 856/1   Is it possible that *G* varies with the age of the Universe?

2003   B. SCHUTZ *Gravity from Ground up* iv. 31   Even today, the measurements of *G* are accurate to only slightly better than one part in a thousand.

**(Hide quotations)**

(d) Now usually in form **G.** Denoting (sudden) acceleration or force; frequently used as an (informal) unit of acceleration or force equal to that which a body would experience at sea level due to gravity (see sense 14a(b)). Also: the force (perceived as) acting as a result of and in the direction opposite to a powerful acceleration. See also *g-force n.* at Compounds.

**Categories »**

1928   N. MACMILLAN *Art of Flying* x. 138   Sustained high manœuvre loadings..are referred to for brevity as 1G, 2G, or 6G.

1931   *Jrnl. Royal Aeronaut. Soc.* **35** 1042   A figure of 3 or 4g is common in fast turns and in loops.

1945   *Flight* **47** 36/1 (*heading*)   Anti-g suit for fighter pilots. A simple but effective means of protecting the fighter pilot from the effects of 'positive g' during violent manœuvres is now in general use with U.S.A.A.F. fighter pilots.

2002   *Pop. Sci.* Oct. 46/1   Even more impressive that its 2G acceleration force is an F1 car's braking force, which can reach a near-incomprehensible 4Gs.

2009   S. THAMM *My Private Pectus* xvi. 186   There's no V8 roar, no sensation of the Gs pushing you into the seat.

**(Hide quotations)**

**b.** *Astronomy*. In form **G.** Denoting one of the divisions into which stellar spectra (and hence also stars) are classified, characterized by having prominent absorption lines of calcium and other metals.

**Categories »**

Frequently in *G-star*, *G-type star*: a yellow star (typified by the sun) which has a surface temperature of approx. 4,900–6,000 K and emits such a spectrum.

1890   E. C. PICKERING *Draper Catal. Stellar Spectra* in *Ann. Astron. Observatory Harvard Coll.* **27** 3   Additional lines in the spectrum are denoted by G.

1978   J. M. PASACHOFF & M. L. KUTNER *University Astron.* ii. 40   G stars, the spectral type of our sun..are yellowish in color, as the peak in their spectra falls in the yellow to yellow/green part of the spectrum.

1995   *SkyNews* May 26/3   Anything which suggests that our situation—a family of small and large planets orbiting a G-type star—is rare rather than commonplace in the universe goes against more than four centuries of astronomical discovery.

2017   J. CHADNEY *Modelling Upper Atmosphere of Gas-giant Exoplanets* v. 153   Low-mass stars, of type G, K, and M, are increasing under focus by exoplanet observers.

**(Hide quotations)**

Not for 2030, viewed 07/15/2022

**c.** Usually in form **G**. Denoting the electrical conductance of a conductor or circuit.

Categories »

1896   *Electr. Engineer* 28 Aug. 235/1   The first step is to find G, the joint insulation conductance of the system.

1936   *Proc. IRE* **24** 952   The modulator conductance *G* must also bear a certain relation to this voltage.

1972   *Proc. IEEE* **60** 1004/1   The representation of the diode by an admittance consisting of a nonlinear conductance *g* in parallel with a constant frequency-independent capacitor..is a very crude approximation.

2010   T. Yamamoto et al. in A. V. Narlikar & Y. Y. Fu *Oxf. Handbk. Nanosci. & Technol.* I. vi. 145   The electrical conductance *G* is directly proportional to the cross-sectional area..of a sample and inversely proportional to its length.

**(Hide quotations)**

**15.** *Psychology*. In form **g**. Denoting the general factor, a statistical measure hypothesized to measure the general intelligence which determines how well a person performs different cognitive tasks.

Thesaurus »
Categories »

1915   E. Webb in *Brit. Jrnl. Psychol.* Monogr. Suppl. **3** iv. 38   The marks for these tests together with the above coefficients of their 'saturation' by the general factor (*g*) ought to furnish a measure of '*g*' itself.

1965   *Monogr. Soc. Res. Child Devel.* **30** 23   In addition to *g*, certain specific, or group factors were postulated to account for the observed correlations.

2007   *Guardian* 2 Jan. (Educ. section) 9/1   The second paradox is that intelligence has been measured on the factor analysis of 10 IQ sub-tests, producing a general measure of intelligence known as g.

**(Hide quotations)**

**16.** *Chemistry*.

**a.** [after a specific use of German *gerade* (see quot. 1930)] *Chemistry*. Used to denote the state of a centrosymmetric molecule in which the molecular orbital (*molecular orbital n.* at MOLECULAR *adj.* Compounds) is unchanged by inversion through the centre of symmetry.

Categories »

1930   R. S. Mulliken in *Physical Rev.* **36** 617   The subscripts *g* (German *gerade*) for even terms and *u* (German *ungerade*) for odd terms are recommended.

1962   R. E. Dodd *Chem. Spectrosc.* iv. 220   In homonuclear diatomic molecules there is also a prohibition against g-g or u-u transitions.

2012   G.I. Stegeman & R. A. Stegeman *Nonlinear Optics* ix. 197   *g* and *g'* refer to different even symmetry states.

**(Hide quotations)**

**b.** In form **G**. Denoting the amount of Gibbs free energy in a thermodynamic system.

Categories »

1935   *London, Edinb., Dublin, Philos. Mag.* 7th Ser. **19** 568   H is referred to as the total heat, or enthalpy; F as the (Helmholtz) free energy..; G as the Gibbs free energy, or the thermodynamic potential (at constant pressure).

1974   *Proc. National Acad. Sci. U.S.A.* **71** 193/1   The differential of the Gibbs free energy, $G$, is related to the affinity by $dG = -Ada$.

2013   J. Andrews & N. Jelley *Energy Sci.* (ed. 2) ii. 38   The Gibbs free energy, $G$, of a system is defined as $G = H - TS$.

**(Hide quotations)**

**17.** *Cell Biology*. In form **G**. Denoting any of the phases of the cycle of cell division during which neither DNA replication nor cell division occurs; usually with distinguishing numeral (as subscript or postmodifier).

**a.  G**$_1$  *n.* (also **G1**) the phase between the end of cell division and the beginning of DNA replication, constituting the first part of interphase (INTERPHASE *n.* 1); frequently *attributive*, esp. in **G**$_1$ **phase**.

*Categories »*

1953  A. Howard & S. R. Pelc in *Heredity* **6** Suppl. 264   If the time of the total cell cycle (T) is 30 hours, this leaves (by subtraction) a time interval ($G_1$) between telophase and the beginning of synthesis of 12 hours.

1978  *Proc. National Acad. Sci. U.S.A.* **75** 2873/1   Cells that have ceased reproduction in $G_1$ are sometimes described as having entered a $G_0$ state.

1989  B. Alberts et al. *Molecular Biol. Cell* (ed. 2) xiii. 728 (*caption*)   Interphase starts with the $G_1$ *phase*, in which the biosynthesis activities of the cells, which proceed very slowly during mitosis, resume at a high rate.

2006  J. M. W. Slack *Essent. Developmental Biol.* (ed. 2) ii. 18/1   Restitution of growth factors induces the resynthesis of these proteins and the resumption of the cycle starting from the $G_1$ checkpoint.

(Hide quotations)

**b.  G**$_2$  *n.* (also **G2**) the phase between the end of DNA replication and the beginning of cell division, constituting the last part of interphase; frequently *attributive*, esp. in **G**$_2$ **phase**.

*Categories »*

1953  A. Howard & S. R. Pelc in *Heredity* **6** Suppl. 264   Making an allowance of 2 hours for uptake, this indicates that the time interval ($G_2$) between the end of synthesis and the beginning of division is 8 hours.

1989  B. Alberts et al. *Molecular Biol. Cell* (ed. 2) xiii. 733   A nucleus that has just completed S phase and entered $G_2$ phase will normally condense its chromosomes and go through mitosis a fixed time thereafter.

1995  *Current Pharmaceut. Design* June 11/1   Cells heavily damaged might..die in $G2$.

2014  L. Hemming in I. Peate et al. *Nursing Pract.* xv. 293/2   There is another check before the cell proceeds to the $G_2$ phase.

(Hide quotations)

**c.  G**$_0$  *n.* (also **G0**) a phase following cell division in populations of cells which are not undergoing regular cycles of division; frequently *attributive*, esp. in **G**$_0$ **phase**.

*Categories »*

1963  H. Quastler in L. F. Lamerton & R. G. M. Fry *Cell Proliferation* 21   Often the system contains one or more populations of potentially proliferative cells which produce at a low rate or only upon stimulation; it is proposed to designate such phases as $G_0$.

1970  E. J. Ambrose & D. M. Easty *Cell Biol.* ix. 315   The stage when the cells are differentiated and not in a stage of growth has been called the $G_0$ phase, which may last for hours, days or years depending on the type of cell.

2002  H. A. Lim *Genetically Yours* vi. 136   Cells have a natural protective mechanism. When they are starved to the verge of death, they enter a resting phase, or $G0$.

2015  A. K. Campbell *Intracellular Calcium* (new ed.) vii. 363   Cells can leave the cell cycle from $G_1$ into $G_0$.

(Hide quotations)

**18.** In form **G.** = GAUSS *n.*

Somewhat *rare.*

[1891    *Engineering* 18 Sept. 322/2 (*table*)    Force factors [On electricity]..G.]

1957    *Brit. Jrnl. Appl. Physics* **8** S31/1    In water the average spacing of the
protons is 2.5 Å and we might thus expect a line width of 5 G. Actually, the
width is found to be less than a milligauss.

1962    *Nucl. Fusion* **2** 75/1    For a typical event, the trapped field is less than 100 G
at the end of the first breakdown half-cycle.

2015    P. F. KELLY *Electr. & Magnetism* xxiv. 159    The conversion factor from gauss
to tesla is 1 G = 1 × 10$^{-4}$ T.

**(Hide quotations)**

## COMPOUNDS

**G-agent**    *n.* originally *U.S.* any of a group of four

**Categories »**

organophosphorus nerve agents originally developed by
German scientists during the Second World War,
characterized by being more volatile and less persistent
than other nerve agents.

The four G-agents are *tabun*, *sarin*, *soman*, and *cyclosarin*.

[Perhaps originally representing *G* in *German*, reflecting the origin of these
nerve agents.]

1953    *Med. Compend Commanding Officers Naval Vessels* (Bureau Med. & Surg.,
Navy Dept., U. S.) ii. 63 (*heading*)    The 'G' agents.

1968    *New Scientist* 29 Feb. 465/1    The G-agents (nerve gases)..are quick killers.

2007    S. L. HOENIG *Compend. Chem. Warfare Agents* v. 77    They [sc. nerve agents]
are generally divided into the G-agents..and the V-agents.

**(Hide quotations)**

**g-force**    *n.* a powerful acceleration or the force
producing it; (also) the force (perceived as) acting as a
result of an in the direction opposite to such an
acceleration.

1945    *Air Surgeon's Bull.* Jan. 3/3    Of primary importance as a symptom-producing
factor is the duration of the g force.

1959    *Daily Tel.* 23 Feb. 11/7    Protective clothing, or 'space suits' will be needed to
help guard a man against the heavy G forces imposed on him because of the
great thrust upwards that a space vehicle will develop.

1995    *Sensors & Actuators* A. **48** 59/1    Static testing was performed using an IEC
model B22 high-speed centrifuge up to a maximum g-force of 800g.

2014    *F1 Racing* Mar. 37/3    Suddenly there's braking and G-forces to consider and
components are tested in a different way.

**(Hide quotations)**

**G-plan**    *n.* [ < the initial letter of the name of E.
*Gomme* Ltd., the manufacturer + PLAN *n.*] a brand of
furniture manufactured by E. Gomme, Ltd. that became
known in its history for adopting modern designs and for
being available to buy as individual pieces rather than
complete sets of furniture.

Recorded earliest in *attributive* use.

A proprietary name in the United Kingdom.

No. 21-2053, viewed 07/15/2022

1954   *N.Y. Times* 25 Apr. (Financial section) 6/2   The G-Plan furniture..is the newest idea in home furnishings in England.

1967   E. Wymark *As Good as Gold* ii. 33   The flat was strictly modern inside. The hall tended to G-plan.

2005   *Northern Echo* 6 Sept. 17/3 (*advt.*)   *Settee and* matching chair, G-Plan, floral design, zipped removable covers, clean, comfy.

*(Hide quotations)*

**G protein**  *n. Biochemistry* any of a family of regulatory proteins acting as molecular switches which are activated by the reversible binding of guanine nucleotides (GDP or GTP) and are involved in signal transduction.

*Categories »*

1975   S.-L. H. Lu et al. *Biochem. Jrnl.* **152** 694/1   The present results confirm the existence in the rapidly growing Novikoff hepatoma cells of a glucocorticoid-binding protein with properties similar to the G-protein..in normal liver.

1996   *Nature* 25 Jan. 297   Many of the external signals reaching a cell are transmitted through G proteins, which lie just inside the cell membrane.

2009   *Sci. Amer.* (U.K. ed.) Aug. 66/2   The receptor changes shape to activate a second molecule known as a G protein, which in turn initiates a biochemical cascade inside.

*(Hide quotations)*

**G-rated**  *adj.* originally *U.S.* (*a*) (of a film, video, etc.) classified as suitable for viewing by audiences of any age group; see sense 9;  (*b*) (in extended use) that is suitable for all age groups, esp. children; free of content which might cause offence or be regarded as inappropriate.

*Categories »*

1968   *Estherville* (Iowa) *Daily News* 24 Dec. 1/2   A G rated or general film will be available to the young set during an afternoon matinee.

1977   *Many Worlds of Mike Curb* 18 in *Billboard* 5 Mar.   The [music] industry was ready for a family-type, or 'G' rated act.

2011   D. Halverson *Writing Young Adult Fiction for Dummies* xiv. 293   Teens will be reading these posts, so keep them G-rated and rant-free.

2014   R. Zoglin *Hope* xiii. 419   The venerable movie palace..was having trouble finding G-rated movies suitable for its family audience.

*(Hide quotations)*

**g stress**  *n.* physiological stress occurring as a result of experiencing a powerful acceleration.

*Categories »*

Now somewhat *rare.*

1938   *Lancet* 31 Dec. 1508/1   This was seen especially during looping, the maximal g stress occurring at the point of pulling up from the dive.

2004   W. Bles in F. H. Previc & W. R. Ercoline *Spatial Disorientation in Aviation* xi. 513   Very high G-onset rates, high angular rates, and multiple-axis G stress as compared to the conventional fighter environment also characterize the high-agility flight environment.

*(Hide quotations)*

---

**INITIALISMS**

Many of the terms given here without points are also frequently used with points, and vice versa. Less commonly, variation between upper- and

lower-case letters may occur where the initialism is not of a proper name.

Some the of items listed here are in fact acronyms, while some others vary between pronunciation as an initialism or as an acronym.

**GA** *n.* Gamblers Anonymous, a self-help organization, following a philosophy modelled on that of Alcoholics Anonymous.

Categories »

1950   *Washington Post* 24 Oct. 13/2   Recovered gamblers in GA act as friendly counsellors in helping others to overcome temptation.

1988   *St. Petersburg Times (Florida)* (Nexis) 12 Jan. 1 D   [They] are working on the painful, one-day-at-a-time process of rebuilding their lives and putting their addiction behind them. They attend weekly GA meetings.

2012   K. TWADDLE & S. BURNS *Life on Line* xxiv. 196   Going to GA and turning my life around has given me a completely new focus and has helped me grow up and become a more mature person.

(Hide quotations)

**GA** *n.* a body of representatives of the whole of an organization; (also) a meeting of this body; = *general assembly n.* at GENERAL *adj.* and *n.* Compounds 2.

1844   *Missionary Herald (Boston)* May 175/1   Minutes of the G. A., 1832.

1880   *Jrnl. United Labor* **1** 74/3   The G.A. met at Grand Army Hall.

2011   *N.Y. Mag.* 5 Dec. 41/1   When I came to the last two or three GAs before September 17, it was actually amazing, because suddenly you had a group that was easily finding consensus.

2017   J. A. MOORE & J. PUBANTZ *New United Nations* (ed. 2) iv. 119   The GA meets in formal session every fall at UN headquarters in New York City.

(Hide quotations)

**GA** *n.* civil aviation activities other than large-scale commercial passenger or freight transport; = *general aviation n.* at GENERAL *adj.* and *n.* Compounds 2.

Categories »

1974   *Palmdale Intercontinental Airport: Environmental Impact Study* (Arthur D. Little, Inc.) I. II. 71   In the interests of increasing airport capacity, it has been proposed that general aviation (GA) activity be diverted from the major air carrier airports.

1990   *Pilot* Oct. 60/1   All GA flights using the main apron at Luton must now be handled—self-handling is no longer allowed.

2005   *Pilot* Oct. 31/2   Commercial aviation would rather encourage scud-running than see GA get a freebie.

(Hide quotations)

**GAA** *n.* Gaelic Athletic Association, a sporting and cultural organization formed in Ireland in 1884 for the organization and promotion of traditional Irish sports and athletic pastimes; (also) any of various affiliated or similar organizations later established around the world.

Categories »

1885   *Sligo Champion* 11 July   Sligo..has preceded the other counties of the Province in the formation of Branches of the G.A.A.

1955   *Garfieldian (Chicago)* 27 July 13/5   The West Side GAA will hold a dance Friday evening at McEnery Hall.

1995   *Church Times* 27 Jan. 2/3   The C of I Archbishop of Dublin..has praised the initiative of the County Down board of the Gaelic Athletic Association (GAA) in seeking to lift the GAA's ban on members of Northern Ireland's security forces.

2017   J. SHERLOCK *Jayo* (Electronic ed.)   The GAA has been a massive part of my

life, right from when I was reportedly brought to Croke Park at just six
months old!

*(Hide quotations)*

**GAAP** *n.* (also **gaap**) generally accepted accounting
principles, a set of principles and standards companies
are obliged to adhere to when producing their financial
statements.

*Categories »*

1963    *Mod. Railroads* Mar. 45/2   Net income is first presented in conformity with
ICC principles and, immediately below, the necessary adjustments are made
to conform the final figure with GAAP.

1993    *Rep. & Accts.* (Cable & Wireless) 75/1   The Group prepares its consolidated
accounts in accordance with generally accepted accounting principles (GAAP)
in the United Kingdom which differ in certain material respects from US
GAAP.

2015    J. E. Margret & G. Peck *Fraud in Financial Statements* iii. 42   The flexibility
available and arguably necessary for good business practice within
GAAP..also provides opportunities for deceitful manipulation of the
accounting numbers.

*(Hide quotations)*

**GABA** *n. Biochemistry* gamma-aminobutyric acid, an
amino acid found principally in the central nervous
system of vertebrates, where it acts as an inhibitory
neurotransmitter.

*Categories »*

1951    *Industr. & Engin. Chem.* **43** 614/1   It appears that alanine and γ-
aminobutyric acid commonly are present in about equal quantities... Table VI.
Estimated Composition of Amino Acid Fraction... Alanine 10[%] Gaba 10[%].

1989    B. Alberts et al. *Molecular Biol. Cell* (ed. 2) xix. 1084   GABA and glycine are
thought to be the major transmitters that mediate fast inhibition in the
vertebrate central nervous system.

2001    M. Farrant in R. A. Webster *Neurotransmitters, Drugs & Brain Function*
(2003) xi. 225   GABA serves as a neurotransmitter in virtually every brain
area.

*(Hide quotations)*

**GAD** *n. Psychiatry* = *generalized anxiety disorder n.* at
generalized *adj.* Compounds.

*Categories »*

1982    *Arch. Gen. Psychiatry* **39** 687/2   Typically persons with GAD reported a
more continuous illness with fluctuations in the level of their anxiety, but they
rarely reported feeling entirely well for prolonged periods of time.

1990    J. Handly et al. *Why Women Worry* iii. xv. 211   She might spiral
into..Generalized Anxiety Disorder (GAD)—persistent anxiety of at least six
months.

2017    *MailOnline* (Nexis) 20 June   In people with GAD, the worry is often
unrealistic or out of proportion for the situation.

*(Hide quotations)*

**GAO** *n.* General Accountability Office (formerly General
Accounting Office), the United States government agency
responsible for auditing and investigating federal
spending.

In earliest use applied to an amateur sports team composed of the office's
staff members.

1922    *Washington Post* 9 Aug. 15/5   General Accounting Office..won the

No. A1-2050   Served 07/15/2022

Government league title... Owen's timely hit in the eight inning enabled the G.A.O. team to emerge with a triumph.

1933   *Washington Post* 11 Dec. 11/5   Hundreds of employees at General Accounting Office have received aid from the G.A.O. Welfare Association in times of stress.

1953   *Harvard Law Rev.* **67** 243   In its capacity as overseer of Government disbursements the GAO is inevitably cost conscious in its view of contract disputes.

2012   K. CALLAHAN in N. M. Riccucci *Serving Public Interest* (2015) i. 11   Staats..transformed the GAO from a narrowly focused, accountant-centered organization to a multi-faceted organization dedicated to improving government performance.

(Hide quotations)

**GAR** *n. U.S.* (now *historical*) Grand Army of the Republic, an association of veterans who served during the American Civil War (1861–5).   Categories »

The association existed from 1866 to 1956.

1867   *Daily Commerc. Reg. (*Sandusky, Ohio*)* 5 Feb.   G. A. R.—The following State officers were elected at the Convention of the Grand Army of the Republic held last week.

1884   *Boston (*Mass.*) Jrnl.* 6 Sept.   Edwin-Humphrey Post, No. 104, G.A.R., of this town celebrated its fifteenth anniversary by a camp-fire Friday evening.

1996   B. STAHURA *Sons of Union Veterans of Civil War* 36/1   Besides establishing Memorial Day and veterans pensions, the GAR's influence is still felt today.

(Hide quotations)

**GAW** *n. U.S.* (now *historical* and *rare*) guaranteed annual wage, a minimum yearly income guaranteed in an employment contract, esp. by providing for a set number of hours' work per week, month, etc.   Categories »

1952   *N.Y. Amsterdam News* 5 Jan. 12/5   The guaranteed annual wage—GAW—based on a guaranteed minimum employment annually.

2009   *Sci. & Society* July 407   In 1955, Reuther's innovative bargaining proposal for a guaranteed annual wage (GAW) resulted in the pioneering of a 'supplemental unemployment benefits' (SUB) program.

(Hide quotations)

**Gb** *n. Computing* gigabit(s),  *(a)* 1,073,741,824 (or $2^{30}$) bits, as a unit of memory capacity or the size of data;  *(b)* (in later use also) one billion (or $10^9$) bits.   Categories »

1970   *Proc. IEEE* **58** 1779/1   The system presented here makes efficient use of solid-state technology to achieve system information rates of one gigabit per second (1 Gb · s⁻¹).

1997   *Proc. Internat. Conf. Computing in High Energy Physics '95* 74   Data densities exceeding 100 Gb/in² on 'nail-size' cylinders have been attained with write speeds of 0.7 Mb/sec and read speeds of 1 Mb/sec.

2015   *Globe & Mail (*Canada*)* (Nexis) 30 Oct. B6   His company is fully capable of bringing 1 Gb per second..[but] right now we don't think it's necessary.

(Hide quotations)

**GB** *n. Computing* gigabyte(s),  *(a)* 1,073,741,824 (or $2^{30}$) bytes, as a unit of memory capacity or the size of data;  *(b)* (in later use also) one billion ($10^9$) bytes.   Categories »

No. 24-2030, viewed 07/15/2022

1978   P. Wentzel in W. E. Proebster *Digital Memory & Storage* 33   The total
capacity of a disk file subsystem..can range from a few tens of megabytes
(MB) up to many gigabytes (GB), i.e. a maximum of almost $10^{11}$bits.

1995   *Byte* May 196/1   The tapes cost only about $12 for 2 GB of storage capacity.

2013   *Wall St. Jrnl.* 23 Jan. D2/4   The Toshiba [computer] has 128 GB of storage.

(Hide quotations)

**G.B.** *n. U.S. colloquial* (now *rare*) 'grand bounce' or
'go-by' (see go-by *n.¹* 2), a dismissal or ejection.

Thesaurus »
Categories »

[Probably originally an initialism < *grand bounce*, although later also
understood as representing *go by*.]

1880   *News & Press* (Cimarron, New Mexico) 23 Dec. 1/7   Well, I've got the g.b...
I've been fired!

1917   G. B. McCutcheon *Green Fancy* 157   Guess I'm going to get the G.B. 'fore long.

1945   *Washington Post* 5 Jan. s3/1   He's striving to 'nail it' and 'come clean' on his
courses so he won't get the g. b. (go-by).

(Hide quotations)

**GB** *n.* Great Britain.

1855   *Jrnl. Amer. Oriental Soc.* **5** p. xxv   List of Members, Committees, etc., of the
R. A. S. of G. B. and I. London: 1855. 8vo, pp. 16.

1937   M. Sharp *Nutmeg Tree* xii. 144   There were four cars standing outside, but
only one with a GB. plate.

1951   *Chronol. Internat. Events* 7 466   Mr John Edwards (G.B.) replied that the
British taxation system was more favourable to the workers than any other.

2014   *Radio Times* 26 Apr. (South/West ed.) 40/1   Dave Brailsford was plotting to
make the men and women wearing Team GB's skin suits the fastest [cyclists]
in the world.

(Hide quotations)

**G2B** *n.* (also **g2b**)  [after *B2B n.* at B *n.* Additions and
*G2B n.*] government to business; the provision of
business information and other services by government
to the business sector via the internet; frequently
*attributive*.

Categories »

2000   T. Riley *Electronic Governance & Democracy* 73   Electronic Procurement
(eProcurement) has the prime objective to improve government to business
('G2B') and business to government ('B2G').

2004   C. L. Johnson in A. Khan & W. B. Hildreth *Financial Managem. Theory in
Public Sector* 216   G2B services may be essential to a business operation
because certain types of information may be available only in official
government records.

2010   *Internet Res.* **20** 180   What are the determinants of user acceptance that
influence the user acceptance of e-government services, specifically a G2B
system?

(Hide quotations)

**GBE** *n.* chiefly *British* (in the British honours system)
(Knight or Dame) Grand Cross of (the Order of) the
British Empire, the senior rank of the Order of the British
Empire; (also) denoting a person holding this rank, or
the award itself.

Categories »

1917   *Times* 25 Aug. 7/7   The Order of the British Empire has five classes, namely:—
Men. Knights Grand Cross (G.B.E.)..Women..Dames Grand Cross (G.B.E.).

1972  *Times* 1 Jan. 25/5  Among awards to leaders of commerce and industry were one GBE, several knighthoods, two KBEs, a CMG, and 25 CBEs.

2004  *Sydney Morning Herald* (Nexis) 2 Nov. 31  The Governor-General sent a message of condolence..following the death of Her Royal Highness Princess Alice, Duchess of Gloucester, GCB, CI, GCVO, GBE.

**(Hide quotations)**

**GBH** *n.* Chiefly *British* grievous bodily harm.    **Categories »**

1943  *Medico-Legal & Criminol. Rev.* **11** 175 (*table*)  Offences against property. Larceny. Fraud. Offences against the person. Assault. Abortion. G.B.H.

1954  *Glim* May–June 17  At first I thought that the letters G.B.H. indicated that a car came from the Hebrides, but now I realise that they stand for Grievous Bodily Harm.

1966  L. Southworth *Felon in Disguise* ii. 40  He did have a couple of arrests. One for malicious damage and the other for G.B.H.

2004  H. Strachan *Make a Skyf, Man!* x. 105  On his mat on my right lies Tokkie Waters, in for grievous bodily harm, GBH, and he's pushing five to eight.

**(Hide quotations)**

**GBL** *n.* gamma-butyrolactone (esp. when used as a recreational drug), an oily liquid lactone, frequently used as a solvent, which is metabolized to gamma-hydroxybutyrate (GHB) in the body.    **Categories »**

1964  *Science* 7 Aug. 583/2  The distribution of GBL and GHB in brain and blood of rats was investigated after the production of anesthesia with each of these compounds.

1987  *Biochem. Pharmacol.* **36** 797  When unsubstituted, high doses of GBL or GHB cause a trance-like encephalopathy in animals.

2012  *Daily Mirror* (Nexis) 2 May 1  Experts warned of a deadly craze after two pals died within hours after apparently taking the banned 50p party drug GBL.

**(Hide quotations)**

**GBP** *n.* Great British public, the people of Great Britain.

1912  *Oxf. & Cambr. Rev.* Nov. 169  I am tolerably certain that he relied upon this quaint, and, with few exceptions, general attitude of mind of the 'G. B. P.'.

1925  G. Frankau *Life—& Erica* xv. 189  It's no good making the G.B.P. laugh *at* you.

2005  *Times* 16 Feb. ii. 2/2  The GBP, according to polls, support the marriage of Charles and Camilla by a margin of three to one.

**(Hide quotations)**

**GBP** *n.* Great British pound(s).

1983  *Financial Times* 6 May 35/4 (*advt.*)  GBP amounts translated from Swedish kronor.

1992  *Pharma Marketlet.* (Nexis) 3 Aug.  The company's balance sheet remains strong, it claims, with cash reserves amounting to over GBP 37 million at the end of the year.

2009  *Sunday Express* (Nexis) 31 May 8  MEPs can claim a subsistence allowance of about GBP 260 a day for every day they go to work in Brussels or Strasbourg.

**(Hide quotations)**

**GBU** *n.* guided bomb unit, a bomb that is guided to its target, typically by electronic signals; a smart bomb.

No. 21-2030 viewed 07/15/2022

Case 1:20-cv-01397-CMH-TCB   Document 73-1   Filed 08/16/22   Page 57 of 87 PageID# 507

Total Pages (57 of 87)

1979   W. K. Crain *Heat Transfer Tests on Full & 1/4 Scale AIM-9E Sidewinder
   Missile* (Arnold Engineering Development Center, U.S. Air Force) ii. 8   A 1/15
   scale model of the GBU-8 Guided Bomb Unit was tested in conjunction with
   the 1/4 scale AIM-9E model.

1991   *Wall Street Jrnl.* 17 Jan. A 7a   The sort of weapons that can't see through
   smoke include the Maverick air-to-ground guided missile that homes in on
   heat and the GBU-15 guided bomb unit that homes in through television
   pictures or infrared rays.

2008   E. R. Johnson *Amer. Attack Aircraft since 1926* Appendix 436   The earliest
   GBUs were guided by low-light television cameras and controlled by an
   operator aboard the aircraft.

**(Hide quotations)**

**GC** *n.* = *George Cross n.* at George *n.* Compounds.

1941   *Times of India* 10 Apr. 8/3   Explaining two new distinctions 'G.C.' and 'G.M.',
   to be awarded to civilians for acts of heroism, a Press Note says [etc.].

1977   *Times* 24 May 18/8   Mr Thomas McAvoy, GC, died on May 20 at the age of
   67.

2011   *Guardian* (Nexis) 11 Feb. 11   The unquestioning duty of heroes like Staff
   Sergeant Schmid GC and the bravery of his widow Christina cannot simply be
   looked after by an unwritten covenant between the state and its armed forces.

**(Hide quotations)**

**G2C** *n.* (also **g2c**)  [after *B2B n.* at B *n.* Additions]
government to citizen (also consumer or customer); the
provision of services and information by government to
private citizens via the internet; frequently *attributive*.

**Categories »**

2000   D. Hollingsworth in L. Fischer *Workflow Handbk. 2001* 210   One further
   important area of the wider e-business space merits separate consideration;
   this is the whole subject of electronic Government to Consumer interaction
   (G2C).

2008   N. K. Hanna *Transforming Govt. & empowering Communities* vii. 137   G2C
   is about giving Sri Lankan citizens the convenience of choosing when and
   where they access public services.

2011   *Hindustan Times* (Nexis) 9 Mar.   The second project was to set up 8,000 G2C
   kiosks across the city, which would have provided information on railway
   timings, tourism and other vital information on services provided by..the
   Delhi government.

**(Hide quotations)**

**GCB** *n.* (in the British honours system) (Knight or
Dame) Grand Cross of (the Order of) the Bath, the senior
rank of the Order of Bath; (also) denoting a person
holding this rank, or the award itself.

1847   *Times* 8 May 6/1   The Queen has also been pleased to direct letters patent to
   be passed under the Great Seal, granting unto Sir Admiral Thomas Byam
   Martin G.C.B., the office or place of Rear Admiral of the United Kingdom.

1915   D. Haig *Diary* 14 July in *War Diaries & Lett. 1914–18* (2005) 130   The
   King..then handed me the GCB and 'collar' saying that no one had more
   thoroughly earned it than I had.

2004   *Sydney Morning Herald* (Nexis) 2 Nov. 31   The Governor-General sent a
   message of condolence..following the death of Her Royal Highness Princess
   Alice, Duchess of Gloucester, GCB, CI, GCVO, GBE.

**(Hide quotations)**

No. 11 2030 viewed 07/15/2022

Case 1:20-cv-01397-CMH-TCB   Document 73-1   Filed 08/16/22   Page 58 of 87 PageID# 508

Total Pages (58 of 87)

**GCC** *n.* Gulf Cooperation Council, an intergovernmental organization founded in March 1981 by Kuwait, Bahrain, Qatar, Oman, Saudi Arabia, and the United Arab Emirates, to facilitate political, economic, and defensive cooperation between members.

Also called the *Cooperation Council for the Arab States of the Gulf.*

1981  *Yuma* (Arizona) *Daily Sun* 25 May 8/1  We do not want the GCC to be misinterpreted as an..alliance against Iran.

1982  *Summary of World Broadcasts Pt. 4: Middle East & Afr.* (B.B.C) 15 Jan. ME/6928/A/6  I see that we have a Gulf Co-operation Council [GCC] and I have great hope that the Council will adopt the necessary measures against any country that harms any of the Arab Gulf states whether by severing relations or any other measure.

1995  *Gulf Marketing Rev.* Oct. 43/3  All of the GCC states have developed downstream hydrocarbon processing industries.

2017  *Dominion Post* (Wellington, N.Z.) (Nexis) 4 Mar. 2  The GCC—which includes Saudi Arabia—is New Zealand's eighth largest trading partner.

**(Hide quotations)**

**GCE** *n.* = *General Certificate of Education n.* at GENERAL *adj.* and *n.* Compounds 2.

1951  *Times Educ. Suppl.* 27 July 597/4  The travel agency that can offer visitors to the Channel Islands duty-free scent and tobacco and also a G.C.E.

1981  J. SULLIVAN *Only Fools & Horses* (1999) I. 1st Ser. Episode 1. 15  I've got two GCEs, an 18-month suspended sentence and I know a good joint when I puff one.

2010  R. MATTHEWS & J. LALLY *Thinking Teacher's Toolkit* vi. 110  Interest in thinking skills..contributed to Critical Thinking becoming the fastest growing GCE Advanced Subsidiary examination subject in 2007.

**(Hide quotations)**

**gcd** *n.* (also **GCD**)  [originally after French *p. g. c. d.* < the initial letters of *plus grand commun diviseur*  (both 1828 in the source translated in quot. 1831)]

**Categories »**

*Mathematics* greatest common divisor, the largest whole number that divides two or more given numbers without remainder; (in later use also) a divisor of two or more elements of a commutative ring whose own divisors include all the other divisors of those elements.

1831  E. C. ROSS tr. L. P. M. Bourdon *Elements Algebra* vi. 279  We begin with finding the g. c. d. [Fr. *le p. g. c. d.*] of the two polynomials of the lowest degree.

1910  *Encycl. Brit.* II. 531/2  If we resolve two numbers into their prime factors, we can find their *Greatest Common Divisor* or *Highest Common Factor* (written G.C.D. or G.C.F. or H.C.F.), i.e. the greatest number which is a factor of both.

2008  J.-L. CHABERT in T. Gowers *Princeton Compan. Math.* ii. 109/1  There is a clear difference between this algorithm for approximating $\pi$ and Euclid's algorithm for calculating the gcd of two positive integers.

**(Hide quotations)**

**GCF** *Mathematics* greatest common factor; = *greatest common divisor n.* at GREATEST *adj., n.,* and *adv.* Compounds 2.

**Categories »**

1869  G. A. WALTON & E. N. L. WALTON *Ilustrative Pract. Arith.* 101  To denote 'greatest common factor,' use G. C. F.

vs. A. 2030, viewed 07/15/2022

1954   *Math. Mag.* **27** 274   The g.c.f. of these two expressions must divide their sum and difference.

2004   W. M. KELLEY *Compl. Idiot's Guide Algebra* xi. 142   Once you've found the GCF of the polynomial, you can factor that polynomial.

**(Hide quotations)**

**GCH** *n.* (chiefly in property advertisements) gas central heating.

1980   *Times* 11 June 30/8 (*advt.*)   Charming flat... GCH & HW.

1993   *What Mortgage* June 62/2 (*advt.*)   3-Bed, semi-detached, double garage, gardens front and rear, G.C.H.

2005   *Loot* 13 Dec. (Liverpool ed.) 27/6 (*advt.*)   Property to rent... Wavertree, new refurbished 3 bed terrace house, gch, new fitted kitchen and bathroom, original features, stripped floors.

**(Hide quotations)**

**GCHQ** *n.* Government Communications Headquarters, an intelligence organization in the United Kingdom responsible for providing signals intelligence and information security.

Although the existence of Government Communications Headquarters, established at Cheltenham in 1951, was not secret, the organization was rarely mentioned in the media (outside of job advertisements) until 1976, when the full extent of its activities was revealed in an article in *Time Out* magazine.

1950   *Yorks. Post* 12 May 3/5   The Civil Service Commissioners invite applications for pensionable posts in Government Communications Headquarters. Candidates..must have had at least three years' experience of the work of G.C.H.Q.

1976   *Time Out* 21 May 8/2   From two modern office blocks on the outskirts of Cheltenham, the directors of GCHQ manage a world-wide network of listening posts.

1987   P. WRIGHT & P. GREENGRASS *Spycatcher* vii. 82   I felt sure that GCHQ would be able to use them to determine what is known as the 'core position' of the machine, and from there be in a position to attack the cipher.

2014   *Guardian* 11 Dec. 13/1   The joint unit will combine the technical expertise of GCHQ with the investigatory expertise of the NCA to analyse child abuse images hidden on the 'dark web'.

**(Hide quotations)**

**GCI** *n.* ground control(led) intercept(ion), the guidance of interceptor aircraft to an airborne target by one or more ground-based observation stations; frequently *attributive*.

**Categories »**

1943   *N.Y. Times* 25 July (Mag.) 9/4   It is as exciting as a cock fight to watch a GCI station in operation. Outside a huge antenna 'throws out daggers of electrical energy'... When these 'daggers' hit the enemy, GCI gets back an 'ouch'.

1992   *Jrnl. Mil. Hist.* **56** 94   Alerted by their early warning radars and guided to the bombers by GCI, the MIGs struck in force.

2006   *New Yorker* 12 June 76/2   I would join a G. C. I. (Ground Control Intercept) squadron at Cherry Point, North Carolina.

**(Hide quotations)**

**GCIE** *n.* now *historical* (in the British honours system) (Knight or Dame) Grand Commander of the (Order of the) Indian Empire, the most senior rank in the Most Eminent Order of the Indian Empire; (also) denoting a

**Categories »**

person holding this rank, or the award itself.

No appointments to this order have been made since Indian and Pakistan became independent nations in 1947.

1884   *Jrnl. Royal Asiatic Soc.* **16** 110   Non-Resident Members..H.H. The Maharaja of Travancore, G.C.I.E.
1954   *Church Times* 3 Sept. 656/2   Frederick Sleigh, Earl Roberts, VC, KG, KP, GCB, OM, GCSI, GCIE, VD, DCL, LLD, Litt.D, captured popular favour and the devotion of everyone who met him or served under him.
2013   *Jrnl. Contemp. Hist.* **48** 651   Rt Hon Lord Carmichael, GCSI, GCIE, KCMG.

**(Hide quotations)**

**GCM** *n. Mathematics* = *greatest common measure n.* at GREATEST *adj., n.,* and *adv.* Compounds 2; also called *highest common factor* (H.C.F.).

**Categories »**

1812   *Key Dilworth's Arith.* 149   G. C. M.   Greatest common measure.
1865   A. K. ISBISTER *First Bk. Arith.* II. 90   6 is the G. C. M. of 12, 18, 24, 30.
1922   F. F. POTTER *Teaching Arith.* xi. 191   The initials G.C.M. (Greatest Common Measure) are for some reason or other now displaced by the more fashionable H.C.F.
2015   A. A. STEPANOV & D. E. ROSE *From Math. to Generic Programming* iv. 45   Euclid then goes on to explicitly describe the algorithm and prove that it computes the GCM.

**(Hide quotations)**

**GCM** *n. Meteorology* general (or global) circulation (or climate) model, a mathematical model of the circulation of the global atmosphere or oceans; (also) a mathematical model of the global climate in general.

**Categories »**

1970   J. E. OLIGER et al. *Descr. NCAR Circulation Model* i. 1   The purpose of this report is to describe the basic equations of the NCAR Global Circulation Model (GCM).
1992   S. P. MARAN *Astron. & Astrophysics Encycl.* 409/2   A general circulation model (GCM) that approximates geostrophic balance predicts distributions of surface winds.
2012   A. HENDERSON-SELLERS & K. MCGUFFIE *Future World's Climate* Pref. p. xvii/2   Climate modellers have stopped caring whether GCM stands for General Circulation Model or Global Climate Model.

**(Hide quotations)**

**GCMG** *n.* (in the British honours system) (Knight or Dame) Grand Cross of (the Order of) St Michael and St George, the most senior rank in the Most Distinguished Order of Saint Michael and Saint George; (also) denoting a person holding this rank, or the award itself.

1834   *Navy List* Apr. sig. Av   The Several Orders and Distinctions are denoted as follow:—G.C.M.G.—Grand Cross of St. Michael and St. George.
1921   *Jrnl. Royal Afr. Soc.* **21** 56   I am glad to think..that the King has recognised the great work he has done for the Empire by making him a G.C.M.G.
2016   *Daily Tel.* (Nexis) 23 Sept. 25   He was appointed CMG in 1980, KCMG in 1989, and GCMG in 1995.

**(Hide quotations)**

**GCSE** *n.* = *General Certificate of Secondary Education n.* at GENERAL *adj.* and *n.* Compounds 2.

**Thesaurus »**
**Categories »**

No. 21-2030, viewed 07/15/2022

[1975   *Math. in School* **4** 5/1   It is not known what type of board or consortium will run the eventual examinations, nor what it will be called (no prizes for GCSE!).]

1978   *Daily Tel.* 24 Oct. 8/3   Children now aged nine are likely to be the first to take the new examination—provisionally to be called the General Certificate of Secondary Education (GCSE).

1985   *Guardian* 10 Apr. 1/7   A boycott of development work for the new 16-plus General Certificate of Secondary Education (GCSE) will be announced today.

2016   *Daily Tel.* 25 Aug. 1/5   The number of top GCSE grades is expected to fall today after a record number of students resat their exams.

**(Hide quotations)**

**GCVO** *n.* (in the British honours system) Grand Cross of the Royal Victorian Order, the senior rank in the Royal Victorian Order; (also) denoting a person holding this rank, or the award itself.

1896   *London Gaz.* 6 Aug. 4498   The Count Moltke, G.C.V.O., Captain Bull,..the Gentlemen in Attendance on His Royal Highness the Crown Prince of Denmark.

1916   D. Haig *Diary* 12 Aug. in *War Diaries & Lett. 1914–18* (2005) 219   His Majesty..said I had his full confidence as well as that of the Cabinet. He then handed me the GCVO as a mark of his own personal appreciation.

2002   *Leicester Mercury* (Nexis) 28 Feb. 2   Her Royal Highness The Duchess of Gloucester, GCVO, will be attending the reception.

**(Hide quotations)**

**GDA** *n.* (in the United Kingdom) guideline daily amount (or allowance), used to denote the recommended amount of calories, fat, saturated fat, total sugars, and salt that should be consumed daily by the average person.

1998   *Mail on Sunday* (Nexis) 7 June (Financial section) 30/3   Now packs are showing GDAs—Guideline Daily Amounts recommended by nutrition professionals.

2006   *Grocer* 9 Dec. 24/1   A major argument in favour of GDAs is that they are easily understood—they quickly provide per portion information, how much (in grammes) of each of the five key nutrients is in a portion of food, and the percentage of the total GDA of each nutrient in a portion.

2013   *Daily Tel.* 25 Apr. 22/6   This amounts to..three-quarters of the GDA for saturated fat.

**(Hide quotations)**

**GDI** *n.* gasoline direct injection, a type of direct injection in which pressurized petrol is supplied directly to the combustion chamber of each cylinder; frequently *attributive*.

1990   *Diesel Progress* Mar. 6   As impressive as the car's styling was, it took a back seat to a project of greater importance—the development by VW of a GDI (gasoline direct-injection) engine which could replace the existing range of spark ignition VW-Audi engines in the near term.

1999   J. L. Lumley *Engines* v. 176   The direct-injection spark-ignition engine (Gasoline Direct Injection, or GDI, engine) is attractive because it makes possible much greater charge stratification than is possible in a port-fuel injection, or PFI engine.

2011   *Kamloops Daily News* (Brit. Columbia) (Nexis) 7 July B1   Since GDI injects fuel into the combustion chamber at the last possible instance, the fuel doesn't become superheated and thus is less prone to detonation.

No. 21-2030, viewed 07/15/2022

**GDP** *n.* gross domestic product, the annual total value of goods produced and services provided in a country, excluding transactions to or from other countries.

1953   *Rev. Econ. Stud.* **21** 225   It is quite true that our G.D.P. figure includes subsistence output, but in a country where this is so closely interlocked with food produced for barter..it is difficult to see what meaning or use can be attached to a total which excludes it.

1962   *Economist* 20 Oct. 284/1   Investment might have had to..constitute 24 per cent of GDP by 1966.

2015   *Daily Mail* (Nexis) 20 Mar.   The Government has committed itself to spending at least 0.7 per cent of GDP..on foreign aid.

(Hide quotations)

**GDP** *n. Biochemistry* = *guanosine diphosphate n.* at GUANOSINE *n.* Additions.

Categories »

1954   R. B. HURLBERT et al. in *Jrnl. Biol. Chem.* **209** 31   For reference, the positions of orthophosphate and orotic acid are noted, as well as the positions of..guanosine-5′-diphosphate and triphosphate (GDP and GTP).

1999   W. R. LOEWENSTEIN *Touchstone of Life* x. 224 (*caption*)   The cycle starts anew, and GTP is broken down to GDP and α leaves the adenylate in GTP-bound form.

2008   J. NELSON *Struct. Function Cell Signalling* ii. 61   How can one account for the fact that GDP can also cause an affinity shift?

(Hide quotations)

**G.D.R.** *n.* now *historical* German Democratic Republic, a socialist state formed in 1949 in what was then the Soviet occupied area of Germany.

Categories »

The GDR acceded to the Federal Republic of Germany in 1990, resulting in the reunification of Germany.

1953   *China Monthly Rev.* July 53   Broad sections of West German businessmen see in the close friendship of the GDR with People's China bases and possibilities for the increase..of all German foreign trade with China.

1971   *Guardian* 8 Sept. 10/6   At least 100,000 dachas are now estimated to exist in the GDR.

2012   *New Yorker* 9 Apr. 44/1   There's been the Empire, the Weimar, the Third Reich, the G.D.R., and now the Bundesrepublik.

(Hide quotations)

**GE** *adj.* genetically engineered, designating food, organisms, etc., that have undergone or been produced by genetic engineering.

Categories »

1991   *Poultry Sci.* **70** Suppl. 33   Three genetically engineered (GE) antigens..were used in battery immunization trials with up to five different commercial lines of chickens.

1999   *BBC Vegetarian Good Food* Apr. 13/1   A new campaign to..halt the commercial growing of GE crops in the UK is being launched this spring.

2019   J. L. LUSK et al. in W. Schlenker *Agric. Productivity & Producer Behavior* i. 27   On average, adoption of GE corn has led to an 18.5 bushel per acre increase in yield.

(Hide quotations)

No. 21, 2050, viewed 07/15/2022

**GED** *n. North American* general equivalency degree (or diploma), an academic qualification certifying that the holder has academic skills and knowledge equivalent to those of a high school education.

Categories »

1969   *N.Y. Amsterdam News* 15 Nov. 13/5   They spent the other half of the day in education classes in preparation for the General Equivalency Diploma Exam (GED).

1991   *New Yorker* 2 Dec. 67/1   I saw this promo about getting a GED through TV, and there was a phone number to call.

2012   *Time Out N.Y.* 8 Mar. 88/1   I'm from Africa—West Guinea. I want to see if I can get my GED and go to college.

(Hide quotations)

**GED** *n. North American* general educational development, a system of standardized examinations which entitle those who pass them to receive a credential considered as equivalent to completion of high school.

Categories »

A proprietary name in the United States.

This and *GED n.* (= general equivalency degree) are often not clearly distinguished in general usage.

1945   *Bull. National Assoc. Secondary-school Principals* Dec. 88 (*heading*)   Using the G.E.D. and other tests.

1997   *Industr. & Labor Relations Rev.* **51** 111/2   The group with the greatest need to signal ability to do college work by passing the GED battery of exams.

2016   *Baltimore Sun* (Nexis) 14 June A 3   We're just beginning to turn the curve now in instructors beginning to understand the new GED exam, and young people beginning to understand the new GED.

(Hide quotations)

**GERD** *n. Medicine* = *gastro-oesophageal reflux disease n.* at GASTRO- *comb. form* Additions.

Categories »

1982   *Controlled Clin. Trials* **3** 148   Early clinical trials with Tagamet in gastroesophageal reflux disease (GERD) will provide examples.

2002   *Time* 13 May 86/1   Undiagnosed GERD can inflame the esophagus lining and cause esophagitis.

2012   *Wall St. Jrnl.* 13 Nov. D1/4   Up to one-half of GERD patients don't get complete relief from..proton-pump inhibitors.

(Hide quotations)

**GeV** *n.* [ < *G-* (in GIGA- *comb. form*) + ELECTRONVOLT *n.*] giga-electronvolt(s), a billion (or $10^9$) electronvolts.

1949   *Nuovo Cimento* **6** Suppl. 317   The experimentally known energy distribution of cosmic ray particles..takes the form of a simple power law for energies above a few GeV.

1969   *Times* 5 Feb. 13/8   The new generation of even larger proton accelerators, like the proposed 300 GeV machine at Cern, will produce particles of sufficient energy to make it possible to observe some of the really short-lived resonances.

2016   *Guardian* (Nexis) 5 Aug.   There was a bump, a clustering of events at a mass of about 750 GeV.

(Hide quotations)

**gf** *n. colloquial* girlfriend.

Categories »

1925   R. W. LARDNER in *Cosmopolitan* June 45/1   A G.F., that's a girl friend, and a

Nos. 21-2030, viewed 07/15/2022

B.F. is a boy friend. I thought everybody knew that.

1993   *Re: Help on Derogatory Names* in *alt.tasteless* (Usenet newsgroup) 20 Apr. A friend kept referring to his gf's same sex friend as a 'carpet-muncher'.

2016   *Shout* Jan. 13/4 (*caption*)   He'll flirt your face off, but has he got his eyes set on a celeb gf?

**(Hide quotations)**

**GFP** *n. Biochemistry* green fluorescent protein, a protein that exhibits green fluorescence when exposed to blue light, *spec.* that originally isolated from the jellyfish *Aequorea victoria*, often used as an experimental tracer or marker.

**Categories »**

1974   *Biochimica et Biophysica Acta* **346** 158 (*in figure*)   GFP (Green Fluorescent Protein).

1982   *Proc. Royal Soc.* B. **215** 250   GFP (green fluorescent protein) is a protein with a covalently bound chromophore that fluoresces at 509 nm.

2005   S. Ede *Art & Sci.* vii. 156   GFP is now routinely used as a marker gene in science, and commerce has inevitably entered the arena.

**(Hide quotations)**

**GFS** *n.* Girls' Friendly Society, a Christian society founded in England in 1875 for the personal and social development of girls and young women.

1877   *Monthly Packet* Oct. 379   The first diocesan meeting of the G.F.S. was held at the Deanery, Winchester, on the 29th of June last.

1939   A. Thirkell *Brandons* x. 264   She had been brought up..on mothers' meetings, G.F.S. meetings..and the hundred activities of the Vicarage.

1999   *Church Times* 18 June 5/5   The GFS works with around 800 teenage mothers and their children each year, and takes peer-led programmes into schools.

**(Hide quotations)**

**GG** *n.* = Governor-General *n.*

1810   W. S. Greene *Code Pay Reg. Var. Mil. Establishments* (List of subscribers) Richardson, John, Esq. Judge and Magistrate, and Agent for the G. G. in Bundlecund.

1858   W. Theobald *Legislative Acts Governor-gen. India 1856–9* (1861) 458   Recites expediency of G. G. visiting the N. W. Provinces.

1912   G. Krishna Sastri *Life & Work Indian St.* 98 (*heading*)   A letter to H. E. the Viceroy and G. G. of India.

1946   *Port Macquarie News* 7 Feb. 1/1   The 'good oil' on who would be the next G.-G. was right! Mr. W. J. McKell..has been appointed Governor General of Australia.

1996   *Frank* 11 Sept. 2/3   Canadian republicans..take a dim view of the GG's extravagant spending.

2006   *Fiji Times* (Nexis) 20 Apr. 6   Kiwi GG..The Governor-General of New Zealand is Justice Anand Satyanand.

**(Hide quotations)**

**GH** *n. Physiology* = *growth-hormone n.* at Growth *n.[1]* Compounds 1a.

**Categories »**

1946   *Proc. Soc. Exper. Biol. & Med.* **62** 105/2   On this graph the opposing effects of ACTH [= adrenocorticotrophic hormone] and GH.

1961   *Lancet* 29 July 235/2   The diabetogenic effect of G.H. in laboratory animals is..well established.

*No. 21-2030, viewed 07/15/2022*

2015   *MailOnline* (Nexis) 1 Nov.   You do not want to disrupt the activation of the GH and other hormones that are taking good care of you.

**(Hide quotations)**

**GHG** *n.* = *greenhouse gas n.* at SMALL CAPS GREENHOUSE *n.* Compounds 2.

1988   *Population & Devel. Rev.* **14** 528/1   If the present trends of greenhouse gas (GHG) emissions continue during the next hundred years, a rise of global mean temperature could occur that is larger than any experienced in human history.

2000   S. F. SINGER *Climate Policy* 15   The Kyoto Protocol..is not sufficient to reduce significantly the ongoing growth of GHG in the atmosphere.

2011   *Guardian Unlimited* (Nexis) 26 Jan.   The only real reason to transform our energy systems is to address GHG emissions.

**(Hide quotations)**

**GHQ** *n.* = *general headquarters n.* at GENERAL *adj.* and *n.* Compounds 2.

1856   F. NIGHTINGALE in C. Woodham-Smith *F. Nightingale* (1950) xii. 275   G.H.Q. feeding their horses on the biscuits the men could not eat.

1915   A. C. WALSH *Diary* 16 Jan. (1916) 52   We are billeted at Delelle, a small village about 10 miles due south of G.H.Q., at St. Omer.

2003   A. O. MITHA *Unlikely Beginnings* xiii. 160   I do not subscribe to the attitude that any decent soldier abhors working in GHQ.

**(Hide quotations)**

**GHz** *n.* [ < *G*- (in GIGA- *comb. form*) + *Hz n.* at H *n.* Initialisms] gigahertz.

1954   *Appl. Sci. Res.* B. **3** 469   The measurements have been made at four frequencies, viz. 8.51, 8.80, 9.10, and 9.52 GHz.

1992   *Cable World* 21 Dec. 22/1   The strength of a confederation..is dependent on which companies, if any, succeed in landing spectrum space in the 28 GHz bandwidth, a seldom-used ultra-high frequency.

2012   *N.Y. Times* (National ed.) 15 Apr. (Arts & Leisure section) 26 (*advt.*)   JBL Wireless 12″ Powered Subwoofer. 2.4-GHz wireless transmitter allows you to place the sub anywhere in the room.

**(Hide quotations)**

**GI** *adj.* = *gastro-intestinal adj.* at GASTRO- *comb. form* .

1943   *Brit. Med. Jrnl.* 20 Nov. 4/1 (*advt.*)   Victor barium cream... the ideal opaque for radiography of the G.I. tract.

1977   *Amer. Jrnl. Nursing* **77** 1427/1   A problem arises when one drug is given concurrently with another drug that affects the normal GI motility or rhythm.

2017   S. K. PATRICK & K. M. SCHNEIDER in M. Olsen *Obstetr. Care* xli 375/1   Between 60 and 70 million people in the United States are affected by GI disorders.

**(Hide quotations)**

**GI** *n.* glycemic index;   *(a) Medicine* and *Physiology* a number representing the ability of a food, relative to that of glucose (or sometimes of white bread), to increase the level of glucose in the blood;   *(b) attributive* designating any of various diets in which consumption is limited to food having a low glycaemic index; of or relating to such

*No. 12-2030, viewed 07/15/2022*

a diet.

1984   *Lancet* 18 Aug. 388/2   A similar method that permits such comparisons involves classification of foods in terms of their glycaemic index (GI).

2004   R. GALLOP *Living GI Diet* vi. 77   Saturated fat definitely has no place in the G.I. Diet.

2005   *Courier Mail (*Queensland*)* (Nexis) 5 Mar. L4   Among waist-busters, the arrival of the new GI fad is music to the ears.

2015   *Co-operative Mag.* Summer 17/3   Oats have a low GI.

**(Hide quotations)**

**GID** *n. Psychiatry* gender identity disorder, persistent dissatisfaction with or distress relating to one's anatomic sex; a condition characterized by this; cf. *gender dysphoria n.* at GENDER *n.* Compounds 3.

**Categories »**

1988   D. M. WOLLERSHEIM *Adult Judgments Adoptability of Children* (M.A. thesis, Univ. of Montana) 31   Although GID in childhood doesn't predict the development of homosexuality, the above research shows that it is correlated with an increased incidence of homosexuality or atypical gender behaviour, or both, later in life.

2005   *Gender & Society* **19** 474   Child care advice books appear unaware of the problematic nature of GID.

2017   *Reading (*Pa.*) Eagle* (Nexis) 6 June   It [*sc.* the bill] also would continue restrooms separated by sex and said those 'suffering from GID (gender identity disorder)' would be governed by existing laws regarding use of bathrooms.

**(Hide quotations)**

**GIS** *n. Computing* geographic (or geographical) information system, an information system which allows the user to analyse, display, and edit spatial or geographic data.

**Categories »**

1973   A. B. COSTIN & R. H. GROVES *Nature Conservation in Pacific* 17   The Canadian Geographic Information System (GIS) is a computer-based system designed to read, store, analyse and compare maps of resource, social and economic information.

1990   *Daily Tel.* 5 Nov. 14/5   A geographical information system (GIS) is a set of tools for collecting, storing, retrieving at will, transforming and displaying spatial data from the real world for a particular set of circumstances.

2003   J. L. MCCALL in O. A. Khan *Geographic Information Syst. & Health Applic.* v. 82   Any information that can be associated with geographic coordinates, or a geographic identifier such as a street address or geographic region.., can be incorporated into a GIS.

**(Hide quotations)**

**GLA** *n. Biochemistry* gamma-linolenic acid, an omega-6 fatty acid which is found in evening primrose, safflower, and other plant-seed oils, often used as a dietary supplement.

**Categories »**

1978   D. F. HORROBIN *Prostaglandins* xx. 193   If this were so then by-passing this rate limiting step by the provision of GLA in the diet might be helpful.

1994   *BBC Good Food* Feb. 79/1 (*advt.*)   Starflower Oil has twice the concentration of GLA found in Evening Primrose Oil.

2016   *MailOnline* (Nexis) 31 Aug.   Taking GLA has been shown in studies to reduce the incidence of breast pain.

**(Hide quotations)**

**GLB** *adj.* (and *n.*) (also with lower-case initials) gay, lesbian, and bisexual; also (occasionally) as *n.*; = *LGB adj.* at L *n.* Additions.

1990   *Re: Am I out Yet?* in *soc.motss* (Usenet newsgroup) 30 Sept.   I bet a lot of GLB people would include having felt sexuality = sex as a major stage in their personal histories.

1992   *Cornell Daily Sun* (Ithaca, N.Y.) 15 Oct. 5/1   Bill Clinton wants to turn your son gay. He advocates civil rights for gays, lesbians and bisexuals. He goes so far as to consider GLB's to be on equal footing with human beings.

2005   *Hosp. Business Week* (Nexis) 17 Apr. 24   While GLB respondents (18% overall) and lesbians (9%) think that HIV/AIDS deserves the most attention, fitness is also high on their list.

(Hide quotations)

**GLBT** *adj.* (and *n.*) (also with lower-case initials) gay, lesbian, bisexual, and transgendered; also (occasionally) as *n.*; = *LGBT adj.* at L *n.* Additions.

1993   *Bisexual Idenity & Community* in *soc.bi* (Usenet newsgroup) 9 Jan.   I think that the identity and the community should be closely examined in order to give the movement and all bisexuals a strong and mature place in the GLBT community.

1997   S. RAFFO *Queerly Classed* 11   What do the terms gay community, gay and lesbian community, glbt community, or queer community mean to you?

2004   *N.Y. Times Mag.* 19 Sept. 96/1 (*advt.*)   They are joined by organizations of..gays, lesbians, bisexuals and transgendered employees, known collectively as GLBT; religious minorities; and a host of other grass-roots groups.

2011   *Cumberland (Maryland) Times-News* 29 Oct. 5 A/3   Six students filed suit in July charging that the district has failed to address persistent and widespread harassment of GLBT students.

(Hide quotations)

**GLC** *n. Chemistry* gas–liquid chromatography, a type of gas chromatography in which the stationary phase is a liquid.

Categories »

1957   A. I. M. KEULEMANS *Gas Chromatogr.* i. 11   Gas-liquid chromatography has also been variously referred to as vapor-phase chromatography..and by several similar designations. The term G.L.C. will be retained in this book with a view to the classification developed in the preceding pages.

1989   M. H. GORDON & R. MACRAE *Instrumental Anal. in Biol. Sci.* 41   The most common form of gas chromatography is gas-liquid chromatography (GLC).

2005   *New Scientist* 2 Apr. 57 (*advt.*)   The successful candidate is likely to have experience in most modern analytical techniques such as..GLC.

(Hide quotations)

**G.L.C.** *n.* now *historical* Greater London Council, a body established in 1963 to act as a local authority (*local authority n.* at LOCAL *adj.* and *n.* Compounds) for all of Greater London.

Categories »

The GLC was disbanded in 1986.

1961   *Economist* 2 Dec. 883/3   The new GLC, which will include the suburbs, is likely to be Tory-controlled.

1962   *Times* 23 Nov. 5/2   The inner London education authority will consist of members of the G.L.C.

2004   *New Yorker* 9 Feb. 54/2   The G. L. C. was at that time led by Ken

Livingstone, a flamboyant apostle of working-class leftism known as Red Ken.

**(Hide quotations)**

**GLF** *n.* = *Gay Liberation Front n.* at ɢᴀʏ *adj., adv.,* and *n.* Compounds 2b.

1969   *Gay Power* (N.Y.) **1** No. 6. 21/2   A couple of people from GLF..went to a play the other night on Women's Liberation.

1990   *Lesbian & Gay Pride* 5/2   The marches and sit-ins which followed were unprecedented. The GLF slogan 'Gay is just as good as straight' represented a revolution in consciousness.

2016   P. Tᴀᴛᴄʜᴇʟʟ in *Guardian* (Nexis) 17 Mar.   GLF was the watershed movement for lesbian, gay, bisexual and transgender (LGBT) liberation. It changed the queer mindset for ever, from victims to victors.

**(Hide quotations)**

**GLS** *adj.* and *n.* grand luxury sport,  *(a) adj.* designating a (model of) car having greater performance and more luxury features than the basic model of the same range;  *(b) n.* a car of this kind.

1965   *Newark (*Ohio*) Advocate* 24 Aug. 5/6   The new 1966 Simca GLS models will be introduced for the first time in this area.

1966   *Pop. Sci.* May 83 (*caption*)   Simca 1000 GLS..corners without body roll or steer.

1991   *Newsweek* 23 Dec. 23 (*advt.*)   Just for the fun of it, we made even the sporty Tempo GLS look sportier than ever.

2009   *Honolulu Advertiser* 14 Feb. (Hawaiʻi section) 17/1 (*advt.,*)   '04 golf. GLS 4 door hatchback, only 21k miles,..roof rack,..alloy whls.

**(Hide quotations)**

**GLX** *adj.* and *n.* grand luxury,  *(a) adj.* designating a (model of) car having more luxury features than the basic model of the same range.  *(b) n.* a car of this kind.

1959   *Salt Lake Tribune* 26 Aug. 34/6 (*advt.*)   '59 Ford GLX. Full power... Will trade.

1984   *Guardian* (Nexis) 10 Dec.   Manufacturers plaster the rear and sides of their cars with chrome script saying it is a GT, GLX, Automatic or what-have-you.

2000   *Scootering* 5 Mar. 71/4   This top of the range Ambra GLX has leather interior, leccy windows, remote central locking,..and a host of other stuff.

**(Hide quotations)**

**GM** *n.* (in fantasy role-playing games) game master; = *game-master n.* (b) at ɢᴀᴍᴇ *n.* Compounds 4a.

1976   *Games & Puzzles* May 7/2   The GM has prepared beforehand a 'Set of Dungeons' which are drawn up on graph paper.

1982   R. Pʟᴀᴍᴏɴᴅᴏɴ *Through Dungeons Deep* i. 9   The GM is in charge of creating the campaign world which gives the player characters somewhere to live.

2008   N. Sᴜᴍsɪᴏɴ *Terra Immortalis* i. 66/2   The twins can work together... If the player wishes and the GM allows, they can even be played as two different characters.

**(Hide quotations)**

† **G.M.** *n.*  [perhaps a shortening of *GMT n.*] *humorous Obsolete* used as a substitute for *a.m.* or *p.m.*

**Categories »**

1896   G. Ade *Artie* ix. 76   I've got a set o' coppers on me this g. m. that'd heat a four-room flat and my mouth tastes like a Chinese family'd just moved out of it.

1901   'Linesman' *Words by Eyewitness* (1902) 246   Merely referring to it as such and such an hour g.m.

1915   *Goodwin's Weekly* 15 May 8/2   Mr. Jackling arrived at the hotel before two G. M., which is altogether too early for a stag dinner to break up.

1929   S. Lewis *Dodsworth* xxxii. 341   I bet I never went to bed before three G.M. once, the whole way over!

*(Hide quotations)*

**GM** *n.* (chiefly in freemasonry and chess) Grand Master; cf. GRAND MASTER *n.*

*Categories »*

1738   J. Anderson *New Bk. Constit. Free & Accepted Masons* 195   Loudon G.M. granted one to Robert Tomlinson, Esq: to be Provincial G. M. of New-England in America.

1977   *Spectator* 19 Nov. 31/1   GM number 3... Britain's third Grandmaster is Michael Stean, a twenty-four-year-old Cambridge mathematics graduate who decided to make chess his career.

1999   *Chess* Aug. 44/2   His previous wins against GM Jonathan Levitt and IM Danny Gormally were half hour rapidplays.

2013   P. Calderwood *Freemasonry & Press in 20th Cent.* (2016) 302 (*table*)   GM of the GL [= Grand Lodge] of Quebec.

*(Hide quotations)*

**G.M.** *n.* general manager,  *(a)* a chief or principal manager;  *(b)* (*North American Sport*) a member of the management of a sports team responsible for administrative matters relating to players.

*Categories »*

1928   *Mail (*Adelaide*)* 24 Nov. 2/3   Success, however, has not spoiled the G.M. of the Metropolitan Abattoirs.

1952   *Newark (*Ohio*) Advocate & Amer. Tribune* 4 Jan. 13/5   The Yankee GM took this to mean that the Yankees were regarded as having..a terrible outfield.

1991   E. C. Nebel *Managing Hotels Effectively* viii. 201   I was studying Richard James' day-to-day management style four months after he became GM of the Apollo Hotel.

2005   *Vanity Fair* (N.Y.*)* Apr. 268/3   Epstein is one of the two G.M.'s in the game who are routinely recognized on the road.

*(Hide quotations)*

**GM** *adj. Education* (now *historical*) grant-maintained, designating a school in England and Wales that is funded directly by central government, having opted out of local government control; of or relating to such a school or system of financing schools.

*Categories »*

Grant-maintained schools were abolished in 1998, although central funding for schools continued, with the introduction of academies (ACADEMY *n.* 2b) in England in 2000.

1988   *Geography* **73** 212   The funding of GM schools is far from clear at the time of writing.

1996   *Brit. 1997: Official Handbk.* (H.M.S.O.) 444/2   GM status is achieved if the school's parents support the idea in a ballot and if the Secretary of State approves the school's proposals for GM status.

2005   C. Green *Privatization State Educ.* iii. 84   GM schools have now gone but they set up an unhealthy legacy of school against school.

*(Hide quotations)*

**GM** *n. rare* genetic manipulation (or modification).

1985   *Rep.* 117*th Ann. Trades Union Congr.* 125   The original (GMAG) series of Guidance Notes on various aspects of GM work are to be reviewed.

1992   *Biotechnol. Business News* 16 Oct. 4/2   The study group stresses that the scope of the investigation does not extend to the ethics of genetic modification (GM) *per se* but is limited to the use of organisms from GM programmes.

*(Hide quotations)*

**GM** *adj.* = *genetically modified adj.* at GENETICALLY *adv.* Compounds.

Cf. earlier *GMO n.*

1992   *Biotechnol. Business News* 16 Oct. 4/2   The UK government's Food Advisory Committee is likely to have finalised guidelines on the labelling of GM foods by the time the study group reports in the latter half of next year.

1998   *Independent* 6 July I. 8/4   Ministers now face intense lobbying from the 15 multinational companies running GM crop trials in the UK.

2017   *Times* (Nexis) 31 Mar. 30   Making more use of GM crops would help cut down on the need for ammonia-rich fertilisers.

*(Hide quotations)*

**GM** *n.* = *George Medal n.* at GEORGE *n.* Compounds.

1941   *Times of India* 10 Apr. 8/3   Explaining two new distinctions 'G.C.' and 'G.M.', to be awarded to civilians for acts of heroism, a Press Note says [etc.].

1998   *Birmingham Evening Mail* (Nexis) 4 July 24   Lisa has received a series of awards, including the George Medal... 'I get letters to Lisa Potts GM...—isn't that weird?' she asks, laughing at herself.

2005   C. McCREERY *Order of Canada* p. xviii. (*table*)   British Bravery Decorations. AM Albert Medal. GM George Medal [etc.].

*(Hide quotations)*

**GMAT** *n.* now *rare* Greenwich Mean Astronomical Time, the mean solar time on the Greenwich meridian, with noon taken as the beginning of each day; cf. *GMT n.*

1916   H. L. THOMPSON *Self Instr. Navigation* iii. 25   Bring down G. M. A. T. and subtract the lesser from the greater.

1999   N. BONE *Observing Meteors* ix. 162   Observations were commenced at 17:55 UT (5$^h$ 55$^m$ GMAT).

*(Hide quotations)*

**g.m.b.** *adj. British* (now *rare*) good merchantable brand, designating iron of good, saleable quality.

1853   in *Supreme Courts Scotl.* (1857) **29** 423/2   Bought of William Colvin, Esq., two thousand tons g. m. b. Scotch pig-iron (three-fifths No. 1, and two-fifths No. 3), at eighty-one shillings and sixpence per ton.

1922   *Iron Trade Rev.* 21 Sept. 774/3   Merchants quoted £4 10s..for No. 3 G. M. B. iron, while mixed numbers of east coast hematite are £4 9s..for export.

1957   *Oxf. Econ. Papers* **9** 43 (*table*)   Statistics of the Scottish pig-iron trade...price per ton g.m.b. warrants.

*(Hide quotations)*

**GMC** *n.* = *General Medical Council n.* at GENERAL *adj.*

*Categories »* (appears next to GM n. rare entry)

*Categories »* (appears next to GMAT entry)

*Categories »* (appears next to g.m.b. entry)

No. 21-2030, viewed 07/15/2022

Case 1:20-cv-01397-CMH-TCB   Document 73-1   Filed 08/16/22   Page 71 of 87 PageID# 521

Total Pages:(71 of 87)

*and n.* Compounds 2.

1867    *Let.* in *Edinb. Med. Jrnl.* **13** 73   You will..take notice that the meeting of the
        Council is fixed peremptorily for the day and hour hereinbefore named...
        Yours, etc. Fras. Hawkins, M.D., *Reg. G. M. C.*

1984    *Guardian* (Nexis) 3 Nov.   The GMC has substantially widened the range of
        offences which could result in charges of serious professional misconduct.

2013    J. M. CHAMBERLAIN *Sociol. Med. Regulation* iii. 57   A public enquiry into the
        Shipman case,..began with the remit of conducting far-reaching review of the
        GMC.

**(Hide quotations)**

---

**GML** *n. Computing* (now *historical*) Generalized    **Categories »**
Markup Language, a markup language used to specify the
structure of an area of text (such as chapter, heading
level, etc.), designed to allow a document to be
automatically formatted for different types of device
without the document itself having to be altered.

 Through the subsequent development of SGML from Generalized Markup
 Language, GML acted as a precursor to both XML and HTML.

1978    (*title*)   Document composition facility: generalized markup language (GML)
        users guide. (IBM SH20-9160.)

2000    J. GILLIES & R. CAILLIAU *How Web was Born* iv. 160   Angle brackets are a
        feature of a markup language called Standard Generalized Markup Language
        (SGML) that evolved from another called GML.

2012    M. ZALEWSKI *Tangled Web* i. 9   While GML was developing into SGML,
        computers were becoming more powerful and user friendly.

**(Hide quotations)**

---

**GML** *n. Computing* Geography (or Geographic)    **Categories »**
Markup Language, a markup language based on XML
designed for the display of geographic information.

1999    *OGC seeks Input on Web Mapping Standard* in *comp.infosystems.gis* (Usenet
        newsgroup) 15 Dec.   The Open GIS Consortium, Inc. (OGC) today issued
        Requests for Comment on its pending..Geography Markup Language (GML)
        specification.

2004    *GEO World* (Nexis) 1 Apr. 54   The handling of geographic features is where
        SOAP and XML intersect with OGC's geometry types and GML.

**(Hide quotations)**

---

**GMO** *n.* genetically modified organism.

1989    *Gene* **75** 1/1   The directive is focused on the regulation of 'genetically
        modified organisms (GMOs)'.

2000    *N.Y. Times* 9 Apr. III. 2/3   Lately, many products..are being labeled as kosher
        (which many customers perceive as healthier) or 'GMO Free'.

2017    *Times* (Scotl. ed.) (Nexis) 17 Feb. (News section) 23   Lowering UK farming
        standards or relaxing rules on GMOs could make matters even worse, by
        throwing up even more barriers for the many farmers who rely on trade with
        Europe.

**(Hide quotations)**

---

**GMP** *n. Biochemistry* = *guanosine monophosphate n.*    **Categories »**
at GUANOSINE *n.* Additions.

 See also *cyclic GMP n.* at CYCLIC *adj.* Additions.

1953    *Jrnl. Biol. Chem.* **200** i (*note*)   GMP-*a* guanylic acid *a*; GMP-*b*, guanylic acid

*b.*

1987   *N.Y. Times* (Nexis) 27 Sept. §6. II. 67/1   Because the body converts GMP into uric acid, people with gout and other diseases characterized by an excess of uric acid should avoid all foods containing this additive.

2012   T. Suzuki & G. R. Waller in H.-F. Linskens & J. F. Jackson *Anal. Nonalcoholic Beverages* 190   In the salvage pathway.., guanine is converted almost exclusively into the GMP of RNA.

(Hide quotations)

**GMR** *n.* giant magnetoresistance, magnetoresistance    Categories »
produced by quantum-mechanical interactions between
thin, alternating films of ferromagnetic and non-
magnetic conductive material.

1990   *IEEE Trans. Magnetics* **26** 2747/1   This suggests that the mechanism of GMR is associated with Fe and Cr in contact.

2003   *IEEE Spectrum* July 18/2   The planar Hall effect 'is several orders of magnitude stronger in effect' than GMR.

2016   J.-I. Inoue et al. *Graphene in Spintronics* v. 158   The effect of GMR has been applied to magnetic sensors for writing/reading heads of hard disc drives.

(Hide quotations)

**GMR** *adj.* giant magnetoresistive; of, relating to, or
utilizing giant magnetoresistance.

1992   *IEEE Transl. Jrnl. Magnetics Japan* **7** 760/2 (*header*)    Relation to Giant Magnetoresistive (GMR) Change.

2005   R. B. Northrop *Introd. Instrumentation & Measurem.* (ed. 2) vi. 227   A basic GMR sensor is a multiple layer, thin film device.

2016   Y. Sakuraba & K. Takanashi in C. Fesler & A. Hirohata *Heusler Alloys* xvi. 389   There are two kinds of GMR effects depending on the flowing direction of electric current to the GMR film.

(Hide quotations)

**GMT** *n.* = *Greenwich Mean Time n.* at Greenwich *n.* 1c.

1840   C. J. Tyers *Rep. Exped. to ascertain Boundary Line New S. Wales & S. Austral.* p. xiii   23 h. 21 m. 26 s. G.M.T.

1928   W. M. Smart *Sun, Stars & Universe* iv. 49   The true Greenwich Mean Time (G.M.T.).

2013   *Daily Tel.* 18 Sept. 23/1   The cruise liner finally jolted upright at 4am local time (2am GMT) and salvage crews celebrated with bottles of beer.

(Hide quotations)

**gmw** *n.* gram molecular weight, the mass, expressed in
grams, of one mole of a chemical compound.

1909   W. J. Hale *Calculations Gen. Chem.* vi. 37   32 grams is the G.M.W. of oxygen.

1969   *Jrnl. Chromatogr.* **45** 35   GMW denotes gram molecular weight of amino acid.

2003   C. W. Johnson et al. *Essent. Lab. Math.* (ed. 2) iv. 74/2   We will divide the gmw by the total positive valence to find the equivalent weight.

(Hide quotations)

**GNP** *n.* gross national product, the total monetary value    Thesaurus »
of all goods produced and services provided in a country    Categories »
during one year.

No. 21-2030, viewed 07/15/2022

1944   *Jrnl. Amer. Statist. Assoc.* **39** 392   Briefly stated, the method involves deflating by means of price indexes those segments of the GNP which measure changes in the dollar volume of nonwar type products.

1969   *Guardian* 25 July 10/4   The Apollo project..uses only 1 per cent of the American GNP.

2011   M. Irvine *Nucl. Power: Very Short Introd.* viii. 103   For more than 200 years..global GNP has grown at approximately 2% per annum.

(Hide quotations)

**GNU** *n.* (a proprietary name for) a software system consisting of an operating system similar to Unix and a collection of compatible software, developed and distributed as a free alternative to commercial systems; (also) the operating system itself.

Categories »

1983   R. Stallman *New UNIX Implementation* in *net.unix-wizards* (Usenet newsgroup) 27 Sept.   I am going to write a complete Unix-compatible software system called GNU.., and give it away free to everyone who can use it.

2001   *InfoWorld* 26 Nov. 68/3   GNU became the foundation of the free software movement, which later became the foundation of the open-source movement.

2013   R. Fox *Information Technol.* viii. 225   The Unix users who followed this group set about developing their own Unix-like OS called GNU.

(Hide quotations)

**GNVQ** *n. Education* (now *historical*) (in England, Wales, and Northern Ireland) General National Vocational Qualification, a vocational qualification offered by schools and colleges at various levels and in a range of skills and occupational areas, of which Intermediate and Advanced levels correspond to standard GCSE and A levels respectively; cf. *NVQ n.* at *N n.* Initialisms 1.

Categories »

1991   *Daily Tel.* 9 Oct. 8/1   It is intended that a single GNVQ, normally requiring two years' study, should be the equivalent of two A-level passes.

2000   *Daily Tel.* 16 Feb. 7/2   Mr Blunkett, who will today announce that Advanced GNVQs..are to be renamed 'vocational A-levels', said that Britain needed to break out of its 'culture of anti-vocationalism'.

2016   J. Heywood *Assessment Learning Engin. Educ.* v. 115   The GNVQs were targeted at the 16- to 19-year-old range. One of their objectives was to encourage young people to remain in education beyond the school leaving age.

(Hide quotations)

**GOAT** *n.* originally *North American colloquial* (esp. in sporting contexts) greatest of all time.

Categories »

In earliest use as the name of the company owned by Muhammad Ali (1942–2016), heavyweight boxing champion, who frequently referred to himself as 'the greatest of all time' (cf. quot. 1965).

[1965   *New Pittsburgh Courier* 11 Dec. 14   They're beginning to take Cassius Clay or Muhammad Ali seriously. He has said all along that he's the greatest of all time.]

1992   *Commonwealth of Virginia State Corporation Comm.* (single sheet) 30 June   The State Corporation Commission has found the accompanying articles submitted on behalf of G.O.A.T., Inc. to comply with requirements of the law.

1996   *Sunday Mail (Brisbane)* 20 Oct. 73/5   Ali's corporate entity, GOAT (Greatest Of All Time), generates income of $1 million a year.

No. 21-2030, viewed 07/15/2022

2002   *Daily News* (N.Y.) (Nexis) 15 Oct. 39   He [*sc.* L. L. Cool J] has been in the habit of rapping about himself as the 'GOAT' (Greatest of All Time).

2009   *Evening Standard* (Nexis) 8 June   After yesterday, there can be no buts about his [*sc.* Roger Federer's] status as tennis' GOAT (Greatest Of All Time).

2014   B. RYAN *Scribe* xxvii. 275   If championships alone are the measuring stick, then Michael [Jordan] is probably going to remain the popular choice as the GOAT.

(Hide quotations)

**GOC** *n.* chiefly *British* (*Military*) General Officer Commanding, a general officer appointed to a command position.

Categories »

1874   W. D. MALTON *Key to Queen's Regulations & Orders for Army* 31   The examⁿ. of captains in the field may be conducted at any time by a G.O.C., or by an officer whom he may select for this purpose.

1930   *Times Lit. Suppl.* 3 July 542/3   If the G.O.C. could have flown or rather hovered over the scene for ten seconds, the attack would have been countermanded.

2003   A. O. MITHA *Unlikely Beginnings* x. 136   He had been in civilian clothes, so how were the men to know he was an officer, leave alone the GOC.

(Hide quotations)

**GOK** *int. colloquial* God only knows; used humorously to indicate that an answer to a question or problem (esp. a medical diagnosis) is impossible to give.

Categories »

1908   *17th Ann. Reunion Reynolds Family Assoc.* 20   At the head of the cot..the initials G. O. K.... I couldn't remember what disease G. O. K. stood for... I finally asked impatiently: 'Scott, what disease is G. O. K.?' He..replied: 'Why that is: "God only knows".'

1936   D. FORTUNE *Goat-foot God* iii. 23   'I say, why are you doing all this for me?..' 'G.O.K.,' he said.

1993   *Albuquerque (New Mexico) Jrnl.* 25 Jan. a3/5   At the [Mayan] sites, researchers have assembled rocks they call the 'GOK' pile—God only knows where this one goes [in reconstructing buildings].

2001   *Independent* 27 Feb. I/6   Patients have the right to see their notes and are unlikely to be pleased by comments such as SIG (stupid ignorant git) or, for the more baffling cases, GOK (God only knows).

(Hide quotations)

**G.O.M.** *n.* Grand Old Man,  *(a)* (a name given to) British politician and prime minister W. E. Gladstone (1809–98) (now *historical*);  *(b)* (a name for) an old man regarded as pre-eminent in accomplishment, influence, and experience in a particular field, occupation, etc. (*rare*).

Categories »

1882   *Moonshine* 2 Sept. 124/1   Mr. Gladstone and family are sniffing the briny. This, so far as the G.O.M. is concerned, will be no change, as he has been at sea for two consecutive years.

1968   *Listener* 5 Sept. 316/3   The stonemason's son..who was eventually elevated to the position of GOM of letters.

2010   *Globe & Mail (*Toronto) (Nexis) 17 May A15   It's no wonder that the British public came to adore 'G.O.M.'—or, as his imperialist Tory opponent Benjamin Disraeli jealously pronounced him, 'God's Only Mistake'.

(Hide quotations)

Case 1:20-cv-01397-CMH-TCB   Document 73-1   Filed 08/16/22   Page 75 of 87 PageID# 525

Total Pages (75 of 87)

**G.O.P.** *n. U.S.* †*(a)* The Democratic Party (*obsolete*); *(b)* the Republican Party.

See Grand Old Party *n.* 2.

Categories »

1882   *Clarksville* (Tennessee) *Tobacco Leaf* 11 July 3/2 (*heading*)   What Assurance is Offered by the G. O. P.

1964   F. Knebel & C. Bailey *Convention* vi. 88   The closest G.O.P. nomination contest since the Eisenhower-Taft fight in 1952.

2013   *New Yorker* 4 Mar. 40/1   The G.O.P. needed to become more moderate.

(Hide quotations)

**GOTV** *n. U.S. Politics* get (or getting) out the vote (cf. *to get out the vote* at get *v.* Phrasal verbs 1), used with reference to the practice of encouraging and facilitating voting, esp. by supporters of a particular political party; frequently *attributive*.

Categories »

1972   T. L. Pahl *Minnesota Republican Neighbor-to-Neighbor Drive* iii. 17   The other two priority organizational programs—VIP, surveying neighborhoods to find Republican voters, and GOTV, getting out voters at election time.

1992   *Campaigns & Elections* (Nexis) Apr.   By the time the GOTV effort rolls around, the campaign communicates only with the friends and good potential friends.

2003   *N.Y. Times Mag.* 14 Dec. 102/1   The renewed interest in what's known in the business as GOTV—Getting Out the Vote—stems from the contested 2000 election.

2005   *Ann. Amer. Acad. Polit. & Social Sci.* **601** 199   Youth-led GOTV campaigns may have an impact on voter turnout among young voters even in the midst of massive partisan activity.

(Hide quotations)

**GP** *n.* = Grand Prix *n.* 2b.

Thesaurus »
Categories »

1908   *Autocar* 11 July 45/1   It is reported that the Mors G.P. car..was so badly damaged in an accident..that it will not come to the scratch on Tuesday.

1977   *Globe & Mail* (Toronto) (Nexis) 17 Dec.   A helicopter ambulance, not required at the track for GP races, was available within 35 minutes of the accident.

1989   *Cycle* Oct. 21/1   Little of what he learned..in America prepared him for what he would..face on the international 500cc GP circuit.

2016   *AutoSport* (Nexis) 5 May 30   McLaren..won the Monaco GP in a Cooper he helped design.

(Hide quotations)

**G.P.** *n.* now *rare* grand(e) passion, an intensely passionate or overwhelming love or love affair.

Thesaurus »
Categories »

1894   E. Hubbard *No Enemy (but Himself)* iii. 160   Only one man out of a hundred is capable of the g.p.

1935   D. L. Sayers *Gaudy Night* ii. 30   She wormed round rather. Had a sort of G.P. for Miss Shaw.

2002   *Phoenix* **56** 210   The exact meaning of a 'Grande Passion' (G.P.) or a 'Grand Amour' (G.A.) can be understood only against the background of..nineteenth-century 'rules' of female friendship and desire.

(Hide quotations)

**GPA** *n. North American Education* grade point average, the average of all grades awarded to an individual student, used as an indication of academic

Categories »

Jo Li, 2030, viewed 07/15/2022

Case 1:20-cv-01397-CMH-TCB    Document 73-1    Filed 08/16/22    Page 76 of 87 PageID# 526

Total Pages(76 of 87)

achievement.

1935  *Trans. Kansas Acad. Sci.* **38** 248   The Minnesota Reading Examination is the best single basis for predicting G. P. A.

1975  *Advocate (*Newark, Ohio*)* 3 Nov. 22/1   Many students believe they're lost without a GPA of 3.5 or better out of a perfect 4.

2004  D. Martin & B. Martin *Nevada in your Future* iii. 60   Admission requirements: High school GPA of 2.0, high school transcript, essay and two personal recommendations.

(Hide quotations)

**gph**  *n.* gallons per hour.

1913  *Gas & Oil Power* 6 Feb. 112/2   Before the introduction of this steam plant, there was a high-speed steam set giving 10.000 G.P.H.

1963  *Boating* Apr. 178/1   On our boat, gas consumption will vary as much as 2 gph at medium throttle, and to 4 gph at full throttle.

2005  *Pilot* Oct. 60/2   A typical light aircraft cruising at 4,000 feet will burn 5 gph rich, 4.5 when lean.

(Hide quotations)

**GPI** *n. Medicine* = *general paralysis of the insane* at     Categories »
paralysis *n.* 1b.

1892  *Brit. Med. Jrnl.* 20 Aug. 408/1   Dr. Althaus had referred to three cases of general paralysis under the care of Dr. Percy Smith in Bethlem, but there was a much larger class of cases admitted as '(?) G.P.I.', following influenza.

1969  A. King & C. Nicol *Venereal Dis.* (ed. 2) v. 62   The clinical manifestations of GPI do not usually appear until 10 years or more after infection.

2014  J. D. Schmahmann in B. C. Dickerson & A. Atri *Dementia* xv. 314/2   GPI remains an important consideration in the patient with atypical and rapidly progressive dementia.

(Hide quotations)

**gpm**  *n.* gallons per minute.

1907  *Engin. News (*N.Y.*)* 10 Jan. 37   G. P. M. = gallons per minute.

1969  *Pop. Mech.* Feb. 230/2   If the water heater is an integral part of the hot-water heating boiler used for heating the house, minimum rating for a one-bath house is 2.75 gpm.

2010  *Ruidoso News (*New Mexico*)* (Nexis) 15 Apr.   Well flows at Eagle Creek dropped from 660 gallons per minute to 400 gpm during the March to April time period.

(Hide quotations)

**GPM**  *n.* chiefly *U.S.* graduated payment mortgage, a     Categories »
type of mortgage in which low initial monthly payments
gradually increase, typically in accordance with a
borrower's projected rise in income.

1975  D. M. Holland *New Mortgage Designs for Inflationary Environment* 273   Graduated-payment mortgage (GPM), which incorporates a nominal interest rate which may be fixed for the life of the mortgage or varied periodically as with the VRM.

1998  *Washington Post* 29 Aug. FG3/2   To illustrate one deft use of the loan, a buyer takes out a $250,000 GPM at a 4.89 percent start rate.

2012  J. C. Clinkscales *101 Ways to buy House* 71   The GPM... Low payments in the early years with the unpaid amounts added to the loan—..only recommended in times of good/large inflation.

No. 21-2030, viewed 07/15/2022

**GPMG** *n. Military* general-purpose machine gun, a machine gun designed to be capable of performing a variety of different combat roles.

Categories »

1961    *King's Royal Rifle Corps Chron. 1960* 17   At this demonstration the Battalion saw for the first time the General Purpose Machine Gun (G.P.M.G.).

1981    *Def. & Foreign Affairs* (Nexis) Apr. 27   The ageing .50 caliber M2 GPMG has had its day. A new gun..is on the drawing boards.

2004    C. Off *Ghosts of Medak* vi. 181   Dearing put his GPMG in the top floor of the barn and sent a series of rotations in to man it.

(Hide quotations)

**GPO** *n.* now *historical* = GENERAL POST OFFICE *n.* 1, 2.

Thesaurus »
Categories »

1764    *Post Office Acct.* 9 July in B. Franklin *Papers* (1967) XI. 249   G.P.O. Dr. to B.F. His Allowance for travelling Expences thro' all the Colonies from Virginia to New Hampshire to visit and regulate the Offices establish new ones, &c.

1766    W. FRANKLIN *Let.* 30 Apr. in B. Franklin *Papers* (1969) XIII. 258   I would not have you stop the Chronicles coming from the G.P.O. unless you can contrive some other cheaper Way for me to get them.

1899    *Tit-bits* 21 Oct. 85/3   The 'Dead Letter' department of the G.P.O.

2004    *Independent* 29 July (Review section) 19/3   As the first phone the GPO mass-produced for home use, the 700 series now had huge nostalgic appeal.

(Hide quotations)

**GPO** *n. U.S.* Government Printing (Publishing, in later use) Office, a government agency responsible for printing and publishing documents produced by the federal government.

Categories »

1893    *Contrib. Catal. Lenox Libr.* No. 7. 18/1   Monographs of the North American Rodentia. Washington, G. P. O. 1877.

1988    *Superior Printer* Mar. 178/2   There is talk of making the Government printing office, at Washington, a non-union establishment... Their employers have found it impossible to reward them with a soft sit in the G.P.O.

2012    G. M. MOELLER *AIA Guide Archit. Washington* (ed. 5) 32/2   It was not until 1903 that the GPO finally got a large, new facility, which is now the 'old' building at the corner of North Capitol and G streets.

(Hide quotations)

**GPRS** *n. Telecommunications* General (occasionally also Global) Packet Radio Service, a wireless telecommunication service based on packet-switching technology that provides GSM mobile phone networks with support for internet access and basic data transmission.

Categories »

> GPRS was introduced in 2000 and is often regarded as representing a distinct intermediate stage in the transition from second to third-generation mobile phone technology.

1993    *Proc. IEEE-IEE Vehicle Navigation & Information Syst. Conf.* 324/2   GSM's data services have to be extended. This extension has been called a *General Packet Radio Service* (GPRS).

1999    *Guardian* 22 June (Educ. section) 9/2   GPRS will enable phone networks to deliver far more information than previously possible.

2007    *Mod. Railways* Jan. 54/2   It sends a text message over its GPRS radio link saying that something is amiss.

Xxo 21 2030, viewed 07/15/2022

**(Hide quotations)**

**GPS** *n.* global positioning system, a global navigation system which allows users to determine their location by means of a receiver that detects signals from a network of satellites in stable orbits around the earth; (also) a receiver for this system.

1974   *Global Positioning Syst. (GPS) Final Rep.* (National Techn. Information Service) A. I. v. 1   The Global Positioning System (GPS) is a space-based radio navigation system which will provide suitably equipped GPS users with the capacity to precisely determine three-dimensional position, velocity and time information.

1996   *Chesapeake Bay Mag.* Sept. 37/2   A GPS or Loran will be useful to get you close to where you plan to fish.

2015   J. SILVERMAN *Terms of Service* 131   GPS has made it possible to track stolen cars.

**(Hide quotations)**

**GPU** *n.* now *historical* an organization formed in 1922 to investigate and combat counter-revolutionary activities in the Soviet Union; = OGPU *n.*; cf. GAY-PAY-OO *n.*

**Categories »**

1922   *Amer. Relief Admin. Bull.* Dec. 44   On May 10, 1922, the Soviet government issued a new decree under which applicants first apply to the bureau of visas of the State Political department, colloquially known as the G. P. U. (successor of the former Cheko.)

1941   A. KOESTLER *Scum of Earth* 122   The dark silhouette of the..G.P.U. agent had replaced the..symbols of the struggle for a happier world.

2009   S. McMEEKIN *History's Greatest Heist* iv. 81   By mid-April 1922, no less than 1414 'bloody excesses' had already been reported in confrontations between the GPU and church defenders.

**(Hide quotations)**

**GQ** *n.* = *general quarters n.* at GENERAL *adj.* and *n.* Compounds 2.

In quot. 1942: perhaps a misprint for *GHQ.*

[1942   *Kingsport (Tennessee) News* 18 Nov. 4/2   We got a order from GQ not to even speak to one.]

1944   D. NORTON-TAYLOR *With Heart in Mouth* viii. 65   I was relieved though when I heard the officers returning and knew that they had 'secured from G.Q.'.

1971   E. G. WINDCHY *Tonkin Gulf* vi. 96   The ordinary GQ drill is full of commotion with a loud gong ringing and everybody dashing hither and yon.

2009   J. RUDOLPH *Squid's Story* v. 161   We walked over to the life vest lockers and obtained our life vests and gas masks. This was standard GQ gear and had to be worn during GQ.

**(Hide quotations)**

**gr** *n.* grain(s), a unit of weight and mass originally based on the weight of a single grain of wheat or barley (see GRAIN *n.*[1] 8).

1663   R. BOYLE *Some Considerations Usefulnesse Exper. Nat. Philos.* II. App. 318   Amber-greese four dragmes, Musk gr. xxx, Sugarcandy one pound and an half.

1794   W. BUCHAN *Domest. Med.* (ed. 14) p. xxxiv.   Calomel... 1 gr. to 3 gr. alterative.

No. 21-2030 reviewed 07/15/2022

1958  *Nursing* (St. John Ambulance Assoc.) ix. 103   Medicines... Measure by
weight. 60 grains (gr) = 1 drachm. 8 drachms = 1 ounce.

2005  J. A. Romich *Fund. Pharmacol. for Vet. Technicians* vi. 84   1 gr = 0.065g or
65 mg.

**(Hide quotations)**

**gr** *n.* gram(s).

*g* is the standard abbreviation (see sense 5).

1810  *Retrospect Philos., Mech., Chem., & Agric. Discov.* **5** 268   245 grammes
(8oz.) of sugar, 61 gr. (2 oz.) of gum, 2142 gr. of water, and 20.22 gr. of
ferment, began to work the first day.

1894  P. Schweitzer *Enq. into Composition Flesh of Cattle* (Missouri Agric. College
Exper. Station) 9   The loss in drying is indicated in grams (gr.) and per cent.

1996  H. W. Paul *Sci., Vine, & Wine in Mod. France* xi. 317   Hardworking bacteria
transformed one gram of malic acid into 0 gr 671 of lactic acid and 0 gr 329 of
carbon dioxide.

**(Hide quotations)**

**GRAS** *adj. U.S.* generally recognized (also regarded) as
safe, a designation given by the United States Food and
Drugs Administration to food additives, drugs, etc., that
are exempted from further evaluation due to being
already recognized as safe by experts and existing
research.

**Categories »**

The designation was introduced in 1958.

1960  *N.Y. Times* 6 Mar. 42/5   They [*sc.* members of industry] hope that their
chemical additives will either be declared 'GRAS' or accepted as additives on
the basis of another company's research.

1976  *McGraw-Hill Yearbk. Sci. & Technol.* 181/2   The FDA removed that
sweetener from the GRAS list because of insufficient qualifying data.

1999  M. Pendergrast *Uncommon Grounds* iv. xvii. 339   The Center for Science in
the Public Interest..had hammered away..to remove caffeine from the list of
drugs 'Generally Regarded as Safe' (GRAS).

2016  *Slate Mag.* (Nexis) 7 July   GRAS lets producers take new food additives to the
market without even informing the FDA. Trans fat was classified as GRAS
until the label was withdrawn in 2015.

**(Hide quotations)**

**GRE** *n. U.S.* Graduate Record Examination (also
Examinations), a standardized test serving as an
admissions requirement for many graduate schools in
the United States and accepted at various other
institutions of higher education worldwide; frequently
*attributive*.

**Categories »**

A proprietary name in the United States and the United Kingdom.

1941  *Graduate Rec. Exam.* (Carnegie Foundation for Advancem. of Teaching) II.
22   It was proposed..to repeat the prediction using only GRE profiles... The
symbols GRE will be used hereafter in referring to the Graduate Record
Examination.

1943  S. C. Peterson *Measurem. & Predict. Scholastic Achievem. on Graduate Level*
(Ph.D. diss., Univ. of Iowa) 4   The GRE Profile tests cover the principal areas
of a liberal education. Eight general tests are taken by all students.

1987  J. E. Blackwell *Mainstreaming Outsiders* (ed. 2) 186   In those institutions
requiring the GRE, an average score of 1000..was usually expected until about
1975.

2012  *PR Newswire Europe* (Nexis) 9 Oct.   Among the 1,000+ business schools

Not expert reviewed 07/15/2022

now accepting GRE scores are most of the world's top-ranked MBA programs.

**(Hide quotations)**

**GRP** *n.* glass (or glass fibre) reinforced plastic(s) (or polymer), a composite material consisting of plastic reinforced with glass fibres; fibreglass.

1960  *U.S. Patent 2,952,089* 1  Usually, the metallic structure is combined with reinforced plastic by jacketing the metallic element with plastic reinforced with glass fibres (hereinafter referred to as GRP).

1989  *Lighting Design* Nov. 45/4  Power is conducted from the transformer in the base by copper ribbon, laminated in the layers of GRP.

2015  I. Ayre *Ultimate Mini Restoration Man.* iv. 68/1  Repairing GRP is genuinely easy.

**(Hide quotations)**

**grt** *n.* gross register(ed) tonnage, the total internal volume of a ship or boat expressed in terms of units of one hundred cubic feet.

Thesaurus »
Categories »

Now largely *disused* as a measure of the volume of modern ships.

1911  *Naval Rev.* **8** 266  The price to be paid was fixed by the Admiralty on the basis of gross registered tonnage... The following was the scale:—601—750 G.R.T. 7/6 per ton.

1966  *Syracuse Post Standard (N.Y.)* 19 Apr. 34/4  The ocean vessel..has a GRT of 4.457·

2006  D. Egerton *Shock of Old* iii. 73  At the beginning of the twenty-first century the largest container ships, at 90,000 GRT, could carry over 8,000 containers, with a crew of just nineteen.

**(Hide quotations)**

**GRU** *n.*  [ < Russian *GRU* < the initial letters of *Glavnoe razvedyvatel'noe upravlenie*, lit. 'main intelligence directorate' (1942)] the main military intelligence service in the Soviet Union and the Russian Federation.

Categories »

Although the service officially became the *Main Directorate* (Russian *Glavnoe upravlenie*) in 2010, it is still commonly referred to as the *GRU*.

1952  *Advertiser (Adelaide)* 27 Aug. 2/3  Enbom..was directed by the GRU—the Soviet Military Intelligence Service... The Soviet Military Attache's staff..concealed his Army rank under the cloak of a foreign correspondent.

1987  P. Wright & P. Greengrass *Spycatcher* xiii. 186  The GRU officers in 1940 and 1941 were clearly of low caliber, demoralized..in the wake of Stalin's purges of the 1930s.

2017  *Mondaq Business Briefing* (Nexis) 22 June  The NSA..has evidence that the hacking was directly perpetrated by the Russian General Staff Main Intelligence Directorate, or GRU.

**(Hide quotations)**

**GS** *n. Military attributive* general service.

Categories »

1867  *Army & Navy Jrnl. (U.S.)* 6 Sept. 84/3  It is well known fact that a civilian clerk in the military branch of the Government performs about twice as much work as a G. S. clerk.

1954  J. Masters *Bhowani Junction* vii. 62  She got on the push bike. It was a heavy ugly thing..what the Army calls a G.S. bicycle.

2003  A. O. Mitha *Unlikely Beginnings* xxi. 312  No arrangements were made by GS Branch to counter the air attacks which the IAF carried out against our

**GSA** *n.* *U.S.* Girl Scouts of America, a scouting (SCOUTING *n.*[1] 1b) organization founded in 1922 in the United States of America for girls.

Categories »

> 1918 *Chicago Defender* 9 Nov. 4/4   All members of Troop 58, B. S. A., and Troop 8, G. S. A., are hereby notified that they must register within the next two weeks.
> 1932 *Bath (*Maine*) Independent* 11 Oct. 3/6   Station GSA was on the air.
> 2015 *Charleston (*W. Va.*) Gaz.* 24 Apr. 1 c   Girls who are not GSA members may join and participate in the Jamboree for $15 in addition to registration fees for the event.

(Hide quotations)

**GSH** *n.* [ < the initial letter of GLUTATHIONE *n.* + *SH*, the symbolic abbreviations of sulphur, *S. n.* at S *n.*[1] Initialisms 1 and hydrogen, *H. n.* at H *n.* Initialisms, forming the sulphydryl group] *Biochemistry* glutathione.

Categories »

> 1937 *Proc. Japanese Physiol. Soc. 15th Ann. Meeting 1936* 77 in *Japanese Jrnl. Med. Sci. III. Biophysics* **4**   The author tried to determine oxidised (GS-SG) and reduced (GSH) form of that substance [*sc.* glutathione].
> 1962 *Biol. Bull.* **122** 343   GSH [*sc.* reduced glutathione] has been termed an 'environmental hormone'.
> 2012 *Sun* (Nexis) 5 Nov. 4   GSH detoxifies your liver and is essential for regeneration and warding off disease.

(Hide quotations)

**gsm** *n.* grams per square metre, a measure of the weight of paper or fabric.

> GSM is often used as an indirect measure of the quality of paper, heavier paper generally being regarded as being of higher quality.

> 1930 *H. M. Stationery Office Guide* i. 97 (*heading*)   Duplicating papers, 82 g.s.m.
> 1997 K. POTTER *Introd. to Composite Products* iii. 34   About 5.5 m of 300 gsm cloth are required.
> 2006 *Which Digital Camera?* Mar. 95/3   The larger the GSM rating, the thicker the paper is.

(Hide quotations)

**GSM** *n.* [initialism < the initial letters of French *G*roupe *S*péciale *M*obile (c1982), short for *Groupe de Travail Spéciale pour les Services Mobiles*, the name of the study group formed to develop a pan-European mobile communication system; later reinterpreted as representing *G*lobal *S*ystem for *M*obile *C*ommunications or *G*lobal *S*tandard for *M*obile *C*ommunications] *Telecommunications* a standard used for second generation digital mobile telecommunications, developed by the European Telecommunications Standards Institute and first deployed in 1991; frequently *attributive*.

Categories »

> [1985 *35th IEEE Vehicular Technol. Conf.* 150   The CEPT has set up a group called GSM (Special Mobile Group) to produce an outline definition and eventually a full specification for a pan European Radiotelephone system.]
> 1986 *Times* 20 Feb. 17/7   The European Conference of Post and

do 2, 2030, viewed 07/15/2022

Telecommunication Administrations..has already agreed to reserve certain frequencies for a future pan-European mobile radio service, which it calls the GSM System.

1993   *Computing* 26 Aug. 9/5   Next Wednesday, Vodafone launches the first nationwide GSM mobile phone service.

2015   J. T. J. PENTTINEN *Telecommunications Handbk.* xi. 317   In emerging markets, GSM is the most useful system due to the low expenses of the network deployment and operation.

**(Hide quotations)**

**GSOH** *n.* (also **gsoh**) chiefly *British* (originally and chiefly in personals advertisements) good sense of humour; cf. *SOH n.* at S *n.¹* Additions.

**Categories »**

1992   *Times* 22 Aug. 12/3   Professional lady, late 40's, slim attractive warm with GSOH hopes to meet cultured successful tall genuinely nice man.

1997   *Eastern Eye* 14 Feb. 20/1 (*advt.*)   Seeking Muslim female..honest, sincere, kind-hearted, outgoing, GSOH and good blend of Islamic/Western values, with view to marriage.

2016   *Metro* (Nexis) 13 June 31   Nothing makes me lose my GSOH faster than a downpour on canvas.

**(Hide quotations)**

**GSR** *n.* = *galvanic skin response (or reflex)* at GALVANIC *adj.* a.

1927   *Jrnl. Exper. Psychol.* **10** 206   The mucous surfaces manifest no electrical charges corresponding to the G.S.R.

1964   *Philos. Rev.* **73** 204   He exhibits no change in GSR, perspiration, and so forth.

2008   Y. NAGAI & H. D. CRITCHLEY in K. Takahashi *Epilepsy Res. Progress* ix. 176   Jung measured reaction time and changes in GSR with the intention of characterizing the origins of patients' psychological problems.

**(Hide quotations)**

**GST** *n.* goods and services tax, (the name of) an indirect tax levied on goods and services sold for domestic consumption.

1984   *Canberra Times* 10 Nov. 21/6   Fiscal history will note the GST long after it has forgotten the rest of the Budget.

1995   *Our Times* July 4/3   Subscription and advertising rates. Canada—one year $20 (GST included); two years $35.

2006   J. CREEDY & C. SLEEMAN *Distributional Effects Indirect Taxes* iv. 54   An increase in the excise automatically increases the absolute amount of GST raised per litre of petrol.

**(Hide quotations)**

**GSW** *n.* (esp. in the military and emergency services) gunshot wound; (also) a person suffering from such a wound.

**Categories »**

1883   *List Pensioners* II. 4 (*table*) in *U.S. Congress. Serial Set* (47th Congr., 2nd Sess.: Senate Executive Doc. 84, Pt. 2) V.   Morris, Robert..g. s. w. l. leg.

1917   A. H. TUBBY *Memorandum* 16 June in *Consulting Surgeon in Near East* (1920) 205   As it is no longer deemed advisable to send home from Egypt cases of disability..arising from G.S.W.'s [etc.].

1964   *N.Y. Times* 24 Nov. (Late City ed.) 29 (*caption*)   Register at emergency room at Dallas institution listed 'Kennedy, John F.' as suffering from GSW (gunshot

No. 21-2030 Viewed 07/15/2022

wound) and noted that he 'expired'.

1989   C. Hiaasen *Skin Tight* (1990) xxvii. 290   'I get tired of gunshot wounds', the coroner said. 'It's like a damn assembly line down there. GSW head, GSW thorax, GSW neck'.

2007   A. Theroux *Laura Warholic* liii. 861   They..called ahead to..notify the hospital that they were coming in with a GSW with multiple trauma.

**(Hide quotations)**

**G and T** *n.* (also **G&T**, and with lower-case initials) (a drink of) gin and tonic.

1960   J. Raymond *Doge of Dover* 105   The woman..setting down her empty g. and t. glass and moving off.

1985   D. Lucie *Progress* i. iii, in *Progress & Hard Feelings* 16/1   Hi, gang. Sorry I'm late. Will, I could severely molest a G and T, if that's OK.

2004   E. Reid *D.B.* v. 128   They..pulled straight Republican at the polls, and let on after a few too many Gibsons or G&Ts that they still enjoyed sex.

**(Hide quotations)**

**GT** *n.* and *adj.* gran turismo or grand tourer;  *(a) n.* a high-performance car capable of high speeds and designed for long-distance driving; (later in extended use) a higher performance model in a range of cars designed for the consumer market;  *(b) adj.* designating a car of this type.

1961   *Ukiah (Calif.) Daily Jrnl.* 28 Sept. 5/1   The prestige sports model GT represents an effective blending of both economy and distinctiveness.

1968   W. Garner *Deep, Deep Freeze* xx. 192   He saw the red Ferrari 330 GT coupé in his rear mirror.

2010   B. Earnest *Mustang* 116   The GT hatchback cost $15,243.

2015   *Independent* 21 May 34/1   In the 308 GT we have a torquey two-litre diesel-engined family car.

**(Hide quotations)**

**GTA** *n.* *U.S.* grand theft auto, theft or the attempted theft of a motor vehicle.

**Categories »**

1955   W. J. Sheldon *Man who paid his Way* v. 73   The spoken shorthand: GTA, Grand Theft Auto; ADW, Assault with a Deadly Weapon; CCW, Carrying Concealed Weapons.

1988   J. Ellroy *Big Nowhere* vii. 83   No bail, because of John's last GTA.

2013   D. Duran *Suffering of chasing Dreams* ii. 11   It's not so bad here. You'll get used to it... I'm in for GTA.

**(Hide quotations)**

**GTA** *n.* Greater Toronto Area.

1984   D. A. Sutherland et al. *Ontario's GO-ALRT Program: Overview* (Ontario Ministry of Transportation & Communications) 2   The heavily urbanized area of Ontario stretching along the North Shore of Lake Ontario between Hamilton and Oshwa. In popular terms this area is often referred to as the 'Golden Horseshoe'. Those in the planning and transportation field use more mundane handles such as the Greater Toronto Area (GTA) or GO Transit Service Area.

1995   *Toronto Star* 28 Jan. b1/5   Finding new locations to dispose of garbage, as four of the five GTA regions are attempting to do.., has been a long process.

2007   L. Remennick *Russ. Jews on Three Continents* (2012) 297   Virtually all

No. 21-2039, viewed 07/15/2022

Russian-speaking immigrants..admitted that their resettlement in Canada generally and the GTA specifically were driven by the wish to improve their living standards.

*(Hide quotations)*

**GTFO**  *v. colloquial* (originally and chiefly in electronic communications) get the fuck out (also occasionally off).

**Categories »**

In quot. 1991  with reference to the song *Get the Fuck Out* (1991) by the American heavy metal band Skid Row.

1991  *Guns n' Roses at Wembley Stadium* in alt.rock-n-roll.metal (Usenet newsgroup) 2 Sept.   The crowd all shouted 'Fuck' for a couple of minutes before the band played GTFO.

2008  *Guardian* (Nexis) 6 Mar. 2   The 'tits or GTFO' internet trend, whereby new posters on message boards who identify themselves as female are requested to post photos of their breasts or 'get the fuck off'.

2017  @kalinayeahhh 1 Nov. in *twitter.com* (O.E.D. Archive)   If y'all hate the Dodgers so much, GTFO of Los Angeles.

*(Hide quotations)*

**GTG**  *v. colloquial* (originally and chiefly in electronic communications) got to go.

**Categories »**

1994  *Re: YMMV??? & other Acronyms* in misc.kids (Usenet newsgroup) 6 Apr. (*list*)   *FAQ* Frequently Asked Questions. GTG Got To Go?

2000  *Think about This...Not Spam!* in alt.religion.christian-teen (Usenet newsgroup) 9 Dec.   Well, I gtg, but please, keep in touch!

2004  in *New Yorker* 8 Nov. 148/2 (*poem*)   Seeking truth From the man six time zones nigh At the other end Of the Blackberry. GTG, he shouts, Her screen aghast. L8R, Luv U!

2011  S. D. Littman *Want to go Private?* 63   I wish I could talk more now, but I really GTG. Mom's shouting. TTYL.

*(Hide quotations)*

**GTP**  *n. Biochemistry* = *guanosine triphosphate n.* at GUANOSINE *n.* Additions.

**Categories »**

1954  H. Schmitz et al. in *Jrnl. Biol. Chem.* **209** 46   Isolation of guanosine-5′-phosphates (GMP, GDP, and GTP).

1992  *Sci. Amer.* July 39/1 (*in figure*)   After a few seconds, the alpha subunit converts GTP to GDP, thereby inactivating itself. The alpha subunit will then reassociate with the beta-gamma complex.

2010  J. L. Tymoczko et al. *Biochemistry* xii. 178   The bound GTP acts as a built-in clock.

*(Hide quotations)*

**GTPase**  *n.*  [ < *GTP n.* + -ASE *suffix*] *Biochemistry* any of a family of enzymes that hydrolyse guanosine triphosphate (GTP); frequently *attributive*.

**Categories »**

1958  *Biochimica et Biophysica Acta* **29** 257/2   All preparations of the enzyme contained some 'GTP'ase' activity.

1982  *Proc. National Acad. Sci. U.S.A.* **79** 719/1   This hormone-stimulated GTPase has several properties expected of a system that regulates the adenylate cyclase activity of these membranes.

2007  M. Engstler et al. in D. Barry et al. *Trypanosomes* ix. 302/2   Rab proteins operate in concert with a large number of additional proteins, including those that modulate the GTPase cycle directly (e.g. GTPase activating proteins, GAPs, and G.

*No. 21-2030, viewed 07/15/2022*

**G.T.T.** *n. U.S.* (now *historical* and in historical contexts) 'gone to Texas', used to indicate that a person has left town, esp. to start a new life, escape debt, or avoid arrest.

Categories »

> [The expression originated before Texas became a U.S. state (1845), and probably existed while it was still part of Mexico (until 1836).]

[1839   *Daily Eastern Argus* (Portland, Maine) 17 May 2/2   G.T.—This is said to be a common mode of making Sheriff's returns in the South West. It means, 'Gone to Texas'.]

1839   *Georgia Messenger* 1 Aug. 2/6   G.T.T.—General Nathaniel Smith..has fled to Texas, with from $70,000 to $100,000 of Uncle Sam's money in his pocket.

2015   W. F. Busbee *Mississippi* (ed. 2) ix. 105   In many instances creditors arriving to collect at farmhouses found only crude notes marked 'G.T.T.'.

(Hide quotations)

**GUI** *n.* Brit. ▶/ˈguːi/, U.S. ▶/ˈgui/ *Computing* graphical user interface or (occasionally) graphics-orientated user interface; = *graphical user interface n.* at GRAPHICAL *adj.* Additions.

Categories »

1986   *Economist* 12 July 10   Conventional wisdom in the industry is that people want something like the Apple Macintosh's 'graphics-orientated user interface' or GUI (pronounced gooey).

1989   *Byte* Aug. 114/3   The Macintosh *has* made a great contribution to computing: graphical user interfaces (sometimes abbreviated GUI).

2004   *Maximum PC* Sept. 68/1   Now it's time to get down to the nitty gritty of building your GUI.

2016   *Times* (Nexis) 17 Sept. (Mag.) 73   The GUI offers quick access to playlists.

(Hide quotations)

**GUM** *n.* genitourinary medicine, the branch of medicine concerned with diseases (including sexually transmitted diseases) disorders of the genitourinary system; frequently *attributive*.

Categories »

1980   *Jrnl. Clin. Pathol.* **33** 745/2   The workload conveniently divides into three categories. These are: (i) bacteriology cultures; (ii.) virology and serology; and (iii) Department of Genitourinary Medicine (GUM).

2000   *Brit. Jrnl. Gen. Pract.* **50** 214/2   This survey has identified important gaps in professionals' knowledge... These relate to sampling techniques, indications for testing in asymptomatic patients..and appropriate involvement of GUM services.

2012   *Gay Times* May 106/1   I was given a box of medication and told to check in to the GUM clinic first thing on Monday.

(Hide quotations)

**GUT** *n.* Brit. ▶/gʌt/, U.S. ▶/gət/ *Physics* = *grand unified theory n.* at GRAND *adj., n.,* and *adv.* Compounds 2.

Thesaurus »
Categories »

1978   *Nucl. Physics* B. **140** 18 (*heading*)   Application to grand unified theories (GUTS).

1987   *New Scientist* 17 Sept. 49/1   The essential idea of GUTs is that they contain a single type of force field, called a 'gauge' field, which interacts with a so-called 'Higgs' field.

2007   *Sci. Amer.* (U.K. ed.) June 45/1   With the advent of asymptotic freedom and GUTs, particle physicists had an obvious reason to begin studying the early universe.

Aug. 24, 2030, viewed 07/15/2022

(Hide quotations)

† **G.V.** *n. colloquial Obsolete rare* governor.

Categories »

1905   H. G. WELLS *Kipps* v. 106   'I suppose the G.V.—' began Kipps. 'He knows,' said the housekeeper.

1909   H. G. WELLS *Ann Veronica* vi. 129   The G.V.'s as mad as any of you, in spite of all his respectability; not a bit of him straight anywhere, not one bit.

(Hide quotations)

**GVW** *n.* gross vehicle weight, the maximum operating weight of a vehicle specified by the manufacturer, including the weight of a full tank of fuel, the vehicle itself, passengers, etc.

1932   *Automotive Industries* 25 June 913/1   Calculating the G.V.W. is the preferable method because it gives rating which can be compared upon the same basis.

1971   *Pop. Mech.* 166K/1   Know the GVW of the truck you intend to buy.

2005   *USA Today* (Nexis) 8 Apr. 3 B   If the GVW rating is 8 tons and the truck weighs 6 tons, it safely can carry 2 tons.

(Hide quotations)

**GW** *n.* gigawatt(s).

1958   E. O. TAYLOR *Nucl. Reactors for Power Generation* ii. 18 (*in figure*)   1000 MW..Gigawatt (GW).

1976   *New Scientist* 22 July 181/1   Installed nuclear capacity in the OECD could be 180 gigawatts by 1980, and 375 GW by 1985.

2010   *Aiken (S. Carolina) Standard* 9 Aug. 1/5   As a frame of reference..1 GW of generated power can power about 400,000 homes.

(Hide quotations)

**GW** *n. British* Great Western,  (*a*) (originally) the Great Western main line railway connecting London and Bristol, first opened in 1841; (also) the company founded in 1833 to establish and operate that line (now *historical*);  *(b)* (in later use) the private company which in 1996 took over responsibility for operating trains and services along this line as part of the privatization of British Rail (*rare*).

Thesaurus »
Categories »

1839   S. C. BREES *App. to Railway Pract.* 97   Capabilities of extending the G. W. to Oxford, also to Exeter.

1998   *Private Eye* 9 Jan. 12/2   GW may have learnt its spin technique from the office of rail passenger franchising (Opraf).

2016   D. MAIDMENT *Great Western Moguls & Prairies* v. 180/3   Its mileage since acquisition by the GW was only 83,144.

(Hide quotations)

**GWOT** *n.* global war on terror (also terrorism).

2002   R. H. HARTMAN *Mil. Deployment Health Surveillance & its Applic. to U. S. Special Operations Forces* (Ph.D. diss., Univ. of S. Florida) i. 5   With the emergence of the global war on terrorism (GWOT) there has been a renewed interest in the health and welfare of deployed military members.

2012   D. K. CHAN *Beyond Just War* Introd. 5   The GWOT presents problems for just

No. 21-2030, viewed 07/15/2022

war theory on many fronts.

**GWR** *n. British* Great Western Railway, *(a)* (originally) the Great Western main line railway connecting London and Bristol, first opened in 1841; (also) the company founded in 1833 to establish and operate that line (now *historical*); *(b)* (in later use) the private company which in 1996 took over responsibility for operating trains and services along this line as part of the privatization of British Rail.

Categories »

Cf. *GW n.*

1889  E. Dowson *Let.* 18 Oct. (1967) 109  I bought it at Truro coming up the G.W.R.
2001  P. J. G. Ransom *Snow, Flood & Tempest* x. 149  What the GWR did was to construct a concrete avalanche shelter over the length concerned, which was for many years the only one of its kind in Britain.
2016  *Oxf. Mail* (Nexis) 26 July  Each winner will receive a pair of first class tickets to be used anywhere on the GWR network.

*(Hide quotations)*

**Gy**  *n. Physics* gray(s), the SI unit of absorbed dose of ionizing radiation (see GRAY *n.*).

Categories »

1975  *Physics Bull.* Mar. 105/1  The CIPM will recommend to the CGPM that the SI unit of activity should be given the name 'becquerel', symbol Bq, and the SI unit of absorbed dose the name 'gray', symbol Gy.
1991  *Nucl. Energy* June 143/1  The human evidence for carcinogenesis induced by radiation is obtained at doses of between a fraction of a gray and about 1 Gy.
2008  *Cancer Treatm. Rev.* **34** 304/2  The CNS is sensitive to radiation and a dose of 0.1 Gy can result in a decrease in intelligence quotient.

*(Hide quotations)*

**Back to top**

Copyright © 2022 Oxford University Press. All rights reserved. |   Cookie Policy | Privacy Policy | Legal Notice | Accessibility

No. 21-2030, viewed 07/15/2022