FILED: October 17, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2030
(1:20-cv-01397-CMH-TCB)
_____

KESHA T. WILLIAMS

        Plaintiff - Appellant

v.

STACEY A. KINCAID, in her official capacity; XIN WANG, NP, in her
individual and official capacities; DEPUTY GARCIA, in his individual and
official capacities

        Defendants - Appellees

-------------------------------

AMERICAN CIVIL LIBERTIES UNION; BLACK AND PINK
MASSACHUSETTS; GLBTQ LEGAL ADVOCATES & DEFENDERS;
LAMBDA LEGAL; NATIONAL CENTER FOR LESBIAN RIGHTS;
NATIONAL CENTER FOR TRANSGENDER EQUALITY; NATIONAL
LGBTQ TASK FORCE; TRANS PEOPLE OF COLOR COALITION;
TRANSCENDING BARRIERS (ATL); TRANSGENDER LEGAL DEFENSE &
EDUCATION FUND; DISABILITY LAW CENTER OF VIRGINIA;
DISABILITY RIGHTS VERMONT

        Amici Supporting Appellant

—————————————————

## M A N D A T E

—————————————————

The judgment of this court, entered August 16, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*