# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 9, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Stacey A. Kincaid, Sheriff, Fairfax County, Virginia
            v. Kesha T. Williams
            No. 22-633
            (Your No. 21-2030)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 5, 2023 and placed on the docket January 9, 2023 as No. 22-633.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst