# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 30, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Stacey A. Kincaid, Sheriff, Fairfax County, Virginia
           v. Kesha T. Williams
           No. 22-633
           (Your No. 21-2030)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.  Justice Alito, with whom Justice Thomas joins, dissenting from the denial of certiorari.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk