# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| KESHA WILLIAMS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No.   1:20-cv-1397 (CMH/IDD) |
| ) | |
| STACEY A. KINCAID, *et al.* ) | |
| ) | |
|    Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Kesha Williams and Defendants Sheriff Stacey A. Kincaid, Deputy Garcia, and Xin Wang hereby stipulate and agree that all of Plaintiff's remaining claims be dismissed with prejudice with each party to bear its own costs and fees.

Dated: November 15, 2023

| /s/ | /s/ |
|---|---|
| JOSHUA ERLICH | Alexander Francuzenko, VSB #36510 |
| KATHERINE L. HERRMANN | Philip C. Krone, VSB # 87723 |
| The Erlich Law Office, PLLC | Thea A. Paolini, VSB # 95925 |
| 2111 Wilson Blvd | Cook Craig & Francuzenko |
| Suite 700 | 3050 Chain Bridge Road, Suite 200 |
| Arlington, VA 22201 | Fairfax, VA 22030 |
| Telephone: (703) 791-9087 | Phone: (703) 865-7480 |
| Facsimile: (703) 722-8114 | Fax:    (703) 434-3510 |
| Email: jerlich@erlichlawoffice.com | alex@cookcraig.com |
|        kherrmann@erlichlawoffice.com | pkrone@cookcraig.com |
| | tpaolini@cookcraig.com |
| *Attorneys for Plaintiff Williams* | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing using this Court's CM/ECF electronic filing system, which will provide notice to:

Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB # 87723
Cook Craig & Francuzenko
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax:    (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com
tpaolini@cookcraig.com

*Counsel for Defendants*

                                                /s/
                                        Joshua Erlich