UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KESHA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. ___1:20-cv-1397 (CMH/IDD) |
| ) | |
| STACEY A. KINCAID, *et al.* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Kesha Williams and Defendants Sheriff Stacey A. Kincaid, Deputy Garcia, and Xin Wang hereby stipulate and agree that all of Plaintiff's remaining claims be dismissed with prejudice with each party to bear its own costs and fees.

Dated: November 15, 2023

_____/s/_____
JOSHUA ERLICH
KATHERINE L. HERRMANN
The Erlich Law Office, PLLC
2111 Wilson Blvd
Suite 700
Arlington, VA 22201
Telephone: (703) 791-9087
Facsimile: (703) 722-8114
Email: jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com

*Attorneys for Plaintiff Williams*

_____/s/_____
Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB # 87723
Thea A. Paolini, VSB # 95925
Cook Craig & Francuzenko
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com
tpaolini@cookcraig.com

*Counsel for Defendants*

So Ordered
/s/ Claude M. Hilton
USDJ
Nov. 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing using this Court's CM/ECF electronic filing system, which will provide notice to:

Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB # 87723
Cook Craig & Francuzenko
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax:    (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com
tpaolini@cookcraig.com

*Counsel for Defendants*

                                              /s/
                                    Joshua Erlich